## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LIFESIZE, INC., | Case No. 23-50038 (DRJ) |
| Debtors.[1] | (Joint Administration Requested) |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MAY 17, 2023 AT 12:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled to be held on May 17, 2023 at 12:00 p.m. (prevailing Central Time) (the "Hearing") in the above-captioned bankruptcy cases (the "Cases"), pending before the Honorable David R. Jones, United States Bankruptcy Judge, 1300 Victoria St., Laredo, TX 78040 as follows:

### WITNESS LIST

The Debtors may call the following witnesses:

1. Marc Bilbao, Co-Chief Restructuring Officer.

2. James Kang, Piper Sandler & Co.

3. Any witness listed, offered, or called by any other party.

4. Any witness required for rebuttal or impeachment.

5. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

**EXHIBIT LIST**

| Exhibit No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Hearing |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Marc Bilbao in Support of Debtors' Chapter 11 Petitions and First Day Relief | | | | | | |
| 2. | Declaration of James Kang in Support of Emergency Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Obtain Post-Petition Financing | | | | | | |
| 3. | DIP Budget | | | | | | |
| 4. | Any exhibits listed, designated, or offered by any other party. | | | | | | |
| 5. | Any exhibits necessary for rebuttal. | | | | | | |
| 6. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings. | | | | | | |

**RESERVATION OF RIGHTS**

The Debtors reserve the right to modify, amend or supplement this Witness and Exhibit List at any time.  The Debtors reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.  Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

[*Remainder of Page Intentionally Left Blank*]

DOCS_NY:47586.2 52624/001

| | |
|---|---|
| Dated: May 17, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Benjamin L. Wallen* |
| | Benjamin L. Wallen (TX Bar No. 24102623) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile: (713) 691-9407 |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Jeffrey N. Pomerantz (*pro hac vice* forthcoming) |
| | Jordan A. Kroop (*pro hac vice* forthcoming) |
| | Cia H. Mackle (*pro hac vice* forthcoming) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | jpomerantz@pszjlaw.com |
| | jkroop@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

>  */s/ Benjamin L. Wallen*
>  Benjamin L. Wallen