UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Laredo | Main Case Number | 23-50038 |
|---|---|---|---|
| Debtor | In Re: | Lifesize, Inc. | |

This lawyer, who is admitted to the State Bar of _____ California _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>310/277-6910<br>California State Bar No.:  143717 |
|---|---|

Seeks to appear as the attorney for this party:

| Lifesize, Inc. | |
|---|---|
| Dated: May 17, 2023 | Signed: /s/ Jeffrey N. Pomerantz _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:     Signed: _____<br>           Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____   _____

             United States Bankruptcy Judge