| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Laredo | Main Case Number | 23-50038 |
|---|---|---|---|
| Debtor | In Re: | Lifesize, Inc. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| | |
|---|---|
| Name | Jordan A. Kroop, Esq. |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 780 Third Avenue, 34th Floor |
| City & Zip Code | New York, NY 10017 |
| Telephone | 212/561-7700 |
| Licensed: State & Number | New York State Bar No.: 2680882 |

Seeks to appear as the attorney for this party:

| Lifesize, Inc. | |
|---|---|
| Dated: May 17, 2023 | Signed: /s/ Jordan A. Kroop |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:  Signed: _____
                  Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____                  _____
                                       United States Bankruptcy Judge