UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Laredo | Main Case Number | 23-50038 |
|---|---|---|---|
| Debtor | In Re: | Lifesize, Inc. | |

This lawyer, who is admitted to the State Bar of ____Florida____ :

| | |
|---|---|
| Name | Cia H. Mackle, Esq. |
| Firm | Pachulski Stang Ziehl & Jones LLP |
| Street | 10100 Santa Monica Blvd., 13th Floor |
| City & Zip Code | Los Angeles, CA 90067 |
| Telephone | 310/277-6910 |
| Licensed: State & Number | Florida State Bar No.: 0026471 |

Seeks to appear as the attorney for this party:

| Lifesize, Inc. | |
|---|---|
| Dated: May 17, 2023 | Signed: /s/ Cia H. Mackle |

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:     Signed: _____
                          Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                        United States Bankruptcy Judge