IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LIFESIZE, INC., | ) ) ) | Case No. 23-50038 (DRJ) |
| Debtors.[1] | ) ) ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Ashley M. Raddatz, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On May 24, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Stalking Horse Purchase Agreement Dated as of May 16, 2023**
  [Docket No. 72]

Dated: May 26, 2023

/s/ Ashley M. Raddatz
Ashley M. Raddatz
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Paul M. Lopez, Larry R. Boyd, Emily M. Hahn | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| Top Creditor | Amazon Web Services, Inc. | Lara Pryor | larapryo@amazon.com |
| Top Creditor | APPSMART AGENT SERVICES, INC. | Tori Stowick | tori.stowick@appdirect.com |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top Creditor | BCM Advanced Research | Emily Cheng | emily_cheng@bcmcom.com |
| Top Creditor | BENCHMARK ELECTRONICS (M) SDN BHD | WenYuan Lee | PEN-LifeSizeTeam@bench.com |
| Top Creditor | Blue Jeans Network, Inc. | Quazi Hossain | ar@bluejeans.com |
| Top Creditor | Bobby Beckmann | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Top Creditor | BRANDYWINE REALTY TRUST | KARL SEELBACH | karl@doyleseelbach.com |
| Top Creditor | Calabrio, Inc | Susan Grassel | susan.grassel@calabrio.com |
| Top Creditor | Clayton Reed | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top Creditor | Craig Malloy | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Top Creditor | DLA PIPER LLP (US) | Michael Strapp | michael.strapp@us.dlapiper.com |
| Top Creditor | Enoch Kever PLLC | Amy Prueger | aprueger@enochkever.com |
| Top Creditor | Escalate Capital Partners SBIC III, LP | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Top Creditor | Farnam Street Financial, Inc. | David Miller | DMiller@farnamstreet.net |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Top Creditor | Focus Services LLC | Bryan Tesch | bryan.tesch@focusservices.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| Top Creditor | INSIGHTSOFTWARE, LLC | Jean Chambers | accounting@insightsoftware.com |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel for City of Allen, Allen ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | dallas.bankruptcy@lgbs.com |
| Top Creditor | Logitech International, S.A. | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Top Creditor | Meritech Capital Lifesize LLC | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Top Creditor | Michael Helmbrecht | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Top Creditor | Oracle America, Inc. | Gale Head | customersvc@leaseadmincenter.com |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Top Creditor | Persistent Systems Limited | Kuljesh Puri | kuljesh_puri@persistent.com |
| Counsel for Enghouse Interactive Inc. as the proposed Stalking Horse Purchaser and Enghouse Systems Limited | Porter Hedges LLP | John F. Higgins, M. Shane Johnson, Megan Young-John | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com |
| Top Creditor | Radianz Americas Inc. | Jaime Newell | usbilling@BT.com |
| Top Creditor | Redpoint Omega Associates II, LLC | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Top Creditor | Redpoint Omega II, LP | Shareholders Representative Services LLC | deals@srsacquiom.com |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Top Creditor | SH Lifesize, LLC | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Top Creditor | Silicon Valley Bank | Sheila Colson | scolson@svb.com |

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Prepetition Lender | Silicon Valley Bank c/o First Citizens Bank & Trust | Morrison & Foerster LLP | arheaume@mofo.com |
| Counsel to Prepetition Lender | Silicon Valley Bank c/o First Citizens Bank & Trust | Morrison & Foerster LLP | skleinman@mofo.com; mrussell@mofo.com |
| Counsel for G&I VII Barton Skyway LP | Sirlin Lesser & Benson, P.C. | Dana S. Plon | dplon@sirlinlaw.com |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Texas State EPA Agency | Texas Commission on Environmental Quality | Office of the Commissioner | info@tceq.texas.gov |
| Secretary of the State | Texas Secretary of State | Attn Corporate Bankruptcy Dept | secretary@sos.texas.gov |
| Top Creditor | Tippet Lifesize, LLC | Shareholders Representative Services LLC | deals@srsacquiom.com |
| Top Creditor | Tom Cameron | Shareholders Representative Services LLC | deals@srsacquiom.com |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | usatxs.bankruptcy@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Laredo Division) | Aubrey Thomas | aubrey.thomas@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Top Creditor | ValueLabs Inc | Ravi Volete | ravi.volete@valuelabs.com |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |

