UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Laredo | Main Case Number | 23-50038 (DRJ) |
|---|---|---|---|
| Debtor | In Re: | Lifesize, Inc., et al. | |

This lawyer, who is admitted to the State Bar of _____Delaware_____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Jeffrey C. Wisler<br>Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801<br>302-888-6258<br>Delaware, 2795 |
|---|---|

Seeks to appear as the attorney for this party:

| Cigna Health and Life Insurance Company and Life Insurance Company of North America |
|---|
| Dated: 6/1/2023         Signed: /s/ Jeffrey C. Wisler |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                    Signed: _____
                                    Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____              _____
                                        United States Bankruptcy Judge