UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| LIFESIZE, INC. | § | 23-50038 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

UNITED STATES TRUSTEE'S WITNESS/EXHIBIT LIST
FOR THE HEARING TO BE HELD JUNE 6, 2023

| **Case No:** 23-50038 | **Name of Debtor:** Lifesize, Inc. |
|---|---|
| | |
| **Witness:** | **Judge: David R. Jones** |
| Any rebuttal or impeachment witness | |
| Any witness called by any other party | |
| | Hearing Date: 06/06/23 |
| | Hearing Time: 1:00 P.M. |
| | Party's Name: United States Trustee |
| | Attorney's Name: Andrew Jiménez |
| | Attorney's Phone: (202)507-1969 |
| | |

NATURE OF PROCEEDING: The Court is conducting a hearing to finalize the interim order entered 05/17/23 (Docket No. 36).

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any exhibit introduced by any other party | | | | |
| | Any exhibit identified or offered by any other party | | | | |
| | | | | | |

DATED: <u>June 5, 2023</u>                                              RESPECTFULLY SUBMITTED:
                                                        KEVIN M. EPSTEIN
                                                        UNITED STATES TRUSTEE

                                                        */s/ Andrew Jiménez*
                                                        Andrew Jiménez
                                                        U.S. Department of Justice
                                                        United States Trustee Program
                                                        District of Columbia Bar 991907
                                                        Email: Andrew.Jimenez@usdoj.gov
                                                        606 N. Carancahua Street, Suite 1107
                                                        Corpus Christi, TX 78401
                                                        Cell phone:  (202)507-1969
                                                        Office phone: (361)888-3261
                                                        Facsimile: (361) 888-3263

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 5th day of June 2023, a true and correct copy of the foregoing UNITED STATES TRUSTEE'S WITNESS/EXHIBIT LIST ("Document") was served upon the parties listed below by the U.S. Trustee, via U.S. Postal Service, First Class Mail.  All other parties receiving electronic notice in the case were issued a true and correct copy of the Document via ECF, on the 5th day of June 2023.

                                                         /s/Andrew Jiménez
                                                        Andrew Jiménez

**DEBTOR:**

Lifesize, Inc.
216 West Village Blvd., Ste. 102
Laredo, TX  78041

**DEBTOR'S ATTORNEY:**

Benjamin L. Wallen
Pachulski Stang Ziehl & Jones, LLP
440 Lousiana St., Ste. 900
Houston, TX  77002