IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re:<br><br>LIFESIZE, INC.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-50038 (DRJ)<br><br>(Jointly Administered) |

**CERTIFICATE OF COUNSEL TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (IV) MODIFYING THE AUTOMATIC SAY, (V) SCHEDULING A FINAL HEARING, AND (VI) GRANTING RELATED RELIEF**

(Related to Docket Nos.4, 36, 82 and 86)

The undersigned hereby certifies as follows:

1. On May 16, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed an *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 4] (the "DIP Motion").

2. On May 17, 2023 the Court entered an interim order approving the DIP Motion and scheduled a final hearing for June 6, 2023 [Docket No. 36], with objections for final relief to be filed and served no later than June 1, 2023.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

2

3.     On June 1, 2023, the City of Allen, Allen I.S.D., Collin County, and Collin College filed a joint limited objection to the final relief requested in the DIP Motion [Docket No. 82] (the "Objection").

4.     On June 2, 2023, the Debtors filed a proposed final order to the DIP Motion [Docket No. 86], resolving the Objection, and that no other responsive pleadings to the DIP Motion appears on the Court's docket.

| | |
|---|---|
| Dated:  June 5, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Benjamin L. Wallen* |
| | Benjamin L. Wallen (SBT 24102623) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile: (713) 691-9407 |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
| | Jordan A. Kroop (admitted *pro hac vice*) |
| | Cia H. Mackle (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | jpomerantz@pszjlaw.com |
| | jkroop@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

>/s/ *Benjamin L. Wallen*
>Benjamin L. Wallen