IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LIFESIZE INC.,[1] | § | Case No. 23-50038 |
| | § | |
| DEBTOR(S) | § | |

NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| **Calabrio, Inc.**<br>241 N. 5th Ave.<br>Suite 1200<br>Minneapolis, MN 55401 | Susan Grassel<br>(763) 795-7830<br>susan.grassel@calabrio.com<br>legal@calabrio.com |
| **Shareholders Representative Services LLC**<br>950 17th Street,<br>Suite 1400<br>Denver, CO 80202 | Janelle Dixon<br>(303) 829-5637<br>jdixon@srsacquiom.com |
| **Craig Malloy**<br>2766 Greenlee Dr.<br>Austin, TX 78703 | (512) 431-6896<br>craigbmalloy@gmail.com |
| **Michael Helmbrecht**<br>6203 Shadow Mountain Drive<br>Austin, TX 78731 | (512) 767-2500<br>mhelmbrecht@gmail.com |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtors' federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192), Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

| | |
|---|---|
| **Thomas Cameron**<br>8412 Chalk Knoll Dr.<br>Austin, TX 78735 | (415) 271-3355<br>tomcameron@me.com |
| **Clayton Reed**<br>9 Farming Oaks Trail<br>The Hills, TX 78738-1330 | (512) 626-5143<br>cargonefishing@gmail.com |

Dated: June 5, 2023

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/ Andrew Jiménez
Andrew Jiménez
U.S. Department of Justice
United States Trustee Program
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78401
(361) 888-3261
(361) 888-3263 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on June 5, 2023.

/s/ Andrew Jiménez
Andrew Jiménez
Trial Attorney