**Exhibit B**

**Yoshimura Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| In re:<br><br>LIFESIZE, INC. *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 23-50038 (DRJ)<br><br>(Jointly Administered) |

**DECLARATION OF MICHAEL YOSHIMURA IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORITY TO (I) EMPLOY AND RETAIN FTI CONSULTING, INC., (II) DESIGNATE MARC BILBAO AND MICHAEL YOSHIMURA TO SERVE AS CO-CHIEF RESTRUCTURING OFFICERS, AND (III) PROVIDE ADDITIONAL PERSONNEL FOR DEBTORS**

Pursuant to 28 U.S.C. § 1746, Michael Yoshimura declares as follows:

1. I am a Senior Director with FTI Consulting, Inc. ("FTI"), which has a place of business at 350 S. Grand Avenue, Suite 3000, Los Angeles, CA 90071, among other locations.

2. I submit this declaration on behalf of FTI in support of the *Debtors' Application for Authority to (I) Employ and Retain FTI Consulting, Inc., (II) Designate Marc Bilbao and Michael Yoshimura as Co-Chief Restructuring Officers, and (III) Provide Additional Personnel for Debtors* (the "Application").² Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

3. I will act as Co-CRO for the Debtors.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

[2] Capitalized terms used but not otherwise defined herein will have the meanings ascribed to them in the Application.

4. I have provided strategic, operational, and restructuring advisory services to organizations in both distressed and non-distressed situations. I have significant experience managing formal bankruptcy proceedings as well as assisting organizations in a range of industries, including: software, media & entertainment, healthcare, retail, and financial services. I am skilled in financial modeling and data analysis to help clients solve operational and liquidity challenges. Examples of my experience include advising a private equity sponsored, retail chain with $2.5 billion of annual sales on the development of an operating cash flow model and liquidity forecast. I worked closely with the company's Treasurer and Director of Financial Planning & Analysis to develop and refine forecasting assumptions, and assisted the CFO in various scenario analyses used to help consummate a restructuring transaction of the business. I advised a group of lenders to a large, multinational entertainment company based in Latin America. I completed a review of the Company's three-statement model and adapted the model to run sensitivity scenarios based on business assumptions. Additionally, I developed an operating cash flow model and liquidity forecasts for a large healthcare provider group, working closely with the finance and accounting teams to refine collection and disbursement assumptions.

5. A representative list of my formal restructuring experiences includes: Avianca Airlines, Eagle Hospitality Trust, Fresh & Easy, Open Road Films, and Corinthian Colleges, engaged in such tasks as managing the day-to-day operational impacts of bankruptcy on finance and accounting departments and leading the development and preparation of bankruptcy schedules and statements and monthly operating reports.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2023                                                                  */s/ Michael Yoshimura*
                                                                                                      Michael Yoshimura