IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re:<br><br>LIFESIZE, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-50038 (DRJ)<br><br>(Jointly Administered )<br><br>**[Re: Docket Nos. 4, 36 and 96]** |

**NOTICE OF ADJOURNMENT OF FINAL HEARING REGARDING DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) USE CASH COLLATERAL, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, (IV) MODIFYING THE AUTOMATIC STAY, AND (V) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on May 16, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on May 16, 2023, the Debtors filed their *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 4] (the "DIP Motion"), which was approved on an interim basis and set for final hearing on June 6, 2023 at 1:00 p.m. (prevailing central time) (the "Final Hearing") by order entered on May 17, 2023 [Docket No. 36]. Thereafter, the Court continued the Final Hearing to June 15, 2023 at 10:00 a.m. (prevailing Central Time). *See* Docket No. 96.

**PLEASE TAKE FURTHER NOTICE** that the Final Hearing on the DIP Motion has been continued to **June 22, 2023 at 2:30 p.m. (prevailing Central Time).**

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

1

| | |
|---|---|
| Dated: June 14, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Benjamin L. Wallen* |
| | Benjamin L. Wallen (SBT 24102623) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile: (713) 691-9407 |
| | bwallen@pszjlaw.com |
| | |
| | -and- |
| | |
| | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
| | Jordan A. Kroop (admitted *pro hac vice*) |
| | Cia H. Mackle (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | jpomerantz@pszjlaw.com |
| | jkroop@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | |
| | *Proposed Counsel to the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of June, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen