IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LIFESIZE, INC., | Case No. 23-50038 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE TO CONTRACT PARTIES TO
POTENTIALLY ASSUMED EXECUTORY CONTRACTS**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU ARE A COUNTERPARTY TO A CONTRACT SET FORTH ON THE ATTACHED EXHIBIT A WITH ONE OR MORE OF THE DEBTORS THAT MAY CONSTITUTE AN EXECUTORY CONTRACT**

**PLEASE TAKE NOTICE:**

1. On June 6, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets, (II) Approving Bid Protections, (III) Scheduling Certain Dates with Respect Thereto, (IV) Approving the Form and Manner of Notice Thereof, and (V) Approving Contract Assumption and Assignment Procedures* [Docket No. 123] (the "Bidding Procedures Order"),[2] authorizing the Debtors to conduct an auction (the "Auction") to select a party or parties to purchase substantially all of the Debtors' assets (the "Sale"). The Auction will be governed by the bidding procedures (attached to the Bidding Procedures Order as Exhibit 1 the "Bidding Procedures")).

2. Under the Bidding Procedures and the terms of any Successful Bid, the Debtors **may** assume and assign to the Successful Bidder on approval of the Sale certain of the contracts listed on **Exhibit A** attached to this notice, which may constitute executory contracts under Bankruptcy Code § 365. You are receiving this notice because you are a counterparty to a contract listed on Exhibit A. The Debtors have conducted a review of their books and records and have determined the potential cure amount for unpaid monetary obligations under the contracts on Exhibit A (the "Cure").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West. Village Blvd., Suite 102, Laredo, TX 78041.

[2] Capitalized terms used but not defined in this notice are defined in the Bidding Procedures Order.

1

3.      If you disagree with the proposed Cure listed on Exhibit A for your contract, or object to a proposed assignment to the Successful Bidder of your contract, or object to the ability of the Successful Bidder to provide adequate assurance of future performance with respect to your contract, your objection must: (a) be in writing; (b) comply with the applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any order governing the administration of these chapter 11 cases; (c) state with specificity the nature of the objection and, if the objection pertains to the proposed Cure, state the correct cure amount alleged to be owed to you, together with any applicable and appropriate supporting documentation; and (d) be filed with the Court and served on the Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd, 13th Floor, Los Angeles, CA 90067, Attn.: Jeffrey Pomerantz (jpomerantz@pszjlaw.com) and Jordan Kroop (jkroop@pszjlaw.com), and the U.S. Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, Texas 77002, Attn.: Aubrey Thomas (aubrey.thomas@usdoj.gov), no later than **July 5, 2023**, at **4:00 p.m. (Central Time)** (the "Objection Deadline").

4.      If you don't file an objection by the Objection Deadline to the Cure, the proposed assignment and assumption of your contract, or adequate assurance of the Successful Bidder's ability to perform, then, if your contract constitutes an executory contract subject to assumption under Bankruptcy Code § 365 *and* if the Debtors seek an order from the Bankruptcy Court approving their assumption and assignment to the Success Bidder of your contract, (i) you will be deemed to have stipulated to the accuracy of the Cure on Exhibit A, (ii) you will be forever barred from asserting any additional cure amount under your contract, and (iii) you will be forever barred from objecting to such assignment to the Successful Bidder on the grounds that the Successful Bidder has not provided adequate assurance of future performance as of the closing of the Sale.

5.      Any Cure that remains unresolved after the Sale Hearing will be heard at a later date to be fixed by the Court.

6.      Notwithstanding anything in this notice, **the mere listing of your contract on Exhibit A does not conclusively determine that your contract constitutes an executory contract subject to assumption under Bankruptcy Code § 365 or that your contract will be assumed by the Debtors**. All rights of the Debtors and the Successful Bidder with respect to your contract are reserved. Moreover, the Debtors explicitly reserve their rights, in their reasonable discretion, to seek to reject or assume your contract under Bankruptcy Code § 365 (if you contract is an executory contract) and in accordance with the procedures allowing the Debtors or the Successful Bidder, as applicable, to designate any executory contract as either rejected or assumed after the Sale closes.

7.      Nothing in this notice (a) alters the prepetition nature of your contract or the validity, priority, or amount of any claims of any contract counterparty listed on Exhibit A against the Debtors arising under such contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claim of a contract counterparty.

DOCS_LA:349710.1 52624/002

| | |
|---|---|
| June 23, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Benjamin L. Wallen* |
| | Benjamin L. Wallen (SBT 24102623) |
| | 440 Louisiana Street, Suite 900 |
| | Houston, TX 77002 |
| | Telephone: (713) 691-9385 |
| | Facsimile: (713) 691-9407 |
| | bwallen@pszjlaw.com |
| | and |
| | Jeffrey N. Pomerantz (admitted *pro hac vice*) |
| | Jordan A. Kroop (admitted *pro hac vice*) |
| | Cia H. Mackle (admitted *pro hac vice*) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile:  (310) 201-0760 |
| | jpomerantz@pszjlaw.com |
| | jkroop@pszjlaw.com |
| | cmackle@pszjlaw.com |
| | *Proposed Counsel to the Debtors in Possession* |

### Certificate of Service

I certify that on June 23, 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen

3

DOCS_LA:349710.1 52624/002