# EXHIBIT A

## Exhibit A — List of Contracts and Cure Costs

| Contract Type | Counterparty | Contract Date | Debtor Party | Counterparty Contact | Cure Cost |
|---|---|---|---|---|---|
| Server OEM Agreement | Wowza Media Systems, LLC | June 28, 2013 | Lifesize, Inc. | Wowza Media Systems, LLC 31207 Keats Way, Suite #102 Evergreen, CO 80439 | 220.00 |
| Master Services Agreement | ADP Comprehensive Services | July 25, 2021 | Lifesize, Inc. | One ADP Boulevard Roseland, NJ 07068 | 0.00 |
| License Agreement | Medion AG | May 5, 2009 | Lifesize, Inc. | Gansemarkt 16-18 45127 Essen Germany | 0.00 |
| License Agreement | Medion AG | May 5, 2009 | Lifesize, Inc. | Gansemarkt 16-18 45127 Essen Germany | 0.00 |
| Adopter Agreement | HDMI Licensing, LLC | May 1, 2016 | Lifesize, Inc. | HDMI Licensing LLC 2115 O'Neil Drive, Suite 202 San Jose, CA 95131 | 0.00 |
| AAC Patent License Agreement | Via Licensing Corporation | December 20, 2015 | Lifesize, Inc. | 1275 Market Street San Francisco, CA 94103-1410 | 0.00 |
| Software Escrow Agreement | Tatvik Technologies Pvt. Ltd. | July 20, 2018 | Lifesize, Inc. | 3302/A, 1st Floor, 8th Cross, 12th A Main HAL 2nd Stage, Indiranagar, Bangalore - 560008 India | 9,000.00 |
| License Agreement | Luca Risolia | March 21, 2018 | Lifesize, Inc. | Via Nosadella 35 40123 Bologna, Italy | 0.00 |
| Patent License and License Option Agreement | RPX Corporation | April 11, 2023 | Lifesize, Inc. | Four Embarcadero Center, Suite 4000 San Francisco, CA 94111 ATTN: Legal Department Email: legal@rpxcorp.com | 0.00 |
| Software License Agreement | Logitech Europe S.A. | June 24, 2013 | Lifesize, Inc. | Logitech Europe S.A. c/o Logitech, Inc. 7600 Gateway Blvd. Newark, CA 94560 | 0.00 |
| Amendment and Assignment Agreement | Logitech Europe S.A. | April 29, 2010 | Lifesize, Inc. | General Counsel Logitech 6505 Kaiser Drive Fremont, CA 94555 | 0.00 |
| Go-Forward Contract | NGROK INC | July 1, 2022 | Lifesize, Inc. | 237 A Street #26741 San Diego, California 92101 | 16,200.00 |
| Service Level Agreement | 84codes (cloudamqp) | Not Specified | Not Specified | Torsgatan 26 113 21 Stockholm, Sweden | 0.00 |
| On-Demand Subscription Agreement | AMBER ROAD, INC. | March 15, 2015 | Lifesize, Inc. (Logitech Inc.) | 1601 S. MoPac Expy Suite 100 Austin, Texas 78746 | 16,918.49 |

