**Fill in this information to identify the case:**

Debtor Name Serenova, LLC

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number: 23-50041

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of 6/28/2023 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Serenova, LLC holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| See Exhibit 1 | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: Serenova, LLC Case number: 23-50041

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

**For non-individual Debtors:**

✘ /s/ Michael Yoshimura

Signature of Authorized Individual

Michael Yoshimura

Printed name of Authorized Individual

Date 6 / 28 / 2023

**For individual Debtors:**

✘ ______________________

Signature of Debtor 1

______________________

Printed name of Debtor 1

Date ____________
MM / DD / YYYY

✘ ______________________

Signature of Debtor 2

______________________

Printed name of Debtor 2

Date ____________
MM / DD / YYYY

Debtor Name Serenova, LLC

Case number 23-50041

**Exhibit A: Financial Statements for [**See Attached Exhibits A-1 through A-4**]**

**For the Non-Debtor entities listed in Exhibit 1**

Debtor Name Serenova, LLC

Case number 23-50041

## Exhibit A-1: Balance Sheet for the Non-Debtor Entities in Exhibit 1 as of 4/30/2023

See Exhibit A-1 Attached

Debtor Name Serenova, LLC

Case number 23-50041

## Exhibit A-2: Statement of Income (*Loss*) for Non-Debtor entities in Exhibit 1

See Exhibit A-2 Attached

Debtor Name Serenova, LLC Case number 23-50041

## Exhibit A-3: Statement of Cash Flows for the Non-Debtor Entities listed in Exhibit 1

See Exhibit A-3 Attached

Debtor Name Serenova, LLC    Case number 23-50041

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for the Non-Debtor Entities Listed in Exhibit 1**

See Exhibit A-4 Attached

Debtor Name Serenova, LLC Case number 23-50041

## Exhibit B: Description of Operations for Non-Debtor Entities

**Loxysoft WFM AB –** Sweden entity that sold and supported the Debtors' Proscheduler product and is in formal liquidation

**LiveOps New Zealand Ltd –** The Debtors plan to liquidate this entity, which is cost plus with no employees and no customers

**LiveOps UK, Ltd. –** In the process of liquidating this entity, which has no employees, no customers, and is cost plus entity

**LiveOps Cloud Platform Canada, Inc. –** This entity has approx. 10 employees (all software engineers) and it is a cost plus entity with no customers

Debtor Name Serenova, LLC Case number 23-50041

## Exhibit C: Description of Intercompany Claims

The claims are inter-company payables and receivables arising from the normal course of business.

## Exhibit D: Allocation of Tax Liabilities and Assets

Not Applicable. The Debtor files taxes with the respective local jurisdictions.

Debtor Name Serenova, LLC Case number 23-50041

## Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor

Not applicable. The Debtor entities pay for their own administrative expenses and professional fees.

Debtor Name: Serenova, LLC
Case No.: 23-50041

**General Notes to the Official Form 2015.3**

This periodic report (the "**Periodic Report**") has been prepared solely for the purpose of complying with Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). This Periodic Report includes each entity that is not a publicly traded corporation or a Debtor (as defined below) and is directly owned by a Debtor's estate (each a "**Non-Debtor**" or a "**Controlled Non-Debtor Entity**").

The information included in this Periodic Report has been provided by the Debtors' management. The Debtor, Serenova, LLC has controlling ownership of the listed Non-Debtor entities. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3.

**Description of these Chapter 11 Cases**

On May 16, 2023 (the "**Petition Date**"), the Debtors commenced with the United States Bankruptcy Court for the Southern District of Texas (the "Court") voluntary cases under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors' Chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 under the caption Serenova, LLC, Case No. 23-50041, pursuant to an order entered by the Bankruptcy Court on May 16, 2023 [Docket No. 2]. Additional information about these Chapter 11 cases, court filings, and claims information is available on the Debtors' restructuring website: http://www.kccllc.net/lifesize.

