IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: <br><br> LIFESIZE, INC., *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-50038 (DRJ) <br><br> Jointly Administered |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the *Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Proving Superpriority Administrative Expense Claims, (III) Granting Adequate Protection to Postpetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 156] is hereby WITHDRAWN.

Dated: June 29, 2023
       Dallas, Texas

                                              **MCDERMOTT WILL & EMERY LLP**

                                              */s/ Marcus A. Helt*
                                              Charles R. Gibbs (Texas Bar No. 7846300)
                                              Marcus A. Helt (Texas Bar No. 24052187)
                                              Jane A. Gerber (Texas Bar No. 24092416)
                                              2501 North Harwood Street, Suite 1900
                                              Dallas, Texas 75201-1664
                                              Telephone: (214) 295-8000

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

Facsimile: (972) 232-3098
Email:  crgibbs@mwe.com
         mhelt@mwe.com
         jagerber@mwe.com

-and-

Lucas B. Barrett (admitted *pro hac vice*)
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5707
Facsimile: (212) 547-5444
Email: lbarrett@mwe.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

      I certify that on June 29, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                           */s/ Marcus A. Helt*
                                           Marcus A. Helt