Electronic Appearance Sheet

DARYL GREENBERG, ADP
Client(s): ADP - Creditor

Shelby Nace, DLA Piper LLP (US)
Client(s): Interested Parties

Lisa Hatfield, Connolly Gallagher LLP
Client(s): Cigna Health and Life Insurance Company AND Life Insurance Company of North America

Jeffrey Wisler, Connolly Gallagher LLP
Client(s): Cigna Health and Life Insurance Company AND Life Insurance Company of North America

Erica Mannix, Lowenstein Sandler LLP
Client(s): Interested Party

Aubrey Thomas, Office of the United States Trustee
Client(s): United States Trustee

Bruce Ruzinsky, Jackson Walker LLP
Client(s): SVB

Seth Kleinman, Morrison Foerster LLP
Client(s): First-Citizens/SVB

Benjamin Wallen, Pachulski Stang Ziehl.& Jones LLP
Client(s): Debtor representation

Seth Kleinman, Morrison Foerster
Client(s): SVB

Jeffrey Pomerantz, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtor representation

Miranda Russell, Morrison Foerster
Client(s): SVB

Cia Mackle, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtor representation

Maxim Litvak, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtor representation

Jordan Kroop, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtor representation

Eric Goldberg, DLA Piper LLP (US)
Client(s): SVB Capital

Electronic Appearance Sheet

Jeffrey Pomerantz, Pachulski Stang Ziehl & Jones LLP
Client(s): Debtor representation

Jeffrey Wisler, Connolly Gallagher LLP
Client(s): Cigna Health & Life Insurance Company and Life Insurance Company of North America

Jeffrey Pomerantz, Pachulski Stang Ziehl & Jones LLP
Client(s): General Bankruptcy Counsel for Debtor

Maxim Litvak, Pachulski Stang Ziehl & Jones LLP
Client(s): General Bankruptcy Counsel for Debtor

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): General Bankruptcy Counsel for Debtor

Jordan Kroop, Pachulski Stang Ziehl & Jones LLP
Client(s): General counsel to Debtor

Aubrey Thomas, Office of the United States Trustee
Client(s): U.S. Trustee

Charles Gibbs, McDermott Will & Emery LP
Client(s): Unsecured Creditors Committee

Charles Gibbs , McDermott Will & Emery, LLP
Client(s): The Official Committee of Unsecured Creditors

Jordan Kroop, Pachulski Stang Ziehl & Jones LLP
Client(s): General bankruptcy counsel for Debtors

Maxim Litvak, Pachulski Stang Ziehl & Jones LLP
Client(s): General bankruptcy counsel for Debtors

Benjamin Wallen, Pachulski Stang Ziehl & Jones LLP
Client(s): General bankruptcy counsel for Debtors

Aubrey Thomas, Office of the United States Trustee
Client(s): U.S. Trustee

Alexander Rheaume, Morrison Foerster
Client(s): First Citizens Bank & Trust Company

Seth Kleinman, Morrison Foerster
Client(s): First Citizens Bank & Trust Company

Sean Daly, Morrison Foerster
Client(s): First Citizens Bank & Trust Company

Electronic Appearance Sheet

Seth Kleinman, Morrison & Foerster
Client(s): SVB

Bruce Ruzinsky, Jackson Walker LLP
Client(s): SVB