IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LIFESIZE, INC., | Case No. 23-50038 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF SALE CLOSING AND
ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

**PLEASE TAKE NOTICE:**

1. On July 7, 2023, the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") entered the *Order (I) Approving the Sale of Substantially All Assets of the Debtors Free and Clear of Liens, Encumbrances, Claims and Interests, (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 200] (the "**Sale Order**"), which authorized the sale of substantially all of the Debtors' assets to Enghouse Interactive, Inc. (the "**Sale**").

2. The Sale closed on August 1, 2023 (the "**Closing Date**").

3. Under the Sale Order and the *Order (I) Approving Bidding Procedures for the Sale of the Debtors' Assets …* [Docket No. 123] dated June 6, 2023 (the "**Bid Procedures Order**"), effective as of the Closing Date, under Bankruptcy Code § 365, the Debtors have assumed and assigned to Enghouse the contracts listed on **Exhibit A** attached to this notice.

4. Unless your contract is shown in a shaded box on Exhibit A, you will already have received or will receive, as soon as practical, payment in full of any amount remaining unpaid on account of all unpaid monetary obligations under your contract (the "**Cure**").

5. If your contract is shown in a shaded box on Exhibit A, the Cure associated with your contract is presently subject to dispute. In accordance with the Bid Procedures Order, the Debtors have placed in a segregated account the full amount you have asserted is owed as the Cure associated with your contract, pending resolution of the dispute. You will be contacted regarding the process to resolve disputed Cures.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West. Village Blvd., Suite 102, Laredo, TX 78041.

1

6. If your contract appears on prior notices of potentially assumed executory contracts [Docket Nos. 124 and 259] but does not appear on Exhibit A to this notice, your contract has **not** been assumed and assigned to Enghouse and, if it constitutes an executory contract under Bankruptcy Code § 365, will be rejected effective as of the date established by a forthcoming order of the Court.

August 2, 2023                                                  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
bwallen@pszjlaw.com

and

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
Cia H. Mackle (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
jpomerantz@pszjlaw.com
jkroop@pszjlaw.com
cmackle@pszjlaw.com

*Counsel to the Debtors in Possession*

### CERTIFICATE OF SERVICE

I certify that on August 2, 2023, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen

## Exhibit A — List of Assumed and Assigned Contracts

**Note:** Contracts shown in shaded rows are subject to a disputed Cure but have been assumed and assigned by the escrowing on August 1, 2023, in a segregated debtor-in-possession account of the amount asserted by the Counterparty as the correct Cure pending resolution of the dispute.

| Contract Type | Counterparty | Contract Date | Debtor Party | Counterparty Contact |
|---|---|---|---|---|
| Server OEM Agreement | Wowza Media Systems, LLC | June 28, 2013 | Lifesize, Inc. | Wowza Media Systems, LLC 31207 Keats Way, Suite #102 Evergreen, CO 80439 |
| License Agreement | Medion AG | May 5, 2009 | Lifesize, Inc. | Gansemarkt 16-18<br>45127 Essen<br>Germany |
| Adopter Agreement | HDMI Licensing, LLC | May 1, 2016 | Lifesize, Inc. | HDMI Licensing LLC<br>2115 O'Neil Drive, Suite 202<br>San Jose, CA 95131 |
| AAC Patent License Agreement | Via Licensing Corporation | December 20, 2015 | Lifesize, Inc. | 1275 Market Street<br>San Francisco, CA<br>94103-1410 |
| Software Escrow Agreement | Tatvik Technologies Pvt. Ltd. | July 20, 2018 | Lifesize, Inc. | 3302/A, 1st Floor, 8th Cross, 12th A Main<br>HAL 2nd Stage,<br>Indiranagar, Bangalore - 560008<br>India |
| License Agreement | Luca Risolia | March 21, 2018 | Lifesize, Inc. | Via Nosadella 35<br>40123<br>Bologna, Italy |
| Patent License and License Option Agreement | RPX Corporation | April 11, 2023 | Lifesize, Inc. | Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111<br>ATTN: Legal Department<br>Email: legal@rpxcorp.com |
| Software License Agreement | Logitech Europe S.A. | June 24, 2013 | Lifesize, Inc. | Logitech Europe S.A.<br>c/o Logitech, Inc.<br>7600 Gateway Blvd.<br>Newark, CA 94560 |
| Amendment and Assignment Agreement | Logitech Europe S.A. | April 29, 2010 | Lifesize, Inc. | General Counsel<br>Logitech<br>6505 Kaiser Drive<br>Fremont, CA 94555 |
| Service Level Agreement | 84codes (cloudamqp) | Not Specified | Not Specified | Torsgatan 26<br>113 21 Stockholm, Sweden |
| On-Demand Subscription Agreement | AMBER ROAD, INC. | March 15, 2015 | Lifesize, Inc. (Logitech Inc.) | 1601 S. MoPac Expy Suite 100<br>Austin, Texas 78746 |

