IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re:<br><br>LIFESIZE, INC.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-50038 (DRJ)<br><br>(Jointly Administered )<br><br>**[Re: Docket Nos. 109 & 251]** |

## DEBTORS' NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that on May 16, 2023, the above-referenced debtors and debtors in possession (the "Debtors") commenced these chapter 11 cases in the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on June 13, 2023, the Debtors filed *Debtors' Application for Entry of an Order: (I) Authorizing the Employment and Retention of Piper Sandler & Co. as Investment Banker for the Debtors, Effective as of the Petition Date; And (II) Granting Related Relief* [Docket No. 109] (the "Piper Sandler Application").

**PLEASE TAKE FURTHER NOTICE** that on July 27, 2023, the Debtors filed the *Debtors' Notice of Hearing* [Docket No. 251], setting a hearing to consider the entry of an order approving the Piper Sandler Application on August 7, 2023 at 10:00 a.m. (Central Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing on the Piper Sandler Application has been **continued** to **August 10, 2023 at 11:00 a.m.** (Central Time) before Judge David R. Jones, Courtroom 400, 4th Floor, 515 Rusk, Houston, Texas 77002.  Parties may participate in the Hearing in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by the use of the Court's dial-in facility.  You may access the facility at **(832) 917-1510**.  Once connected, you will be asked to enter the conference room number.  Judge Jones's conference room number is **205691**.  Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Jones's homepage.  The meeting code is "**JudgeJones**."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the Hearing.  To make your appearance, click the "Electronic Appearance" link on Judge Jones's homepage.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.  All documents filed in this chapter 11 case are available free of charge by visiting www.kccllc.net/lifesize.  Copies of any pleadings or papers filed

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: August 4, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen (SBT 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
bwallen@pszjlaw.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
Cia H. Mackle (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
jpomerantz@pszjlaw.com
jkroop@pszjlaw.com
cmackle@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2023, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen

DOCS_NY:48069.1 52624/002