UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Texas

Laredo Division

In Re. SL Midco 2, LLC

Debtor(s)

Case No. 23-50040

Lead Case No. 23-50038

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2023              Petition Date: 05/16/2023

Months Pending: 3                                Industry Classification: 4 2 3 6

Reporting Method:         Accrual Basis ●       Cash Basis ○

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Benjamin L. Wallen                           Benjamin L. Wallen
Signature of Responsible Party                   Printed Name of Responsible Party

08/25/2023                                       440 Louisiana Street Suite 900
Date                                             Houston, TX 77002
                                                 Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                   1

Debtor's Name: SL Midco 2, LLC          Case No. 23-50040

## Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $0 | |
| b. | Total receipts (net of transfers between accounts) | $0 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $0 | $0 |
| d. | Cash balance end of month (a+b-c) | $0 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $0 | $0 |

## Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory   (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d. | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $0 |
| o. | Ending equity/net worth (e-n) | $0 |

## Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

## Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

UST Form 11-MOR (12/01/2021)          2

Debtor's Name SL Midco 2, LLC                                    Case No. 23-50040

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name SL Midco 2, LLC                                    Case No. 23-50040

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name SL Midco 2, LLC                                             Case No. 23-50040

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |
| xcix |  |  |  |  |  |
| c |  |  |  |  |  |
| ci |  |  |  |  |  |

|   |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* |  |  |  |  |  |  |
|   | *Itemized Breakdown by Firm* |  |  |  |  |  |  |
|   |   | Firm Name | Role |  |  |  |  |
|   | i |  |  |  |  |  |  |
|   | ii |  |  |  |  |  |  |
|   | iii |  |  |  |  |  |  |
|   | iv |  |  |  |  |  |  |
|   | v |  |  |  |  |  |  |
|   | vi |  |  |  |  |  |  |
|   | vii |  |  |  |  |  |  |
|   | viii |  |  |  |  |  |  |
|   | ix |  |  |  |  |  |  |
|   | x |  |  |  |  |  |  |
|   | xi |  |  |  |  |  |  |
|   | xii |  |  |  |  |  |  |
|   | xiii |  |  |  |  |  |  |
|   | xiv |  |  |  |  |  |  |

Debtor's Name  SL Midco 2, LLC                                              Case No.  23-50040

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

Debtor's Name  SL Midco 2, LLC                                           Case No.  23-50040

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| lvii |  |  |  |  |  |
| lviii |  |  |  |  |  |
| lix |  |  |  |  |  |
| lx |  |  |  |  |  |
| lxi |  |  |  |  |  |
| lxii |  |  |  |  |  |
| lxiii |  |  |  |  |  |
| lxiv |  |  |  |  |  |
| lxv |  |  |  |  |  |
| lxvi |  |  |  |  |  |
| lxvii |  |  |  |  |  |
| lxviii |  |  |  |  |  |
| lxix |  |  |  |  |  |
| lxx |  |  |  |  |  |
| lxxi |  |  |  |  |  |
| lxxii |  |  |  |  |  |
| lxxiii |  |  |  |  |  |
| lxxiv |  |  |  |  |  |
| lxxv |  |  |  |  |  |
| lxxvi |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxvii |  |  |  |  |  |
| lxxix |  |  |  |  |  |
| lxxx |  |  |  |  |  |
| lxxxi |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxii |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |
| lxxxv |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |
| lxxxix |  |  |  |  |  |
| xc |  |  |  |  |  |
| xci |  |  |  |  |  |
| xcii |  |  |  |  |  |
| xciii |  |  |  |  |  |
| xciv |  |  |  |  |  |
| xcv |  |  |  |  |  |
| xcvi |  |  |  |  |  |
| xcvii |  |  |  |  |  |
| xcviii |  |  |  |  |  |