# Exhibit B

**Exhibit B**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top Creditor | Amazon Web Services, Inc. | Lara Pryor | PO Box 84023 | | | Seattle | WA | 98124-8423 | |
| Top Creditor | APPSMART AGENT SERVICES, INC. | Tori Stowick | 650 California St Floor 25 | | | San Francisco | CA | 94108 | |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Top Creditor | BCM Advanced Research | Emily Cheng | 11 Chrysler | | | Irvine | CA | 92618-2009 | |
| Top Creditor | BENCHMARK ELECTRONICS (M) SDN BHD | WenYuan Lee | Free Industrial Zone, Phase 1 | | | Bayan Lepas | | 11900 | Malaysia |
| Top Creditor | Blue Jeans Network, Inc. | Quazi Hossain | 3098 Olsen Dr Fl 2 | | | San Jose | CA | 95128-2048 | |
| Top Creditor | Bobby Beckmann | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Top Creditor | BRANDYWINE REALTY TRUST | KARL SEELBACH | 7700 W. Highway 71, Ste. 250 | | | Austin | TX | 78735 | |
| Top Creditor | Calabrio, Inc | Susan Grassel | 241 5th Ave N Ste 1200 | | | Minneapolis | MN | 55401-7506 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Secured Party | CIT BANK, N.A. | | 10201 CENTURION PKWY N STE 100 | | | JACKSONVILLE | FL | 32256 | |
| Top Creditor | Clayton Reed | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Secured Party | COLUMBIA LAKE PARTNERS GROWTH LENDING I (LUXCO) S.A.R.L. | | V404 VOX STUDIOS, 1-45 DURHAM ST | | | Great Britain | | | United Kingdom |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Top Creditor | Craig Malloy | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Secured Party | DE LAGE LANDEN FINANCIAL SERVICES, INC. | | 1111 OLD EAGLE SCHOOL RD | | | WAYNE | PA | 19087 | |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Secured Party | DELL FINANCIAL SERVICES L.L.C. | | 1 DELL WAY | | | ROUND ROCK | TX | 78682 | |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 | |
| Top Creditor | DLA PIPER LLP (US) | Michael Strapp | PO Box 64029 | | | Baltimore | MD | 21264-4029 | |
| Secured Party | EMPLOYMENT DEVELOPMENT DEPARTMENT | | 722 CAPITOL MALL | | | SACRAMENTO | CA | 95814 | |
| Top Creditor | Enoch Kever PLLC | Amy Prueger | 7600 N Capital Of Texas Hwy | Building B Suite 200 | | Austin | TX | 78731-1184 | |
| Regional EPA for Region 6 | Environmental Protection Agency | | 1201 Elm Street Suite 500 | | | Dallas | TX | 75270 | |
| Top Creditor | Escalate Capital Partners SBIC III, LP | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Secured Party | ESCALATE CAPITAL PARTNERS SBIC III, LP | | 300 W 6TH ST STE 2230 | | | AUSTIN | TX | 78701 | |
| Secured Party | ESCALATE CAPITAL PARTNERS SBIC III, LP | | 6011 W COURTYARD DR STE 405 | | | AUSTIN | TX | 78730 | |
| Top Creditor | Farnam Street Financial, Inc. | David Miller | 5850 Opus Parkway, Suite 240 | | | Minnetonka | MN | 55343 | |
| Secured Party | FARNAM STREET FINANCIAL, INC. | | 5850 OPUS PKWY STE 240 | | | HOPKINS | MN | 55343 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Top Creditor | Focus Services LLC | Bryan Tesch | 4102 S 1900 W | | | Roy | UT | 84067 | |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Secured Party | GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P., AS ADMINISTRATIVE AGENT | | 2001 ROSS AVE STE 2800 | | | DALLAS | TX | 75201 | |
| Secured Party | GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P., AS ADMINISTRATIVE AGENT | | 6011 CONNECTION DR | | | IRVING | TX | 75039 | |
| Secured Party | HEWLETT-PACKARD FINANCIAL SERVICES COMPANY | | 200 CONNELL DR | | | BERKELEY HEIGHTS | NJ | 07922 | |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top Creditor | INSIGHTSOFTWARE, LLC | Jean Chambers | 8529 Six Forks Road #400 | | | Raleigh | NC | 27615 | |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| Counsel for City of Allen, Allen ISD | Linebarger Goggan Blair & Sampson, LLP | John Kendrick Turner | 2777 N. Stemmons Freeway, Suite 1000 | | | Dallas | TX | 75207 | |
| Secured Party | LO PLATFORM MIDCO, INC. | | 338 PIER AVE | | | HERMOSA BEACH | CA | 90254 | |
| Top Creditor | Logitech International, S.A. | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Secured Party | MARLIN LO HOLDINGS LP, AS LENDER REPRESENTATIVE | C/O MARLIN EQUITY PARTNERS | 338 PIER AVENUE | | | HERMOSA BEACH | CA | 90254 | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| Top Creditor | Meritech Capital Lifesize LLC | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Top Creditor | Michael Helmbrecht | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| Top Creditor | Oracle America, Inc. | Gale Head | 2955 Campus Drive, Suite 100 | | | San Mateo | CA | 94403-2511 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Secured Party | PAYPLANT ALTERNATIVES FUND LLC | | 2625 MIDDLEFIELD ROAD #595 | | | 94306-2516 | CA | 94306 | |
| Secured Party | PAYPLANT LLC AS COLLATERAL AGENT FOR ITSELF | | 2625 MIDDLEFIELD ROAD #595 | | | 94306-2516 | CA | 94306 | |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Top Creditor | Persistent Systems Limited | Kuljesh Puri | 402E, Senapati Bapat Road | Model Colony | | Pune | | 411 016 | India |
| Top Creditor | Radianz Americas Inc. | Jaime Newell | PO Box 6368 | | | Carol Stream | IL | 60197-6368 | |
| Top Creditor | Redpoint Omega Associates II, LLC | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Top Creditor | Redpoint Omega II, LP | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | 801 Cherry Street, Suite 1900, Unit 18 | | | Fort Worth | TX | 76102 | |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | 100 F St NE | | | Washington | DC | 20549 | |
| Top Creditor | SH Lifesize, LLC | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Top Creditor | Silicon Valley Bank | Sheila Colson | 3003 Tasman Dr. | | | Santa Clara | CA | 95054 | |
| Counsel to Prepetition Lender | Silicon Valley Bank c/o First Citizens Bank & Trust | Morrison & Foerster LLP | Attn Alexander Rheaume | 200 Clarendon St., Floor 21 | | Boston | MA | 02116 | |
| Counsel to Prepetition Lender | Silicon Valley Bank c/o First Citizens Bank & Trust | Morrison & Foerster LLP | Attn Seth J. Kleinman and Miranda K. Russell | 250 West 55th Street, Floor 20 | | New York | NY | 10019 | |
| Secured Party | TECHNOLOGY FINANCE CORPORATION | | 7077 E. MARILYN RD. SUITE 125, BLDG 3 | | | SCOTTSDALE | AZ | 85254-2887 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Texas State EPA Agency | Texas Commission on Environmental Quality | Office of the Commissioner | 12100 Park 35 Circle | | | Austin | TX | 78753 | |
| Secretary of the State | Texas Secretary of State | Attn Corporate Bankruptcy Dept | PO Box 13697 | | | Austin | TX | 78711-3697 | |
| Secured Party | TIAA COMMERCIAL FINANCE, INC. | | 10 WATERVIEW BLVD | | | PARSIPPANY | NJ | 07054 | |