1

| Contract Type | Counterparty | Contract Date | Debtor Party | Counterparty Contact | Cure Cost |
|---|---|---|---|---|---|
| Deed of Assignment of Intellectual Property Rights and Goodwill | PLANTRONICS, INC; POLY COMMUNICATIONS INTERNATIONAL UNLIMITED COMPANY | February 28, 2022 | LIGHT BLUE OPTICS INC; LIGHT BLUE OPTICS LIMITED | 345 Encinal St. Santa Cruz, CA 95060 | 0.00 |
| AWS Customer Agreement | Amazon Web Services, Inc. | April 20, 2020 | Lifesize, Inc. | Brian Peterson, Esq. K&L Gates LLP 925 Fourth Avenue, Suite 2900 Seattle, WA 98104 | 746,110.79 |
| Order Form | TWILIO, INC | April 1, 2023 | Serenova LLC | 101 Spear Street, 5th Floor San Francisco, CA 94105 | 149,540.56 |
| Netsuite Subscription Estimate | NetSuite Inc. | September 26, 2020 | Lifesize, Inc. | 500 Oracle Parkway Redwood Shores, California 94065 | 612,873.45 |
| Order Form | Salesforce.com, Inc. | February 10, 2023 | Lifesize, Inc. | Salesforce Tower 415 Mission Street, 3rd Floor San Francisco, CA 94105 | 142,088.91 |
| Master Services Agreement (Amendment) | Bandwidth, Inc. | July 18, 2022 | Lifesize, Inc. | 900 Main Campus Drive, Suite 100 Raleigh, North Carolina 27606 Attention: General Counsel | 17,521.94 |
| Master Services Agreement | IBM Corporation | July 1, 2015 | | Stanford Corporate Center 14001 North Dallas Parkway, Suite M100 Dallas, TX 75240 email: sales@softlaye.com | 49,544.62 |
| Master Services Agreement | NuWave | October 19, 2018 | Serenova, LLC | 8275 S. Eastern Ave, Suite 200, Las Vegas, NV 89123 | 28,896.78 |
| Tariff and Rate Charges Agreement | Somos, Inc | December 11, 2019 | Serenova, LLC | Two Tower Center Boulevard, 20th Floor East Brunswick, NJ 08816 | 11,979.00 |
| LiveOps Platform Reseller Agreement | Gamma | July 17, 2013 | LiveOps, Inc. - bill Serenova LLC | Kings House, Kings Road West Newbury, Berkshire RG14 5BY United Kingdom | 4,202.05 |
| Service Level Agreement | Colt Technology Services Beaufort House | | | 15 St. Botolph Street EC3A 7QN London United Kingdom | 9,010.21 |
| Master Services Agreement | Switch Communications, LLC | September 17, 2008 | LiveOps, Inc. | 4495 E Sahara Ave Las Vegas 89104 | 84,730.77 |
| Master Service Agreement | NimbusLabs, LLC | February 12, 2018 | Lifesize, Inc. | 419 Hidden Hills Lane, Escondido, CA 92029 | 19,965.00 |

2

DOCS_LA:349710.1 52624/002

| Contract Type | Counterparty | Contract Date | Debtor Party | Counterparty Contact | Cure Cost |
|---|---|---|---|---|---|
| Reseller Agreement | Clearview Business Intelligence LLC | March 9, 2018 | Serenova, LLC | 4102 S 1900 W, Roy, UT 84067 | 18,014.95 |
| Price Increase Notification | Equinix (UK) Limited | September 19, 2022 | Serenova, LLC | 353 Buckingham Avenue Slough Berkshire United Kingdom | 69,916.26 |
| Logistics Services Agreement | DSV Solutions Nederland B.V. | July 30, 2022 | Lifesize, Inc. | DURBANWEG 31 1047 HD AMSTERDAM NETHERLANDS | 27,123.55 |
| Distribution Services and Bailment Agreement | GXO LOGISTICS SUPPLY CHAIN, INC. | January 25, 2021 | Lifesize, Inc. | 4043 Piedmont Parkway High Point, NC 27265 | 42,842.06 |
| Amendment to Supplier Services Agreement | BENCHMARK ELECTRONICS (M) SDN BHD | March 31, 2010 | LifeSize | General Counsel Logitech 6505 Kaiser Drive Fremont, California 94555 | 373,896.75 |
| Lifesize Contract Renewal | LogiSense Corporation | May 30, 2022 | Lifesize, Inc. | 278 Pinebush Road, Suite 101, Cambridge, ON, N1T 1Z6 | 46,134.27 |
| Order Form | INSIGHTSOFTWARE, LLC | June 24, 2022 | Serenova, LLC | 8529 Six Forks Road, Suite 400, Raleigh, NC 27615 | 193,902.73 |
| Software OEM And Resale Agreement | Uniphore Technologies North America, Inc. | June 4, 2014 | LiveOps Cloud Platform, LLC | 5901 Peachtree Dunwoody Rd Atlanta, Georgia 30328 | 0.00 |
| Master Reseller Agreement | Calabrio, Inc | November 6, 2020 | Lifesize, Inc. | 241 N. 5th Ave, Suite 1200, Minneapolis, MN 55401 | 899,803.32 |
| Reseller Agreement | Blue Jeans Network, Inc. | September 23, 2020 | Lifesize, Inc. | 516 Clyde Avenue Mountain View, CA 94043 | 543,093.52 |
| Master Services Agreement | Persistent Systems Inc. | March 15, 2022 | Lifesize, Inc. | 2055, Laurelwood Road Suite 210 Santa Clara, CA 95054 | 450,890.00 |
| Benefits Agreement | Cigna Health and Life Insurance | | Lifesize, Inc. | 800 Cottage Grove Road Bloomfield, CT 06002 | 0.00 |
| Benefits Agreement | Life Insurance Company of North America | | Lifesize, Inc. | 1601 Chestnut Street Two Liberty Place Philadelphia, PA 19192 | 0.00 |

DOCS_LA:349710.1 52624/002