**Financial Statement**

The Debtors are providing balance sheets, income statements, cash flow statements, and statements of changes in stockholders equity for the Non-Debtor entities. The unaudited financial statements presented in this Periodic Report are derived from the consolidated books and records of the Debtors and its non-debtor subsidiaries. The presentation in this Periodic Report does not include all of the information and footnotes required by generally accepted accounting principles for complete financial statements. The financial statements and supplemental information contained herein represent condensed information, are limited in scope, and cover a limited time period.

Management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation. Subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. The results of operations contained herein are not necessarily indicative of results that are expected from any other period and may not necessarily reflect the results of operations or financial position of the non-Debtors in the future. This Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3.

**Current Values**

The Debtors do not maintain fair market value or other bases of valuation for these entities, which may differ substantially from the net book value of these entities.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these Chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of Chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of Chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

**Currency**

The amounts herein are presented in United States dollars, unless otherwise noted.

**Loxysoft WFM AB**

The report notes Loxysoft WFM AB as one of the Non-Debtor entities. This entity has had a name change to "Lifesize Sweden AB".

**Official Form 426**

*Exhibit 1 - Serenova LLC holds a substantial or controlling interest in the following entities:*

**The Debtors holds a substantial or controlling interest in the following entities:**

| Name of Controlled Non-Debtor Entity | Interest of the Debtor |
| --- | --- |
| Loxysoft WFM AB ("Lifesize Sweden AB") | 100% owned by Serenova LLC |
| LiveOps New Zealand Ltd. | 100% owned by Serenova LLC |
| LiveOps UK, Ltd. | 100% owned by Serenova LLC |
| LiveOps Cloud Platform Canada, Inc. | 100% owned by Serenova LLC |

**Serenova, LLC**
*Non-Debtors - Balance Sheet*
*End of APR-2023*
*Exhibit A-1*

| | LiveOps Cloud Platform Canada, Inc | LiveOps New Zealand Limited | LiveOps UK LTD. | Loxysoft WFM AB, a company of Serenova, LLC |
|---|---|---|---|---|
| Total Bank | $ - | $ - | $ 2,330 | $ 1,855 |
| Total Accounts Receivable | - | - | - | (37) |
| 11601 - VAT Receivable | 136 | 1,125 | 71 | (1,739) |
| 11701 - Miscellaneous Receivable | (592) | - | - | - |
| 14251 - Prepaid Expenses- Misc. | - | 6,044 | - | - |
| 14253 - Prepaid Expenses -Health Insur | - | - | - | - |
| 14254 - Prepaid Expenses-Insurance | 875 | - | - | - |
| Total - 14611 - I/C Receivable | (848,037) | 764,949 | (583,927) | 365,917 |
| **Total Other Current Asset** | **(847,619)** | **772,118** | **(583,856)** | **364,179** |
| **Total Current Assets** | **(847,619)** | **772,118** | **(581,526)** | **365,996** |
| **Total Fixed Assets** | **-** | **-** | **-** | **-** |
| 17702 - Depst on Ofc Equip/Leased Ofc | - | - | - | - |
| 18001 - Goodwill | - | - | - | - |
| 19999 - Foreign Currency Clearance | (33,241) | - | - | - |
| Total Other Assets | (33,241) | - | - | - |
| **Total ASSETS** | **(880,860)** | **772,118** | **(581,526)** | **365,996** |
| Total Accounts Payable | 68,572 | 18,996 | 18,917 | - |
| 21411 - Accrued General | 1,959 | 10,731 | 25,245 | 6,668 |
| 21812 - Holiday Pay Accruals | - | - | - | 0 |
| 21813 - Accrual 13th/14th Salary | - | - | - | - |
| 21821 - Payroll Tax Accruals | - | 10,437 | 0 | - |
| 21833 - Pension Accruals | - | - | (34) | - |
| 21901 - Accrued Severance | - | - | - | - |
| 22031 - Income Taxes Payable Prior Year | 158,695 | 46,915 | 37,707 | - |
| 22032 - Income Taxes Payable Current Year | 29,525 | 12,346 | 18,842 | - |
| 22033 - Income Taxes Payable - Foreign | 63,564 | - | 10,671 | - |
| 22041 - VAT Payable (Out) @ Rate 1 | - | - | - | 5,666 |
| 22051 - Withholding Tax Payable | - | - | - | - |
| 25009 - Dividends Payable | - | 230,269 | - | - |
| 27071 - I/C Payable | 1,073,954 | 140,717 | 552,308 | 391,401 |
| Total Other Current Liability | 1,327,697 | 451,415 | 644,738 | 403,735 |
| **Total Current Liabilities** | **1,396,270** | **470,410** | **663,656** | **403,735** |
| **Total Long Term Liabilities** | **-** | - | **-** | **-** |
| 29112 - Common Stock | - | 1 | 2 | - |
| 29113 - I/C Common Stock | - | - | - | 209,098 |
| 29181 - Additional Paid in Capital - Preferred Stock | - | 410,853 | 75,976 | - |
| 30050 - Distributions | - | (312,230) | - | - |
| Retained Earnings | (2,070,635) | 202,767 | (1,318,311) | (247,085) |
| Net Income | (206,495) | 317 | (2,848) | 248 |
| **Total Equity** | **(2,277,130)** | **301,707** | **(1,245,181)** | **(37,739)** |
| **Total Liabilities & Equity** | **$ (880,860)** | **$ 772,118** | **$ (581,526)** | **$ 365,996** |