1

| Contract Type | Counterparty | Contract Date | Debtor Party | Counterparty Contact |
|---|---|---|---|---|
| Deed of Assignment of Intellectual Property Rights and Goodwill | PLANTRONICS, INC; POLY COMMUNICATIONS INTERNATIONAL UNLIMITED COMPANY | February 28, 2022 | LIGHT BLUE OPTICS INC; LIGHT BLUE OPTICS LIMITED | 345 Encinal St. Santa Cruz, CA 95060 |
| AWS Customer Agreement | Amazon Web Services, Inc. | April 20, 2020 | Lifesize, Inc. | Brian Peterson, Esq. K&L Gates LLP 925 Fourth Avenue, Suite 2900 Seattle, WA 98104 |
| Order Form | TWILIO, INC | April 1, 2023 | Serenova LLC | 101 Spear Street, 5th Floor San Francisco, CA 94105 |
| Master Services Agreement (Amendment) | Bandwidth, Inc. | July 18, 2022 | Lifesize, Inc. | 900 Main Campus Drive, Suite 100 Raleigh, North Carolina 27606 Attention: General Counsel |
| Master Services Agreement | IBM Corporation | July 1, 2015 | | Stanford Corporate Center 14001 North Dallas Parkway, Suite M100 Dallas, TX 75240 email: sales@softlaye.com |
| Master Services Agreement | NuWave | October 19, 2018 | Serenova, LLC | 8275 S. Eastern Ave, Suite 200, Las Vegas, NV 89123 |
| Tariff and Rate Charges Agreement | Somos, Inc | December 11, 2019 | Serenova, LLC | Two Tower Center Boulevard, 20th Floor East Brunswick, NJ 08816 |
| LiveOps Platform Reseller Agreement | Gamma | July 17, 2013 | LiveOps, Inc. - bill Serenova LLC | Kings House, Kings Road West Newbury, Berkshire RG14 5BY United Kingdom |
| Service Level Agreement | Colt Technology Services Beaufort House | | | 15 St. Botolph Street EC3A 7QN London United Kingdom |
| Master Services Agreement | Switch Communications, LLC | September 17, 2008 | LiveOps, Inc. | 4495 E Sahara Ave Las Vegas 89104 |
| Master Service Agreement | NimbusLabs, LLC | February 12, 2018 | Lifesize, Inc. | 419 Hidden Hills Lane, Escondido, CA 92029 |
| Reseller Agreement | Clearview Business Intelligence LLC | March 9, 2018 | Serenova, LLC | 4102 S 1900 W, Roy, UT 84067 |
| Price Increase Notification | Equinix (UK) Limited | September 19, 2022 | Serenova, LLC | 353 Buckingham Avenue Slough Berkshire United Kingdom |

| Contract Type | Counterparty | Contract Date | Debtor Party | Counterparty Contact |
|---|---|---|---|---|
| Logistics Services Agreement | DSV Solutions Nederland B.V. | July 30, 2022 | Lifesize, Inc. | DURBANWEG 31 1047 HD AMSTERDAM NETHERLANDS |
| Distribution Services and Bailment Agreement | GXO LOGISTICS SUPPLY CHAIN, INC. | January 25, 2021 | Lifesize, Inc. | 4043 Piedmont Parkway High Point, NC 27265 |
| Amendment to Supplier Services Agreement | BENCHMARK ELECTRONICS (M) SDN BHD | March 31, 2010 | LifeSize | General Counsel Logitech 6505 Kaiser Drive Fremont, California 94555 |
| Lifesize Contract Renewal | LogiSense Corporation | May 30, 2022 | Lifesize, Inc. | 278 Pinebush Road, Suite 101, Cambridge, ON, N1T 1Z6 |
| Order Form | INSIGHTSOFTWARE, LLC | June 24, 2022 | Serenova, LLC | 8529 Six Forks Road, Suite 400, Raleigh, NC 27615 |
| Software OEM And Resale Agreement | Uniphore Technologies North America, Inc. | June 4, 2014 | LiveOps Cloud Platform, LLC | 5901 Peachtree Dunwoody Rd Atlanta, Georgia 30328 |
| Reseller Agreement | Blue Jeans Network, Inc. | September 23, 2020 | Lifesize, Inc. | 516 Clyde Avenue Mountain View, CA 94043 |
| Master Services Agreement | Persistent Systems Inc. | March 15, 2022 | Lifesize, Inc. | 2055, Laurelwood Road Suite 210 Santa Clara, CA 95054 |
| Netsuite Subscription Estimate | NetSuite Inc. | September 26, 2020 | Lifesize, Inc. | 500 Oracle Parkway Redwood Shores, CA 94065 |
| Order Form | Salesforce.com, Inc. | February 10, 2023 | Lifesize, Inc. | Salesforce Tower 415 Mission Street, 3rd Floor San Francisco, CA 94105 |