Debtor's Name  SL Midco 2, LLC            Case No. 23-50040

|    |       |    |    |    |    |
|----|-------|----|----|----|----|
|    | xcix  |    |    |    |    |
|    | c     |    |    |    |    |
| c. | All professional fees and expenses (debtor & committees) |    |    |    |    |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ⦿ | No ○ |
|    | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
|    | Casualty/property insurance? | Yes ⦿ | No ○ |
|    | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
|    | General liability insurance? | Yes ⦿ | No ○ |
|    | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ○ |

UST Form 11-MOR (12/01/2021)                              8

Debtor's Name: SL Midco 2, LLC  Case No. 23-50040

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Michael Yoshimura  
Signature of Responsible Party

Co-Chief Restructuring Officer  
Title

Michael Yoshimura  
Printed Name of Responsible Party

08/25/2023  
Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name SL Midco 2, LLC                                                                 Case No. 23-50040



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  SL Midco 2, LLC                                                          Case No.  23-50040

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

UST Form 11-MOR (12/01/2021)                          11

Debtor's Name  SL Midco 2, LLC                                           Case No.  23-50040


PageThree


PageFour

UST Form 11-MOR (12/01/2021)                      12

**Notes to the Monthly Operating Reports ("MOR")**: July 2023 Report

**General Notes –** On May 16, 2023 (the "Petition Date"), each of the eight Debtors, Lifesize, Inc., SL Midco 1, LLC, SL Midco 2, LLC, Serenova, LLC, Telstrat, LLC, LO Platform MidCo, Inc., Serenova WFM, Inc., and Light Blue Optics, Inc., filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). The cases are jointly administered under Case No. 22-50038 in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

Please note: on August 1, 2023, the Debtors completed a sale of substantially all of its assets. As of the date of filing this MOR, the Debtors no longer employ any individuals.

The following notes and statements of limitation should be referred to, and referenced, in connection with any review of the MOR:

**Accuracy –** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Basis of Presentation –** The financial statements and information contained herein are unaudited and preliminary. The Debtors are maintaining their books and records in accordance with generally accepted accounting principles ("GAAP") and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, and errors or omissions, the Debtors do not undertake any obligation or commitment to update the MOR. The monthly financial statements were prepared with the information the Debtors had available at the time of filing this MOR.

**Pre-petition Liabilities (Liabilities Subject to Compromise) –** As of the date of this MOR, the process remains ongoing for reconciling pre-petition claims against the Debtors' estates. Accordingly, the amounts currently classified as pre-petition liabilities (*i.e.*, liabilities subject to compromise) are estimates and may include some accruals and are subject to future change and adjustment.

**Reporting Period –** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**Reservation of Rights –** Given the complexity of the Debtors' businesses, inadvertent errors, omissions, or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation, or other statement in this MOR and reserve the right to amend or

1

**Notes to the Monthly Operating Reports ("MOR"): July 2023 Report**

supplement this MOR if necessary, but shall be under no obligation to do so.

**Part 1: Cash Receipts and Disbursements** – Some of the Debtors use foreign currency as part of their operations. The receipt and disbursement activity is presented in US dollars and is subject to foreign currency exchange rates that fluctuate on a daily basis.

**Part 2: Asset and Liability Status** – Investments in subsidiaries and related equity eliminates to zero in consolidation with the inclusion of non-Debtor subsidiaries.

**Part 4: Income Statement (Statement of Operations)** – The Debtors prorated certain revenue and expense line items in order to report activity for the period July 1 through July 31, 2023.

**Supporting Documentation –** The Debtors attest bank cash balances and book cash balances have been reconciled for the reporting period.