**Exhibit B**
**Master Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top Creditor | Tippet Lifesize, LLC | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Top Creditor | Tom Cameron | Shareholders Representative Services LLC | 950 17th Street, Suite 1400 | | | Denver | CO | 80202 | |
| Top Creditor | TWILIO INC | Eric Garcia | 101 Spear Street, Suite 100 | | | San Francisco | CA | 94105 | |
| Secured Party | U.S. BANK EQUIPMENT FINANCE, A DIVISION OF U.S. BANK NATIONAL ASSOCIATION | | 1310 MADRID ST | | | MARSHALL | MN | 56258 | |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | 1000 Louisiana | Suite 2300 | | Houston | TX | 77002 | |
| US Customs and Border Protection | US Customs and Border Protection | | 1300 Pennsylvania Ave. NW | | | Washington | DC | 20229 | |
| Environmental Protection Agency (US) | US Environmental Protection Agency | | 1200 Pennsylvania Ave NW | Ariel Rios Building | | Washington | DC | 20004 | |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Laredo Division) | Aubrey Thomas | 606 N. Carancahua Street, Suite 1107 | | | Corpus Christi | TX | 78401 | |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Top Creditor | ValueLabs Inc | Ravi Volete | 3235 Satellite Blvd | Building 400, Suite 300 | | Duluth | GA | 30096 | |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | |
| Secured Party | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS AGENT | | 2450 COLORADO AVE STE 3000 | | | SANTA MONICA | CA | 90404 | |
| Secured Party | WESTRIVER INNOVATION LENDING FUND VIII, L.P., AS ADMINISTRATIVE AGENT | | 920 5TH AVENUE, FLOOR 34, SUITE 3450 | | | SEATTLE | WA | 98104-1189 | |