**Serenova, LLC**
*Non-Debtors - Balance Sheet*
*End of Jan-2023*
*Exhibit A-1*

| | LiveOps Cloud Platform Canada, Inc | LiveOps New Zealand Limited | LiveOps UK LTD. | Loxysoft WFM AB, a company of Serenova, LLC |
|---|---|---|---|---|
| Current Assets | | | | |
| Total Bank | $ - | $ - | $ 2,998 | $ 907 |
| 11601 - VAT Receivable | - | - | - | (1,739) |
| 14251 - Prepaid Expenses- Misc. | - | 1,476 | - | - |
| 14254 - Prepaid Expenses-Insurance | 1,250 | - | - | (447) |
| Total - 14611 - I/C Receivable | (848,037) | 764,949 | (593,826) | 309,282 |
| **Total Other Current Asset** | (846,787) | 766,425 | (593,826) | 307,096 |
| **Total Current Assets** | (846,787) | 766,425 | (590,828) | 308,003 |
| **Total Fixed Assets** | - | - | - | (1,030) |
| **Total ASSETS** | **(846,787)** | **766,425** | **(590,828)** | **306,972** |
| Total Accounts Payable | 79,614 | 10,358 | 19,076 | - |
| 21221 - Accrued AP | - | - | - | - |
| 21411 - Accrued General | 1,959 | 10,731 | 25,334 | 5,636 |
| 21812 - Holiday Pay Accruals | - | - | - | - |
| 21813 - Accrual 13th/14th Salary | - | - | - | - |
| 21821 - Payroll Tax Accruals | - | 11,562 | - | - |
| 21833 - Pension Accruals | - | - | (34) | - |
| 22031 - Income Taxes Payable Prior Year | 159,632 | 48,741 | 36,941 | - |
| 22032 - Income Taxes Payable Current Year | 29,699 | 12,827 | 18,464 | - |
| 22033 - Income Taxes Payable - Foreign | 63,604 | - | 10,671 | - |
| 22041 - VAT Payable (Out) @ Rate 1 | - | - | - | 5,666 |
| 25009 - Dividends Payable | - | 230,269 | - | - |
| 27071 - I/C Payable | 889,340 | 140,547 | 541,054 | 333,658 |
| Total Other Current Liability | 1,144,234 | 454,677 | 632,430 | 344,960 |
| **Total Current Liabilities** | **1,223,848** | **465,034** | **651,506** | **344,960** |
| **Total Long Term Liabilities** | - | - | - | - |
| 29112 - Common Stock | - | 1 | 2 | - |
| 29113 - I/C Common Stock | - | - | - | 209,098 |
| 29181 - Additional Paid in Capital - Preferred Stock | - | 410,853 | 75,976 | - |
| 30050 - Distributions | - | (312,230) | - | - |
| **Total - Equity** | **-** | **98,623** | **75,978** | **209,098** |
| Retained Earnings | (895,368) | 304,961 | (790,929) | (649,277) |
| Net Income | (1,175,268) | (102,193) | (527,382) | 402,191 |
| **Total Equity** | **(2,070,635)** | **301,391** | **(1,242,333)** | **(37,987)** |
| **Total Liabilities & Equity** | **$ (846,787)** | **$ 766,425** | **$ (590,828)** | **$ 306,972** |