**Lifesize, Inc.**
*July 2023 - MOR*

| Cash Flow Statement | Lifesize, Inc. | Serenova, LLC | TelStrat LLC, a company of Serenova, LLC | Serenova WFM Inc., formerly Loxysoft Inc. | Light Blue Optics, Inc. |
|---|---:|---:|---:|---:|---:|
| **Operating Activities** | | | | | |
| Net Income | $ (1,788,912) | $ 543,220 | $ 389,353 | $ (40,109) | $ (167) |
| **Adjustments to Net Income** | | | | | |
| Accounts Receivable | $ 727,367 | $ 863,721 | $ 208,381 | $ (1,164) | $ - |
| Other Current Asset | (1,436,641) | (4,922,600) | (119,023) | (19,339) | - |
| Accounts Payable | 429,108 | (670,346) | (200,985) | - | - |
| Sales Tax Payable | (12,423) | 7,064 | (14,965) | 504 | - |
| Other Current Liabilities | 3,101,617 | 180,302 | (46,261) | 9,377 | - |
| **Total Adjustments to Net Income** | $ 2,809,028 | $ (4,541,860) | $ (172,854) | $ (10,621) | $ - |
| **Total Operating Activities** | $ 1,020,116 | $ (3,998,640) | $ 216,499 | $ (50,730) | $ (167) |
| **Investing Activities** | | | | | |
| Fixed Asset | $ 13,047 | $ 6,075 | $ (0) | $ - | $ - |
| Other Asset | 828,492 | 186,428 | 120,852 | 50,730 | - |
| **Total Investing Activities** | $ 841,540 | $ 192,503 | $ 120,852 | $ 50,730 | $ - |
| **Financing Activities** | | | | | |
| Long Term Liabilities | $ 55,681 | $ 3,752,209 | $ - | $ - | $ - |
| Other Equity | - | - | - | - | - |
| **Total Financing Activities** | $ 55,681 | $ 3,752,209 | $ - | $ - | $ - |
| **Net Change in Cash for Period** | $ 1,917,337 | $ (53,928) | $ 337,352 | $ - | $ (167) |
| **Cash at Beginning of Period** | $ 1,118,400 | $ 2,104,998 | $ 183,431 | $ - | $ 6,694 |
| **Cash at End of Period** | $ 3,035,737 | $ 2,051,069 | $ 520,782 | $ - | $ 6,527 |