**Serenova, LLC**
*Non-Debtor Entities - Income Statement*
*From FEB-22 to JAN-23*
*Exhibit A -2*

| February 2022 thru January 2023 | LiveOps Cloud Platform Canada, Inc | LiveOps New Zealand Limited | LiveOps UK LTD. | Loxysoft WFM AB, a company of Serenova, LLC |
|---|---|---|---|---|
| **Total Revenue** | $ - | $ - | $ - | $ - |
| **Total Cost of Sales** | 15 | 15 | - | - |
| Salaries and Wages | 715,537 | - | 184,414 | 48,606 |
| Variable Compensation | 15,081 | - | 71,854 | - |
| Fringe Benefits | 64,531 | 14,930 | 84,874 | (210,985) |
| Travel and Entertainment | 648 | - | 1,587 | - |
| Professional Services | 13,934 | 18,457 | 71,151 | (14,749) |
| Equipment | 86 | - | 16 | - |
| Other Operating Expenses | 79 | (122) | 1,587 | (6,210) |
| Software | 78,662 | - | - | - |
| Rent & Utilities | - | - | 2,987 | 4,293 |
| Telecom | 2,960 | - | 1,690 | 270 |
| Insurance | 2,921 | - | 9,184 | 6,714 |
| Taxes | - | - | - | 1,458 |
| Depreciation | 26,298 | - | 245 | 3,116 |
| Amortization | - | - | - | 13,213 |
| Management Fees & Other | 68,663 | (3,510) | 37,942 | 1,726 |
| **Total Expenses** | 989,400 | 29,755 | 467,532 | (152,549) |
| **Net Ordinary Income** | (989,400) | (29,755) | (467,532) | 427,745 |
| Interest Income / (Expense) | - | - | (21) | 45 |
| Exchange Gain/Loss Net | - | - | - | (1) |
| Gain/Loss on Sale of Fixed Assets | - | - | - | 4,532 |
| Provision for Income Taxes | 189,331 | 71,406 | 65,631 | - |
| Realized Exchange Gain/Loss | 53 | (1,014) | (6,565) | (9,753) |
| Unrealized Exchange Gain/Loss | (3,517) | 2,047 | 839 | 23,520 |
| Unrealized Matching Gain/Loss | - | - | (34) | 7,212 |
| **Total Other Expense** | **185,868** | **72,438** | **59,851** | **25,554** |
| **Net Other Income** | **(185,868)** | **(72,438)** | **(59,851)** | **(25,554)** |
| **Net Income** | **$ (1,175,268)** | **$ (102,193)** | **$ (527,382)** | **$ 402,191** |