**Note:**
*LO Platform Midco, SL MidCo 1, LLC, and SL MidCo 2, LLC do not have Cash Flow Activity*

**Lifesize, Inc.**
*July 31, 2023 - MOR*

| Balance Sheet | LifeSize, Inc. | Serenova, LLC | TelStrat, LLC | LO Platform MidCo, Inc. | Serenova WFM, Inc. | Light Blue Optics, Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | |
| Cash & Cash Equivalents | $ 3,035,737 | $ 2,051,069 | $ 520,782 | $ - | $ - | $ 6,527 |
| Accounts Receivable | 2,943,364 | 6,093,636 | 842,120 | - | 33,996 | - |
| **Current Assets** | 5,979,101 | 8,144,705 | 1,362,902 | - | 33,996 | 6,527 |
| Inventory - Raw Materials & Finished Goods | 4,965,170 | - | - | - | - | - |
| Prepaid Expenses & Other Current Assets | (85,260) | (1,523,198) | (65,135) | - | (3,084) | (66,800) |
| Bad Debt Reserve | - | 1,798 | - | - | - | - |
| Intercompany Receivables | 44,446,373 | 101,383,858 | 20,984,495 | (56,162,139) | 1,234,646 | 253,602 |
| Intercompany Investment | 179,892 | 209,098 | - | - | - | - |
| Short Term Deferred Sales Commissions | 1,145,774 | 210,376 | - | - | - | - |
| **Total Other Current Asset** | 50,651,949 | 100,281,931 | 20,919,360 | (56,162,139) | 1,231,562 | 186,802 |
| **Total Current Assets** | 56,631,050 | 108,426,636 | 22,282,262 | (56,162,139) | 1,265,558 | 193,328.48 |
| Goodwill | 61,775,075 | 33,567,425 | 6,096,404 | - | 3,138,222 | 375,076 |
| Intangible Assets | - | - | - | - | 146,544 | - |
| Fixed Assets - Hardware & Software | - | - | - | - | - | - |
| Fixed Assets - Capitalized R&D | - | 164,022 | - | - | - | - |
| A/D - Hardware & Software | 52,189 | - | - | - | - | - |
| A/D - Office, Network Equipment & Capitalized R&D | - | (18,224) | - | - | - | - |
| Investments in Subsidiaries | - | 77,614,778 | - | 79,983,917 | - | - |
| Pre-Paid Expenses | 84,368 | - | - | - | - | - |
| Foreign Currency Clearance | 698,238 | (513,614) | (113,734) | - | (105) | - |
| **Total ASSETS** | 119,240,920 | 219,241,022 | 28,264,932 | 23,821,777 | 4,550,219 | 568,404 |
| **Liabilities & Equity** | | | | | | |
| Post-petition Accounts Payable | 950,601 | 957,553 | 67,980 | - | - | - |
| Post-petition Professional Fee Accrual | - | - | - | - | - | - |
| Pre-petition AP | 17,848,145 | 12,596,101 | 246,251 | - | 384 | - |
| **Total Accounts Payable** | 18,798,746 | 13,553,653 | 314,232 | - | 384 | - |
| Intercompany Payables | 1,305,722 | - | - | - | - | - |
| Other Current Liabilities | 87,256,187 | 24,437,615 | 2,236,001 | - | 349,078 | 1,000 |
| Accrued Payables | 1,191,976 | 1,162,943 | 18,959 | - | - | - |
| Accrued Interest Expense | 1,090,799 | - | - | - | - | - |
| Income Taxes Payable | 40,250 | 15,710 | - | - | 250 | - |
| Accrued Property Taxes & Sales Tax Accrual | 16,800 | 73,848 | - | - | 1,550 | - |
| Accrued Expenses Post Petition | 99,639 | (60,880) | 31,600 | - | - | - |
| Accrued Interest Expense Post Petition | 313,667 | - | - | - | - | - |
| Accrued Property Taxes Post Petition | 269,790 | 594,626 | - | - | 21,641 | - |
| Franchise Tax Accrual Post Petition | 6,250 | - | - | - | - | - |
| Income Taxes Payable Post Petition | - | - | - | - | - | - |
| **Total Other Current Liability** | 91,591,079 | 26,223,862 | 2,286,561 | - | 372,519 | 1,000 |
| Long Term Debt | 2,549,525 | 73,418,750 | - | - | - | - |
| L/T Line of Credit | 2,366,418 | - | - | - | - | - |
| Long Term Debt - Seller Note | - | 40,459,643 | - | - | - | - |
| L/T Debt Issuance Cost | - | (477,217) | - | - | - | - |
| Post-petition DIP Financing | - | - | - | - | - | - |
| **Total Liabilities** | 115,305,768 | 153,178,692 | 2,600,792 | - | 372,903 | 1,000 |
| Contributed & Common Capital | 240,537 | 34,231,656 | 14,008,919 | - | - | - |
| APIC - Preferred Stock | 90,102,759 | 167,963,898 | - | 44,945,733 | 5,696,479 | - |
| I/C Equity Transfer | 1,222,555 | - | - | - | - | - |
| Adj. to Prior Year Retained Earning | (353,305) | - | - | - | - | - |
| Retained Earnings | (78,280,408) | (134,651,865) | 10,254,358 | (21,123,955) | (1,352,217) | 564,457 |
| Net Income | (8,996,985) | (1,481,359) | 1,400,863 | - | (166,947) | 2,948 |
| **Total Equity** | 3,935,153 | 66,062,330 | 25,664,140 | 23,821,777 | 4,177,315 | 567,404 |
| **Total Liabilities & Equity** | $ 119,240,920 | $ 219,241,022 | $ 28,264,932 | $ 23,821,777 | $ 4,550,218 | $ 568,404 |