**Serenova, LLC**
*Non-Debtor Entities - Income Statement*
*From FEB-23 to APRIL-23*
*Exhibit A -2*

| February 2023 thru April 2023 | LiveOps Cloud Platform Canada, Inc | LiveOps New Zealand Limited | LiveOps UK LTD. | Loxysoft WFM AB, a company of Serenova, LLC |
|---|---|---|---|---|
| **Total Revenue** | $ - | $ - | $ - | $ - |
| **Total Cost of Sales** | - | - | - | - |
| Salaries and Wages | 158,551 | - | - | - |
| Variable Compensation | 4,582 | - | - | - |
| Fringe Benefits | 20,286 | - | - | - |
| Travel and Entertainment | 292 | - | 171 | - |
| Professional Services | 4,142 | 3,609 | 441 | - |
| Other Operating Expenses | - | - | 375 | - |
| Software | 19,701 | - | - | - |
| Telecom | - | - | 347 | - |
| Insurance | 375 | - | - | - |
| **Total Expenses** | 207,928 | 3,609 | 1,334 | - |
| **Net Ordinary Income** | (207,928) | (3,609) | (1,334) | - |
| Interest Income / (Expense) | - | - | (17) | - |
| Exchange Gain/Loss Net | - | - | - | - |
| Gain/Loss on Sale of Fixed Assets | - | - | - | (1,030) |
| Realized Exchange Gain/Loss | 45 | (0) | (12) | - |
| Unrealized Exchange Gain/Loss | (1,479) | (3,926) | 1,561 | 782 |
| Unrealized Matching Gain/Loss | - | - | (18) | - |
| Total Other Expense | (1,433) | (3,926) | 1,514 | (248) |
| **Net Other Income** | 1,433 | 3,926 | (1,514) | 248 |
| **Net Income** | **$ (206,495)** | **$ 317** | **$ (2,848)** | **$ 248** |

**Serenova, LLC**
*Non-Debtor Entities - Cash Flow Statement*
*From FEB-22 to JAN-23*
*Exhibit A-3*

| | LiveOps Cloud Platform Canada, Inc | LiveOps New Zealand Limited | LiveOps UK LTD. | Loxysoft WFM AB, a company of Serenova, |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net Income | $ (1,175,268) | $ (102,193) | $ (527,382) | $ 402,191 |
| **Adjustments to Net Income** | - | - | - | - |
| Accounts Receivable | - | - | - | 35,143 |
| Unbilled Receivable | - | - | - | 2,719 |
| Other Current Asset | 81,847 | 2,379 | 27,091 | (843,699) |
| Accounts Payable | 9,642 | 8,573 | (23,968) | (129,956) |
| Sales Tax Payable | - | - | (2,331) | (293,223) |
| Other Current Liabilities | 1,078,283 | 213,118 | 590,890 | 86,849 |
| **Total Adjustments to Net Income** | 1,169,773 | 224,070 | 591,682 | (1,142,167) |
| **Total Operating Activities** | (5,495) | 121,877 | 64,300 | (739,975) |
| **Investing Activities** | - | - | - | - |
| Fixed Asset | 26,298 | - | 245 | 7,647 |
| Other Asset | - | - | 7,214 | 298,542 |
| **Total Investing Activities** | 26,298 | - | 7,459 | 306,189 |
| **Financing Activities** | - | - | - | - |
| Long Term Liabilities | - | - | - | - |
| Opening Balance Equity | (286) | (4,473) | - | 44,303 |
| Other Equity | (20,517) | (117,282) | (82,937) | 209,098 |
| **Total Financing Activities** | (20,803) | (121,755) | (82,937) | 253,401 |
| **Net Change in Cash for Period** | - | 122 | (11,178) | (180,386) |
| **Cash at Beginning of Period** | - | (122) | 14,176 | 181,292 |
| **Cash at End of Period** | $ - | $ - | $ 2,998 | $ 907 |