**Note:**
*SL MidCo 1, LLC and SL MidCo 2, LLC do not have Balance Sheet Activity*

**LifeSize Inc.**
*July 2023 - MOR*

| Income Statement | LifeSize, Inc. | Serenova, LLC | TelStrat, LLC | Serenova WFM, Inc. | Light Blue Optics, Inc. |
|---|---:|---:|---:|---:|---:|
| Total Revenue | $ 1,659,112 | $ 1,560,094 | $ 385,363 | $ 22,363 | $ 477 |
| Total Cost of Sales | 1,107,803 | 556,825 | 10,942 | - | - |
| **Gross Profit** | **551,309** | **1,003,269** | **374,422** | **22,363** | **477** |
| Salaries | 648,949 | - | - | - | - |
| Variable Compensation | 67,367 | - | - | - | - |
| Fringe Benefits | 134,601 | - | - | - | - |
| **Total Compensation Related Expenses** | **850,917** | **-** | **-** | **-** | **-** |
| Contractors & Recruiting Expenses | 87,506 | 74,174 | 24,483 | 11,500 | - |
| T&E | 2,696 | 198 | - | - | - |
| Professional Services | 84,297 | - | - | - | - |
| Equipment | 1,263 | 2,801 | - | - | - |
| Software | 94,183 | 15,952 | - | - | 351 |
| Engineering | 6,246 | - | - | - | - |
| Marketing | 15,537 | - | - | - | - |
| Building Expenses | 1,051 | - | - | - | - |
| Telecom | 1,964 | 1,073 | - | - | - |
| Insurance | 29,313 | 19,662 | - | - | - |
| Taxes | 3,707 | 6,676 | - | 100 | - |
| Other Operating Expenses | (48,483) | (406,882) | (7,405) | - | 293 |
| Depreciation | 13,065 | 6,075 | - | - | - |
| Allocations | (560,143) | - | - | - | - |
| Amortization | 827,379 | 186,273 | 120,852 | 50,730 | - |
| Management and One Time Expenses | (89,958) | 320,084 | (152,925) | - | - |
| Restructuring Professional Fees | - | - | - | - | - |
| **Total Operating Expenses** | **469,623** | **226,086** | **(14,995)** | **62,330** | **644** |
| **Total Expenses** | **1,320,540** | **226,086** | **(14,995)** | **62,330** | **644** |
| **Net Ordinary Income** | **(769,231)** | **777,183** | **389,416** | **(39,968)** | **(167)** |
| Interest (income)/expense | 104,299 | (3,224) | - | - | - |
| Interest Expense (Non-Cash) | 55,681 | 252,209 | - | - | - |
| Exchange gain/loss net | 0 | 0 | - | - | - |
| I/C Service Expense | 886,274 | - | - | - | - |
| Provision for income taxes | 2,500 | - | - | - | - |
| **Total other (income) and expense** | **1,048,754** | **248,986** | **-** | **-** | **-** |
| Realized Exchange Gain/Loss | 195 | 69,909 | - | - | - |
| Unrealized Exchange Gain/Loss | (29,269) | (84,932) | 63 | 142 | - |
| **Total - Other Expense** | **1,019,681** | **233,963** | **63** | **142** | **-** |
| **Net Other Income** | **(1,019,681)** | **(233,963)** | **(63)** | **(142)** | **-** |
| **Net Income** | **$ (1,788,912)** | **$ 543,220** | **$ 389,353** | **$ (40,109)** | **$ (167)** |