**Serenova, LLC**
*Non-Debtor Entities - Cash Flow Statement*
*FEB-23, MAR-23, APR-23*
*Exhibit A-3*

| | LiveOps Cloud Platform Canada, Inc | LiveOps New Zealand Limited | LiveOps UK LTD. | Loxysoft WFM AB, a company of |
|---|---|---|---|---|
| **Operating Activities** | | | | |
| Net Income | $ (206,495) | $ 317 | $ (2,848) | $ 248 |
| **Adjustments to Net Income** | - | - | - | - |
| Accounts Receivable | - | - | - | 37 |
| Unbilled Receivable | - | - | - | - |
| Other Current Asset | 832 | (5,693) | (9,970) | (57,082) |
| Accounts Payable | (11,042) | 8,638 | (159) | - |
| Sales Tax Payable | - | - | (88) | 1,032 |
| Other Current Liabilities | 183,464 | (3,262) | 12,397 | 57,743 |
| **Total Adjustments to Net Income** | 173,253 | (317) | 2,180 | 1,730 |
| **Total Operating Activities** | (33,241) | - | (668) | 1,978 |
| **Investing Activities** | - | - | - | - |
| Fixed Asset | - | - | - | (1,030) |
| Other Asset | 33,241 | - | - | - |
| **Total Investing Activities** | 33,241 | - | - | (1,030) |
| **Financing Activities** | - | - | - | - |
| Long Term Liabilities | - | - | - | - |
| Other Equity | - | - | - | - |
| **Total Financing Activities** | - | - | - | - |
| **Net Change in Cash for Period** | - | - | (668) | 948 |
| **Cash at Beginning of Period** | - | - | 2,998 | 907 |
| **Cash at End of Period** | $ - | $ - | $ 2,330 | $ 1,855 |

**Serenova, LLC**

*Non-Debtor Entities - Changes in Sharholders Equity*

*FEB-23, MAR-23, APR-23; FY-22*

*Exhibit A-4*

| | LiveOps Cloud Platform Canada, Inc | | | | LiveOps New Zealand Limited | | | | LiveOps UK LTD. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Stock | Data Migration | Retained Earnings | Total | Stock | Data Migration | Retained Earnings | Total | Stock | Data Migration | Retained Earnings | Total |
| **Balance at 1/31/22** | **$0** | **$20,803** | **($895,368)** | **($874,565)** | **$98,623** | **$121,755** | **$304,961** | **$525,339** | **$75,978** | **$82,937** | **($790,929)** | **($632,014)** |
| Write Off 2020 Data Migration | - | ($20,803) | - | ($20,803) | - | ($121,755) | - | ($121,755) | - | ($82,937) | - | ($82,937) |
| Net income (loss) | | | ($1,175,268) | ($1,175,268) | | | ($102,193) | ($102,193) | | | ($527,382) | ($527,382) |
| **Balance at 1/31/23** | **$0** | **-** | **($2,070,635)** | **($2,070,635)** | **$98,623** | **-** | **$202,767** | **$301,391** | **$75,978** | **-** | **($1,318,311)** | **($1,242,333)** |
| Net income (loss) | | | ($206,495) | ($206,495) | - | - | $317 | $317 | - | - | ($2,848) | ($2,848) |
| **Balance at 4/30/23** | **$0** | **$0** | **($2,277,130)** | **($2,277,130)** | **$98,623** | **-** | **$203,084** | **$301,707** | **$75,978** | **-** | **($1,321,159)** | **($1,245,181)** |

| | Loxysoft WFM AB, a company of Serenova, LLC | | | |
|---|---|---|---|---|
| | Stock | Data Migration | Retained Earnings | Total |
| **Balance at 1/31/22** | **($44,303)** | **-** | **($649,277)** | **($693,580)** |
| Capital allocation (I/C) - liquidation | $253,401 | - | - | $253,401 |
| Net income (loss) | - | - | $402,191 | $402,191 |
| **Balance at 1/31/23** | **209,098** | **-** | **($247,085)** | **($37,987)** |
| Net income (loss) | - | - | $248 | $248 |
| **Balance at 4/30/23** | **209,098** | **-** | **($246,837)** | **($37,739)** |