**Lifesize, Inc.**
*July 2023 MOR*

| Bank No. | Account name | Bank Name | Local Currency | Local Currency Bank Balance | Local Currency Adjustment | Local Currency Book Balance | USD Bank Balance | USD Adjustment | USD Bank Balance |
|---|---|---|---|---|---|---|---|---|---|
| x2820 | Corporate Concentration | Wells Fargo | USD | 16,519 | 1,918,601 | 16,519 | 16,519 | 1,918,601 | 1,935,120 |
| x5588 | EUR Customer Deposit | Wells Fargo | EUR | 27,649 | - | 27,649 | 30,504 | - | 30,504 |
| x4086 | UK Customer Deposit | Wells Fargo | GBP | 66,230 | - | 66,230 | 85,162 | - | 85,162 |
| x2697 | AUD | Wells Fargo | AUD | 423 | - | 423 | 284 | - | 284 |
| x2788 | Serenova Cash Sweep | Wells Fargo | USD | - | - | - | - | - | - |
| x8191 | Telstrat Cash Sweep | Wells Fargo | USD | - | - | - | - | - | - |
| x5982 | Telstrat Operating | Wells Fargo | USD | 520,782 | - | 520,782 | 520,782 | - | 520,782 |
| x7511 | Corporate Concentration | Bank of America | USD | 609,806 | - | 609,806 | 609,806 | - | 609,806 |
| x0358 | Bridge | Bank of America | USD | - | - | - | - | - | - |
| x5415 | SVB Cash Collateral | Silicon Valley Bank | USD | - | - | - | - | - | - |
| x5400 | Lifesize Operating | Silicon Valley Bank | USD | 2,443,992 | (72,819) | 2,443,992 | 2,443,992 | (72,819) | 2,371,173 |
| x2834 | Money Market | Silicon Valley Bank | USD | - | - | - | - | - | - |
| x0613 | Bridge | Silicon Valley Bank | USD | 1,402 | - | 1,402 | 1,402 | - | 1,402 |
| x5625 | Operating | Silicon Valley Bank | USD | 6,527 | - | 6,527 | 6,527 | - | 6,527 |
| x0328 | PNC Operating | PNC Bank | USD | 53,356 | - | 53,356 | 53,356 | - | 53,356 |
| x0256 | PNC Restricted Cash | PNC Bank | USD | - | - | - | - | - | - |
| **Total** | | | | | | | 3,768,333 | 1,845,782 | 5,614,116 |

**Lifesize, Inc.**
*Payments Made on Pre-Petition Debt - July 2023*

| Date | Debtor Entity | Vendor Name | Amount (USD) |
|---|---|---|---:|
| 7/14/2023 | LifeSize, Inc. | GXO LOGISTICS SUPPLY CHAIN, INC. | 51,175 |
| 7/14/2023 | LifeSize, Inc. | AFS Global Freight Management, LLC | 666 |
| 7/21/2023 | LifeSize, Inc. | DSV SOLUTIONS (DC) SDN. BHD. | 171,594 |
| 7/21/2023 | LifeSize, Inc. | DSV Solutions Nederland B.V. | 48,045 |
| 7/21/2023 | LifeSize, Inc. | TUV Rheinland of North America, Inc. | 13,730 |
| 7/21/2023 | Serenova, LLC | NuWave Communications | 13,397 |
| 7/21/2023 | LifeSize, Inc. | AFS Global Freight Management, LLC | 5,545 |
| 7/21/2023 | LifeSize, Inc. | DSV Logistics Co., Ltd | 1,700 |
| 7/28/2023 | LifeSize, Inc. | Signitives Technologies LLC | 3,271 |
| 7/28/2023 | LifeSize, Inc. | Chameleon Collective Inc | 150 |
| 7/28/2023 | LifeSize, Inc. | AMBER ROAD, INC. | 45 |
| 7/31/2023 | TelStrat, LLC | ValueLabs Inc | 67,074 |
| 7/31/2023 | Serenova, LLC | Persistent Systems Limited | 63,665 |
| 7/31/2023 | LifeSize, Inc. | Bandwidth, Inc. | 3,500 |
| 7/31/2023 | Serenova, LLC | Gamma Telecom Ltd | 1,294 |
| **Total** | | | **$ 444,851** |

**Lifesize, Inc.**
*Post-Petition Borrowing*
*July 2023 - MOR*

| Lender | Date | DIP Borrowings |
|---|---|---|
| SVB | 7/14/2023 | $ 1,750,000 |
| SVB | 7/28/2023 | 1,750,000 |
| **Total Post-Petition Borrowing** | | **$ 3,500,000** |