**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LIFESIZE, INC., *et al..*[1] | Case No.: 23-50038 (DRJ) |
| Debtors | Jointly Administered |

**FIRST COMBINED MONTHLY FEE STATEMENT OF**
**DUNDON ADVISERS, LLC FOR COMPENSATION FOR SERVICES AND**
**REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISER**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JUNE 13, 2023 TO JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Dundon Advisers LLC |
| Authorized to Provide Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 13, 2023[2] |
| Period for which Compensation/ Reimbursement is Sought: | June 13, 2023 to July 31, 2023 |
| Total Amount of Compensation to be Sought as Actual, Reasonable and Necessary for the Applicable Period: | $174,095.00 |
| Total Amount of Expense Reimbursement to be Sought as Actual, Reasonable and Necessary, for the Applicable Period: | $0.00 |

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

[2]   The Committee filed the *Application of the Official Committee of Unsecured Creditors to Retain and Employ Dundon Advisers LLC as Financial Advisor, Effective June 13, 2023* [Docket No. 207] on July 13, 2023. On August 8, 2023, the Committee filed a *Certificate of No Objection* [Docket No. 288]. As of this filing, the order approving the retention of Dundon has not yet been entered.

Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code, Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas, , and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses [sic] for Professionals*, dated July 26, 2023 [Docket No. 244], (the "Interim Compensation Order"), Dundon Advisers, LLC ("Dundon"), financial adviser for the Official Committee of Unsecured Creditors (the "Committee") of LifeSize, Inc., and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") in these chapter 11 cases (these "Chapter 11 Cases"), hereby submits this *First Combined Monthly Fee Statement of Dundon Advisers, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Adviser to the Official Committee of Unsecured Creditors for the Period from June 13, 2023 Through July 31, 2023* (this "Monthly Statement"). [3] Specifically, Dundon seeks (i) an interim allowance of $174,095.00 for the reasonable and necessary financial advisory services that Dundon rendered to the Committee during the Fee Period; (ii) compensation in the amount of $139,276.00, which is equal to 80% of the total amount of compensation sought for actual and necessary financial advisory services rendered during the Fee Period (i.e., $174,095.00); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Dundon incurred in connection with such services during the Fee Period.

---

[3]   The period from June 13, 2023, through and including July 31, 2023, if referred to herein as the ("Fee Period").

**<u>Itemization of Services Rendered and Disbursements Incurred</u>**

Attached hereto as **<u>Exhibit A</u>** is a schedule of Dundon personnel who rendered services to the Committee in connection with these Chapter 11 Cases during the Fee Period, and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional.

Attached hereto as **<u>Exhibit B</u>** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Dundon professionals during the Fee Period with respect to each of the project categories Dundon established in accordance with its internal billing procedures.  Dundon seeks reimbursement for 80% of such fees ($139,276.00 in the aggregate).

Attached hereto as **<u>Exhibit C</u>** is included as placeholder. Dundon did not incur and is not seeking reimbursement for out-of-pocket expenses for this Fee Period.

Attached hereto as **<u>Exhibit D</u>** are the time records of Dundon, which provide a summary of the time spent by each Dundon professional during the Fee Period.

## Notice

Pursuant to the Interim Compensation Order, this Monthly Statement has been served upon: (a) the Debtors, Attn: Marc Bilbao, co-CRO (marc.bilbao@fticonsulting.com); (b) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 440 Louisiana Street, Suite 900, Houston, TX 77002, Attn: Jeffrey N. Pomerantz (jpomerantz@pszjlaw.com), Jordan A. Kroop (jkroop@pszjlaw.com), and Benjamin L. Wallen (bwallen@pszjlaw.com); (c) counsel to the Committee, McDermott Will & Emery Will & Emery LLP, 2501 North Harwood Street, Suite 1900, Dallas, TX 75201, Attn: Charles Gibbs (crgibbs@mwe.com) and Marcus Helt (mhelt@mwe.com); (d) counsel for the DIP Lender, (i) Morrison & Foerster LLP, (A) 200 Clarendon St., Floor 21, Boston, MA 02116, Attn: Alexander Rheaume, Esq. (arheaume@mofo.com), and (B) 250 West 55th Street, Floor 20, New York, NY 10019, Attn: Seth J. Kleinman, Esq. (skleinman@mofo.com) and Miranda K. Russell, Esq. (mrussell@mofo.com) and (ii) Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Bruce Ruzinsky (bruzinsky@jw.com) and Matthew Cavenaugh (Mcavenaugh@jw.com); and (e) the U.S. Trustee, 615 E. Houston Street, Suite 533 San Antonio, TX 78205, Attn: Aubrey Thomas (Aubrey.Thomas@usdoj.gov).

Dated: September 1, 2023  
White Plains, New York

**DUNDON ADVISERS LLC**  
*/s/Eric Reubel*  
Eric Reubel  
10 Bank Street, Suite 1100  
White Plains, NY 10606  
Telephone: (917) 626-4051  
er@dundon.com  

*Financial Advisor to the Official Committee of Unsecured Creditors*

## Exhibit A

| Name of Professional Person | Hourly Rate[1] | Title | Total Hours Billed | Total Fees |
|---|---|---|---|---|
| Matthew Dundon | $890.00 | Principal | 0.4 | $ 356.00 |
| Eric Reubel | $770.18 | Managing Director | 34.2 | $ 26,340.00 |
| Josh Nahas | $772.00 | Managing Director | 79.5 | $ 61,374.00 |
| Jillian Lin | $625.00 | Director | 52.2 | $ 33,162.50 |
| Gregory Hill | $550.00 | Senior Associate | 92.4 | $ 50,820.00 |
| Chris Podesfinski | $475.00 | Associate | 4.3 | $ 2,042.50 |
| **Total** | | | **263.0** | **$ 174,095.00** |

---

[1]    Dundon effected an annual rate increase effective July 1, 2023. See Docket No. 269.

**Exhibit B**

| Categories | Hours | Fees |
|---|---|---|
| Business Analysis | 227.5 | $148,267.00 |
| Case Administration | 0.6 | $456.00 |
| Claims Analysis | 7.3 | $4,684.00 |
| Committee Member/Professional Meetings & Communications | 12.7 | $9,823.00 |
| Exit Planning and Post-Effective Date Planning | 0.0 | $0.00 |
| Investigations | 4.6 | $3,526.00 |
| Other Professionals' Retention and Fee Applications | 1.4 | $1,106.00 |
| Plan and Disclosure Statement | 0.0 | $0.00 |
| Retention and Fee Applications | 5.4 | $3,555.00 |
| Sales Process | 3.5 | $2,678.00 |
| **Total** | **263.0** | **$174,095.00** |

**<u>Exhibit C</u>**

Dundon did not incur any expenses during the fee period.

**Exhibit D**

**Billing Detail**

| Timekeeper | Date | Description | Task Code | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| Nahas | 6/13/2023 | Kick off call with UCC members, MWE and DA | Committee Member/Professional Meetings & Communications | 0.5 | $ 760 | $ 380.00 |
| Reubel | 6/13/2023 | Attend UCC meeting | Committee Member/Professional Meetings & Communications | 0.5 | $ 760 | $ 380.00 |
| Reubel | 6/13/2023 | Confer w/ J. Gerber re: Dundon retention | Retention and Fee Applications | 0.1 | $ 760 | $ 76.00 |
| Hill | 6/14/2023 | Lifesize  Compiliaton of due diligence request list for RJ | Business Analysis | 0.7 | $ 550 | $ 385.00 |
| Hill | 6/14/2023 | Lifesize - participated in professionals call with RJ, Dundon, and counsel | Business Analysis | 0.5 | $ 550 | $ 275.00 |
| Nahas | 6/14/2023 | Call between MWE, DA, PSC, PSZJ to discuss Piper's marketing efforts pre and post petition | Committee Member/Professional Meetings & Communications | 0.5 | $ 760 | $ 380.00 |
| Reubel | 6/14/2023 | Attend all-hands meeting w/ Debtor's professionals and committee to review sale process | Sales Process | 0.5 | $ 760 | $ 380.00 |
| Reubel | 6/14/2023 | Attend to retention application and confer w/ J. Gerber | Retention and Fee Applications | 0.2 | $ 760 | $ 152.00 |
| Nahas | 6/15/2023 | Review DIP motion | Business Analysis | 0.8 | $ 760 | $ 608.00 |
| Nahas | 6/15/2023 | Review bid procedures motion and APA | Business Analysis | 1.0 | $ 760 | $ 760.00 |
| Reubel | 6/15/2023 | Review bid procedures and APA | Sales Process | 1.1 | $ 760 | $ 836.00 |
| Reubel | 6/15/2023 | Attend to retention application and confer w/ J. Gerber | Retention and Fee Applications | 0.2 | $ 760 | $ 152.00 |
| Hill | 6/16/2023 | Lifesize - call with Josh N to discuss APA, DIP, and bid procedures | Business Analysis | 0.9 | $ 550 | $ 495.00 |
| Hill | 6/16/2023 | Lifesize - review and analysis of data room files | Business Analysis | 1.5 | $ 550 | $ 825.00 |
| Hill | 6/16/2023 | Lifesize - analysis of the APA and DIP | Business Analysis | 3.1 | $ 550 | $ 1,705.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hill | 6/16/2023 | Lifesize - stalking horse bid comparable analysis | Business Analysis | 3.4 | $ | 550 | $ | 1,870.00 |
| Hill | 6/16/2023 | Lifesize - participated in call with Chris P. on data room files and information request list | Business Analysis | 0.6 | $ | 550 | $ | 330.00 |
| Nahas | 6/16/2023 | Review and download key files from the data room. | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |
| Nahas | 6/16/2023 | Call with G Hill to discuss APA, DIP, and bid procedure | Business Analysis | 0.9 | $ | 760 | $ | 684.00 |
| Nahas | 6/16/2023 | Review and revise summary of DIP and Sale issues | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Podesfinski | 6/16/2023 | Call with Greg H. regarding data room and initial request list | Business Analysis | 0.6 | $ | 475 | $ | 285.00 |
| Podesfinski | 6/16/2023 | Review of data room then creation initial request list to avoid redundant requests | Business Analysis | 1.2 | $ | 475 | $ | 570.00 |
| Reubel | 6/16/2023 | Review DIP motion | Business Analysis | 0.9 | $ | 760 | $ | 684.00 |
| Reubel | 6/16/2023 | Review/analyze dataroom files | Business Analysis | 1.3 | $ | 760 | $ | 988.00 |
| Hill | 6/17/2023 | Review and analysis of Debtors pre and post petition sales outreach and latest DIP budget | Business Analysis | 2.7 | $ | 550 | $ | 1,485.00 |
| Hill | 6/18/2023 | Review and analysis of data room files | Business Analysis | 2.4 | $ | 550 | $ | 1,320.00 |
| Nahas | 6/18/2023 | Review PSC sale funnel and investor marketing presentations | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Nahas | 6/18/2023 | Discussion w/ E. Reubel re: investigations | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/18/2023 | Review sales process contact log and investor presentation | Sales Process | 0.9 | $ | 760 | $ | 684.00 |
| Reubel | 6/18/2023 | Discussion w/ J. Nahas re: investigations (.2); email MWE re: same (.1) | Investigations | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/18/2023 | Telecon discussion w/ J. Nahas re: workstreams | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Hill | 6/19/2023 | Retention app analysis | Business Analysis | 4.7 | $ | 550 | $ | 2,585.00 |
| Hill | 6/19/2023 | Analysis of comparable stalking horse bids | Business Analysis | 1.3 | $ | 550 | $ | 715.00 |
| Hill | 6/19/2023 | Analysis of comparable FA fee apps and the KERP motion | Business Analysis | 1.3 | $ | 550 | $ | 715.00 |
| Hill | 6/19/2023 | Analysis of comparable DIP facilities | Business Analysis | 4.5 | $ | 550 | $ | 2,475.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hill | 6/19/2023 | Analysis of comparable FA fee apps and the KERP motion | Business Analysis | 1.1 | $ | 550 | $ | 605.00 |
| Hill | 6/19/2023 | Analysis of comparable FA fee apps and the KERP motion | Business Analysis | 0.9 | $ | 550 | $ | 495.00 |
| Nahas | 6/19/2023 | Review and analyze FTI retention application | Case Administration | 0.6 | $ | 760 | $ | 456.00 |
| Nahas | 6/19/2023 | Review PSC engagement letter | Business Analysis | 0.9 | $ | 760 | $ | 684.00 |
| Nahas | 6/19/2023 | Review KERP motion | Business Analysis | 0.6 | $ | 760 | $ | 456.00 |
| Nahas | 6/19/2023 | Review and revise SHB and DIP comps | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/19/2023 | Review and revise presentation on PSC retention | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Reubel | 6/19/2023 | Prepare retention application | Retention and Fee Applications | 1.0 | $ | 760 | $ | 760.00 |
| Hill | 6/20/2023 | Analysis of comparable DIP facilities | Business Analysis | 0.7 | $ | 550 | $ | 385.00 |
| Hill | 6/20/2023 | Analysis of comparable stalking horse bids | Business Analysis | 1.4 | $ | 550 | $ | 770.00 |
| Hill | 6/20/2023 | Preparation of presentation materials for the Committee meeting - DIP comps, SHB comps, sales process update, retention app analysis, and DIP budget | Business Analysis | 1.5 | $ | 550 | $ | 825.00 |
| Hill | 6/20/2023 | Participated in call with Josh N. to discuss Lifesize UCC presentation | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Nahas | 6/20/2023 | Prepare and revise UCC presentation on DIP/SHB/Retention Apps | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |
| Podesfinski | 6/20/2023 | Comparable analysis of Debtor's Financial Advisor Fees | Retention and Fee Applications | 2.0 | $ | 475 | $ | 950.00 |
| Reubel | 6/20/2023 | Review UCC presentation | Committee Member/Professional Meetings & Communications | 0.4 | $ | 760 | $ | 304.00 |
| Reubel | 6/20/2023 | Review KERP motion | Business Analysis | 0.4 | $ | 760 | $ | 304.00 |
| Reubel | 6/20/2023 | Review J. Gerber correspondence re: UCC member interviews (.1); follow-up w/ J. Nahas re: same (.1) | Investigations | 0.2 | $ | 760 | $ | 152.00 |
| Hill | 6/21/2023 | Participated in professionals call with MWE to discuss prepetition transactions | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |

| Hill | 6/21/2023 | Review and analysis of information request list with Chris. P | Business Analysis | 0.3 | $ | 550 | $ | 165.00 |
|---|---|---|---|---|---|---|---|---|
| Hill | 6/21/2023 | Analysis of prepetition transactions w/r/t Marlin | Business Analysis | 1.8 | $ | 550 | $ | 990.00 |
| Hill | 6/21/2023 | Review and analysis of data room files | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Hill | 6/21/2023 | Participated in professionals call with MWE and Dundon | Business Analysis | 1.0 | $ | 550 | $ | 550.00 |
| Hill | 6/21/2023 | Analysis of Marlin Equity 2020 acquisition documents | Business Analysis | 2.6 | $ | 550 | $ | 1,430.00 |
| Lin | 6/21/2023 | Timeline: examining declarations, notes from MWE on calls with individuals, reconstructing timeline of events | Business Analysis | 3.0 | $ | 625 | $ | 1,875.00 |
| Lin | 6/21/2023 | Call with MWE on timeline and coordination | Business Analysis | 0.5 | $ | 625 | $ | 312.50 |
| Nahas | 6/21/2023 | Call with MWE to discuss DIP and Sale objections and work streams | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Nahas | 6/21/2023 | Call with E Reubel to discuss follow up deliverables from MWE call | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/21/2023 | Call w/ J Gerber and E Reubel to discuss Timeline workstream | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/21/2023 | Review creditor event timeline with available information in data room and public on transaction history and structure | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Podesfinski | 6/21/2023 | Finalize diligence request list and send to PSC. | Business Analysis | 0.5 | $ | 475 | $ | 237.50 |
| Reubel | 6/21/2023 | Review order authorizing KERP [D.I. 120] | Business Analysis | 0.1 | $ | 760 | $ | 76.00 |
| Reubel | 6/21/2023 | Attend professionals call (1.1); follow-up discussion w/ J. Nahas re: same (.3) | Committee Member/Professional Meetings & Communications | 1.4 | $ | 760 | $ | 1,064.00 |
| Reubel | 6/21/2023 | Telecon discussion w/ J. Gerber and J. Nahas re: workstreams | Committee Member/Professional Meetings & Communications | 0.5 | $ | 760 | $ | 380.00 |
| Hill | 6/22/2023 | Analysis of Marlin Equity 2020 acquisition documents | Business Analysis | 3.1 | $ | 550 | $ | 1,705.00 |
| Hill | 6/22/2023 | Participated in call with Josh N. to discuss sponsor secured ERC loan | Business Analysis | 0.2 | $ | 550 | $ | 110.00 |
| Lin | 6/22/2023 | Timeline of events - examining documents in data room, reconstructing detailed timeline of | Business Analysis | 8.0 | $ | 625 | $ | 5,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | events; conducting internet research to corroborate information | | | | | | |
| Nahas | 6/22/2023 | Call with J Kang at PSC to discuss diligence materials | Business Analysis | 0.4 | $ | 760 | $ | 304.00 |
| Nahas | 6/22/2023 | Review 2020 merger document and asset schedules | Business Analysis | 1.2 | $ | 760 | $ | 912.00 |
| Nahas | 6/22/2023 | Review Marlin Topco et al secured subordinated ERC loan document and amendments | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Nahas | 6/22/2023 | Call with G Hill to discuss sponsor secured ERC loan | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Hill | 6/23/2023 | Analysis of Logitech acquisition and Lifesize divestment | Business Analysis | 1.5 | $ | 550 | $ | 825.00 |
| Hill | 6/23/2023 | Review and analysis of recently uploaded data room files | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Lin | 6/23/2023 | Call with FTI to connect on information available, focusing on 2019/2020 data around time of merger transaction | Business Analysis | 0.1 | $ | 625 | $ | 62.50 |
| Nahas | 6/23/2023 | Review and analyze Debtors' motion to set bar date and filing of PoCs | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/23/2023 | Review Notice to Contract Parties of Potentially Assumed Contracts | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Reubel | 6/23/2023 | Review order approving bid procedures [D.I. 123] (.3); review notice to creditors for potential contract assumptions [D.I. 124] (.1) | Sales Process | 0.4 | $ | 760 | $ | 304.00 |
| Reubel | 6/23/2023 | Review Bar Date motion [D.I. 126] | Claims Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Hill | 6/24/2023 | Analysis of prepetition transactions w/r/t Marlin | Business Analysis | 2.0 | $ | 550 | $ | 1,100.00 |
| Reubel | 6/25/2023 | Attend to Dundon retention application (.2); revised draft and forward to M. Dundon (.2) | Retention and Fee Applications | 0.4 | $ | 760 | $ | 304.00 |
| Reubel | 6/25/2023 | Receive and review Dundon timeline analysis | Investigations | 0.6 | $ | 760 | $ | 456.00 |
| Lin | 6/26/2023 | Internal status update call with Eric | Business Analysis | 0.1 | $ | 625 | $ | 62.50 |
| Lin | 6/26/2023 | Call with MWE on case strategy and next steps | Business Analysis | 0.4 | $ | 625 | $ | 250.00 |
| Lin | 6/26/2023 | discussion with Craig Malloy on timeline and documents he may have. | Business Analysis | 0.4 | $ | 625 | $ | 250.00 |
| Nahas | 6/26/2023 | Review and update transaction timeline | Business Analysis | 0.7 | $ | 760 | $ | 532.00 |

| Nahas | 6/26/2023 | Call with A Zinn PSC to discuss diligence requests | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
|---|---|---|---|---|---|---|---|---|
| Nahas | 6/26/2023 | Review SVB materials | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Nahas | 6/26/2023 | Weekly prof call with MWE and DA | Committee Member/Professional Meetings & Communications | 0.4 | $ | 760 | $ | 304.00 |
| Nahas | 6/26/2023 | Review executory contract for NGROK Inc | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/26/2023 | Review executory contract for Amber Road | Business Analysis | 0.7 | $ | 760 | $ | 532.00 |
| Nahas | 6/26/2023 | Review Wowza OEM agreement | Business Analysis | 0.6 | $ | 760 | $ | 456.00 |
| Nahas | 6/26/2023 | Call E Reubel to discuss investigation status | Business Analysis | 0.1 | $ | 760 | $ | 76.00 |
| Nahas | 6/26/2023 | Review 2021 Serenova tax return | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/26/2023 | Review LifeSize 2021 tax return | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/26/2023 | Call with C Malloy, J Gerber, J Lin to discuss 2020 transaction timeline | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/26/2023 | Telecon discussion w/ J. Nahas re: investigation status (.1); follow-up discussion w/ J. Lin re: same (.1) | Investigations | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/26/2023 | Attend Dundon - MWE professionals call | Committee Member/Professional Meetings & Communications | 0.4 | $ | 760 | $ | 304.00 |
| Hill | 6/27/2023 | DIP comps analysis | Business Analysis | 0.4 | $ | 550 | $ | 220.00 |
| Hill | 6/27/2023 | Analysis of the DIP budget and sources and uses of funds | Business Analysis | 2.0 | $ | 550 | $ | 1,100.00 |
| Hill | 6/27/2023 | Participated in professionals call with MWE and Dundon | Business Analysis | 0.6 | $ | 550 | $ | 330.00 |
| Hill | 6/27/2023 | Discussion with Josh N. on DIP budget | Business Analysis | 0.2 | $ | 550 | $ | 110.00 |
| Lin | 6/27/2023 | internal discussion on DIP and liquidation analysis | Business Analysis | 0.3 | $ | 625 | $ | 187.50 |
| Lin | 6/27/2023 | Review and edit DIP sources & uses | Business Analysis | 0.7 | $ | 625 | $ | 437.50 |
| Lin | 6/27/2023 | Strategy call with MWE on DIP objection | Claims Analysis | 0.6 | $ | 625 | $ | 375.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lin | 6/27/2023 | follow-up on DIP objection discussion | Claims Analysis | 0.2 | $ | 625 | $ | 125.00 |
| Lin | 6/27/2023 | UCC weekly call - objection to DIP motion | Claims Analysis | 0.9 | $ | 625 | $ | 562.50 |
| Lin | 6/27/2023 | Liquidation analysis | Claims Analysis | 3.0 | $ | 625 | $ | 1,875.00 |
| Lin | 6/27/2023 | internal discussion on liquidation analysis | Business Analysis | 0.4 | $ | 625 | $ | 250.00 |
| Nahas | 6/27/2023 | Call with E Reubel to discuss LifeSize work streams | Business Analysis | 0.6 | $ | 760 | $ | 456.00 |
| Nahas | 6/27/2023 | Call with M Helt and E Reubel to discuss DIP objection and budget analysis | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/27/2023 | Call with J Lin to discuss analysis of DIP sources and uses and liquidation proceeds | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/27/2023 | Review DIP budget sources and uses by operations, prof fees, other | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/27/2023 | Review DIP motion and Declaration and debtor presentations for estimates of remaining balance of ERC receivable | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/27/2023 | Draft summary of status and allocation of ERC Receivable proceeds | Business Analysis | 0.4 | $ | 760 | $ | 304.00 |
| Nahas | 6/27/2023 | Call with E Reubel and C Gibbs to discuss DIP objection strategies | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/27/2023 | Call with MWE to discuss DIP objection and review UCC call | Committee Member/Professional Meetings & Communications | 0.6 | $ | 760 | $ | 456.00 |
| Nahas | 6/27/2023 | Review and revise UCC presentations on DIP S&U, Roll up comps liquidation values | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |
| Nahas | 6/27/2023 | Call with J Lin to discuss DIP objection analysis | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Nahas | 6/27/2023 | Call with G Hill to discuss DIP objection presentation | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Nahas | 6/27/2023 | Weekly call all between MWE/DA and UCC members | Committee Member/Professional Meetings & Communications | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/27/2023 | Review prepetition capital structure to separate insider sponsor loans from third party loans | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/27/2023 | Call with J Lin to discuss liquidation analysis | Business Analysis | 0.4 | $ | 760 | $ | 304.00 |
| Reubel | 6/27/2023 | Analyze final proposed DIP motion | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Reubel | 6/27/2023 | Attend to retention application and confer w/ J. Gerber | Retention and Fee Applications | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/27/2023 | Telecon discussion w/ J. Nahas re: workstreams | Business Analysis | 0.6 | $ | 760 | $ | 456.00 |
| Reubel | 6/27/2023 | Review UST bar date objection [D.I. 131] | Claims Analysis | 0.1 | $ | 760 | $ | 76.00 |
| Reubel | 6/27/2023 | Telecon discussion w/ M. Helt and J. Nahas re: proposed settlement on DIP and sale issues (.5); follow-up w/ J. Nahas re: same (.2) | Committee Member/Professional Meetings & Communications | 0.7 | $ | 760 | $ | 532.00 |
| Reubel | 6/27/2023 | Telecon discussion w/ C. Gibbs and J. Nahas re: DIP strategy settlement strategy | Committee Member/Professional Meetings & Communications | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/27/2023 | Review multiple correspondence re: ERC Credits | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/27/2023 | Receive and analyze Dundon sources and Uses investigation into 2020 transaction (.4); review original source documents (.6); review Dundon presentation re: same (.6) | Investigations | 1.6 | $ | 760 | $ | 1,216.00 |
| Hill | 6/28/2023 | Review of DIP comps analysis | Business Analysis | 0.6 | $ | 550 | $ | 330.00 |
| Hill | 6/28/2023 | KEIP comparable analysis | Business Analysis | 2.3 | $ | 550 | $ | 1,265.00 |
| Lin | 6/28/2023 | DIP objection preparation, reviewing / cross-checking DIP comps and revising supporting slides | Business Analysis | 4.5 | $ | 625 | $ | 2,812.50 |
| Lin | 6/28/2023 | Liquidation analysis | Claims Analysis | 1.7 | $ | 625 | $ | 1,062.50 |
| Nahas | 6/28/2023 | Draft memo on summary of issues with PSC retention | Business Analysis | 0.6 | $ | 760 | $ | 456.00 |
| Nahas | 6/28/2023 | Prepare and draft memo summarizing KERP (KEIP) issues | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Nahas | 6/28/2023 | Review and revise KEIP comp analysis | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/28/2023 | Call with J Gerber to discuss KERP/KEIP and PSC retention issues | Unassigned | 0.2 | $ | 760 | $ | 152.00 |
| Nahas | 6/28/2023 | Call with E Reubel to discuss KEIP/KERP, PSC retention and DIP objection issues | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/28/2023 | Correspond w/ J. Gerber re: incremental requests to debtor on management insider payments | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reubel | 6/28/2023 | Review G. Hill KEIP analysis | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/28/2023 | Correspond w/ J. Nahas re: KERP and motion to reconsider | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/28/2023 | Review committee DIP objection  [D.I. 156] | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/28/2023 | Review J. Nahas memo re: KERP issues | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/28/2023 | Attend to retention application issues | Retention and Fee Applications | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/28/2023 | Review Dundon memo re: PSC retention issues | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/28/2023 | Receive and review interim liquidation analysis | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/28/2023 | Telecon discussion w/ J. Nahas re: DIP objection and supporting materials | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Hill | 6/29/2023 | Call with Josh N. on FTI data / information request | Business Analysis | 0.3 | $ | 550 | $ | 165.00 |
| Hill | 6/29/2023 | Analysis of the schedules | Business Analysis | 3.9 | $ | 550 | $ | 2,145.00 |
| Hill | 6/29/2023 | Review and analysis of document production from FTI w/r/t the Marlin 2020 acquisition | Business Analysis | 2.6 | $ | 550 | $ | 1,430.00 |
| Hill | 6/29/2023 | Analysis of schedules | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Lin | 6/29/2023 | Reviewing 2020 transaction materials, reconstructing S&U | Business Analysis | 2.0 | $ | 625 | $ | 1,250.00 |
| Nahas | 6/29/2023 | Review funds flow spreadsheet, reconstruct acquisition sources and uses from payment schedules | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |
| Nahas | 6/29/2023 | Call with J Lin to discuss funds flow spreadsheet analysis | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/29/2023 | Call with G Hill to discuss latest data uploads to data room and identify remaining outstanding items | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/29/2023 | Review Marlin merger financial and operational integration presentations | Business Analysis | 0.8 | $ | 760 | $ | 608.00 |
| Nahas | 6/29/2023 | Review and analyze LifeSize 2018-2019 audited financials | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |
| Nahas | 6/29/2023 | Call with M Yoshimura to discuss status of remaining outstanding diligence items | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Reubel | 6/29/2023 | Review preliminary liquidation analysis (.3); telecon discussion w/ J. Nahas re: same (.2) | Claims Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Reubel | 6/29/2023 | Attend to retention application issues and follow-up | Retention and Fee Applications | 0.2 | $ | 760 | $ | 152.00 |
| Hill | 6/30/2023 | Analysis of the schedules | Business Analysis | 1.4 | $ | 550 | $ | 770.00 |
| Hill | 6/30/2023 | Analysis of the schedules | Business Analysis | 3.4 | $ | 550 | $ | 1,870.00 |
| Hill | 6/30/2023 | Participated in call with Josh N to discuss schedules | Business Analysis | 0.3 | $ | 550 | $ | 165.00 |
| Hill | 6/30/2023 | Analysis of the schedules | Business Analysis | 0.9 | $ | 550 | $ | 495.00 |
| Hill | 6/30/2023 | Analysis of the schedules | Business Analysis | 1.2 | $ | 550 | $ | 660.00 |
| Hill | 6/30/2023 | Participated in call with Josh N. to discuss Lifesize budget | Business Analysis | 0.3 | $ | 550 | $ | 165.00 |
| Hill | 6/30/2023 | Review and analysis of FTI's KERP analysis | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Lin | 6/30/2023 | Reconstructing a more complete 2020 transaction S&U, tying figures to enterprise value referenced and difference between total purchase price and cash payments. | Business Analysis | 3.0 | $ | 625 | $ | 1,875.00 |
| Lin | 6/30/2023 | reconstructed S&U - internal discussion and edits to file to be sent out | Business Analysis | 0.9 | $ | 625 | $ | 562.50 |
| Nahas | 6/30/2023 | Read and review UCC sale objection motion | Business Analysis | 0.4 | $ | 760 | $ | 304.00 |
| Nahas | 6/30/2023 | Call with G Hill to discuss SOFA/SOAL and ERCs | Business Analysis | 1.1 | $ | 760 | $ | 836.00 |
| Nahas | 6/30/2023 | Call wit E Reubel to discuss counsel requests for analysis of insider payments | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/30/2023 | Review 1-year insider and 90 day pref payments on SOFAs, intercos and A/L on SOALs | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |
| Nahas | 6/30/2023 | Review corporate structure and guarantors under credit facility | Business Analysis | 0.5 | $ | 760 | $ | 380.00 |
| Nahas | 6/30/2023 | Call with J Lin to discuss merger sources and uses analysis | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/30/2023 | Call with G Hill to discuss budget to cover admin and priority claims | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Nahas | 6/30/2023 | Draft memo summarizing Dundon's conclusions on potential causes of action related to the 2020 transaction and the ERC secured sponsor loan | Business Analysis | 1.5 | $ | 760 | $ | 1,140.00 |

| Nahas | 6/30/2023 | Review Debtors KERP plan documents and presentation discussing Dundon conclusions | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
|---|---|---|---|---|---|---|---|---|
| Reubel | 6/30/2023 | Review committee sale objection  [D.I. 166] | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/30/2023 | Review FTI correspondence re: ERC credits and balances | Business Analysis | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/30/2023 | Receive and analyze J. Nahas memo re: Dundon analysis of causes of action | Business Analysis | 0.3 | $ | 760 | $ | 228.00 |
| Reubel | 6/30/2023 | Review supplemental KERP disclosure via PSZJ | Investigations | 0.5 | $ | 760 | $ | 380.00 |
| Reubel | 6/30/2023 | Review multiple emails re: sponsor and Serenova | Investigations | 0.2 | $ | 760 | $ | 152.00 |
| Reubel | 6/30/2023 | Review schedules, SOFA and insider payments (.7); telecon discussion w/ J. Nahas re: insider payments (.3) | Business Analysis | 1.0 | $ | 760 | $ | 760.00 |
| Reubel | 6/30/2023 | Attend to retention application and confer w/ J. Gerber and M. Dundon | Retention and Fee Applications | 0.2 | $ | 760 | $ | 152.00 |
| Hill | 7/1/2023 | Presentation on issues list w/r/t sale fees, marlin 2020 acquisition, KEIP/KERP | Business Analysis | 0.8 | $ | 550 | $ | 440.00 |
| Hill | 7/1/2023 | Participated in professionals call with MWE and Dundon | Business Analysis | 0.9 | $ | 550 | $ | 495.00 |
| Lin | 7/1/2023 | call with MWE on settlement strategy | Business Analysis | 0.9 | $ | 650 | $ | 585.00 |
| Lin | 7/1/2023 | editing compiled materials in support of settlement with SVB | Business Analysis | 0.4 | $ | 650 | $ | 260.00 |
| Nahas | 7/1/2023 | Call between DA and MWE to review DIP/Sale objections and discuss potential settlement | Business Analysis | 0.9 | $ | 790 | $ | 711.00 |
| Nahas | 7/1/2023 | Call with J Lin and G Hill to discuss presentation of conclusions to MWE | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Nahas | 7/1/2023 | Call with E Reubel to discuss deliverables | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Reubel | 7/1/2023 | Attend MWE/Dundon strategy call | Committee Member/Professional Meetings & Communications | 0.8 | $ | 790 | $ | 632.00 |
| Reubel | 7/1/2023 | Attend to retention application | Retention and Fee Applications | 0.1 | $ | 790 | $ | 79.00 |
| Lin | 7/3/2023 | updating timeline for new understanding on S&U and transaction integration | Business Analysis | 0.8 | $ | 650 | $ | 520.00 |
| Nahas | 7/3/2023 | Review and analyze updated transaction timeline | Business Analysis | 0.6 | $ | 790 | $ | 474.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Reubel | 7/3/2023 | Review Dundon timeline | Investigations | 0.2 | $ | 790 | $ | 158.00 |
| Hill | 7/5/2023 | Analysis of schedules priority and non-priority claims | Business Analysis | 3.2 | $ | 550 | $ | 1,760.00 |
| Hill | 7/5/2023 | Analysis of schedules priority and non-priority claims | Business Analysis | 1.1 | $ | 550 | $ | 605.00 |
| Hill | 7/5/2023 | Creation of presentation for schedules analysis for the Committee | Business Analysis | 0.8 | $ | 550 | $ | 440.00 |
| Hill | 7/5/2023 | Participated in call on with Josh N on Piper Sandler retention | Business Analysis | 0.6 | $ | 550 | $ | 330.00 |
| Lin | 7/5/2023 | analysis on the value of 90-day preference claims and corresponding recovery to GUCs with and without deficiency subordination | Business Analysis | 5.0 | $ | 650 | $ | 3,250.00 |
| Nahas | 7/5/2023 | Call with M Helt to discuss potential settlement constructs and valuation | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Nahas | 7/5/2023 | Call with G Hill to discuss analysis of SOFA and SOALs | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Nahas | 7/5/2023 | Call with J Lin to discuss preference valuation analysis and presentation | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Nahas | 7/5/2023 | Estimate potential recovery and settlement values of various avoidance actions | Business Analysis | 1.2 | $ | 790 | $ | 948.00 |
| Nahas | 7/5/2023 | Draft updated due diligence document request list | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Nahas | 7/5/2023 | Call with J Kang to discuss UCC issues with PSC retention application | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Nahas | 7/5/2023 | Review and analyze FTI updated itemized budget | Business Analysis | 1.0 | $ | 790 | $ | 790.00 |
| Nahas | 7/5/2023 | Call with J Lin to discuss preference settlement analysis | Business Analysis | 0.8 | $ | 790 | $ | 632.00 |
| Nahas | 7/5/2023 | Call with M Helt to discuss PSC retention app issues | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Nahas | 7/5/2023 | Review and revise presentation on recovery analysis for GUCs | Business Analysis | 1.0 | $ | 790 | $ | 790.00 |
| Nahas | 7/5/2023 | Review Serenova pre-merger financials | Business Analysis | 0.8 | $ | 790 | $ | 632.00 |
| Nahas | 7/5/2023 | Review security documents related to term lenders' junior liens on employer retention credits | Business Analysis | 0.6 | $ | 790 | $ | 474.00 |
| Nahas | 7/5/2023 | Call with M Helt to discuss potential lender settlement | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nahas | 7/5/2023 | Call with J Kang of PSC to discuss retention application and extension of objection deadline | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Reubel | 7/5/2023 | Review revised FTI budget | Business Analysis | 0.3 | $ | 790 | $ | 237.00 |
| Reubel | 7/5/2023 | Telecon discussion w/ J. Nahas re: foreign claims issue (.1); follow-up discussion w/ J. Nahas re: committee call and workstreams | Business Analysis | 0.4 | $ | 790 | $ | 316.00 |
| Reubel | 7/5/2023 | Attend to retention application | Retention and Fee Applications | 0.1 | $ | 790 | $ | 79.00 |
| Reubel | 7/5/2023 | Review preference analysis/recovery presentation | Investigations | 0.3 | $ | 790 | $ | 237.00 |
| Hill | 7/6/2023 | Participated in UCC call with Committee members and professionals from Dundon and MWE | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Hill | 7/6/2023 | Analysis of schedules priority and non-priority claims | Business Analysis | 1.4 | $ | 550 | $ | 770.00 |
| Lin | 7/6/2023 | UCC update call | Business Analysis | 0.9 | $ | 650 | $ | 585.00 |
| Nahas | 7/6/2023 | Call with M Helt to discuss FTI call on foreign admin claims | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Nahas | 7/6/2023 | Call with E Reubel to discuss status of foreign claims and other case issues | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Nahas | 7/6/2023 | Review and analyze updated AR aging reports | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Nahas | 7/6/2023 | Participate in UCC call with MWE/DA and committee members | Business Analysis | 0.9 | $ | 790 | $ | 711.00 |
| Nahas | 7/6/2023 | Call with E Reubel to discuss committee call and next steps | Business Analysis | 0.3 | $ | 790 | $ | 237.00 |
| Nahas | 7/6/2023 | Call with M Bilbao of FTI to discuss sale objection and foreign employee claims | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Reubel | 7/6/2023 | Telecom discussion w/ J. Nahas re: foreign claims and other case status(.1); follow-up discussion re: same (.3) | Business Analysis | 0.4 | $ | 790 | $ | 316.00 |
| Hill | 7/7/2023 | Analysis of professional fee budget, winddown budget, AR aging report | Business Analysis | 1.2 | $ | 550 | $ | 660.00 |
| Hill | 7/7/2023 | Participated in professionals call on winddown budget | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Lin | 7/7/2023 | Call with MWE on sources & uses | Business Analysis | 0.5 | $ | 650 | $ | 325.00 |
| Nahas | 7/7/2023 | Review FTI updated sources and uses | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Nahas | 7/7/2023 | Call with FTI, PZ, MWE, DA to discuss sources and uses and foreign employee claims | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Nahas | 7/7/2023 | Call with M Helt to follow up on FTI discussion and next steps | Business Analysis | 0.3 | $ | 790 | $ | 237.00 |
| Nahas | 7/7/2023 | Call with M Helt to discuss PSC objection | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Nahas | 7/7/2023 | Call with J Kang to discuss extension of objection | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Nahas | 7/7/2023 | Call w/ J Gerber to discuss status of PSC extension/objection | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Nahas | 7/7/2023 | Call with M Helt to discuss AWS assumption, foreign D&O claims and conflicts counsel on PSC objection | Business Analysis | 0.4 | $ | 790 | $ | 316.00 |
| Nahas | 7/7/2023 | Call with G Hill on PSC objection analysis to provide to conflicts counsel | Business Analysis | 0.3 | $ | 790 | $ | 237.00 |
| Reubel | 7/8/2023 | Review proposed sale order [D.I. 194] | Sales Process | 0.6 | $ | 790 | $ | 474.00 |
| Reubel | 7/8/2023 | Review PSC engagement letter/fee structures | Other Professionals' Retention and Fee Applications | 0.3 | $ | 790 | $ | 237.00 |
| Reubel | 7/8/2023 | Review FTI correspondence and responses re: ERC Credits | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Dundon | 7/9/2023 | Discussion with J. Nahas re AWS cure issues and impact upon APA and administrative solvency. | Business Analysis | 0.4 | $ | 890 | $ | 356.00 |
| Nahas | 7/9/2023 | Review and analyze relevant portions of APA, Sale Order, Cure Schedule and Bid Pro to determine ability of buyer to force seller to fund AWS assumption | Business Analysis | 3.0 | $ | 790 | $ | 2,370.00 |
| Nahas | 7/9/2023 | Review docket objections to Cure and Assumption schedule | Business Analysis | 0.8 | $ | 790 | $ | 632.00 |
| Nahas | 7/9/2023 | Call with M Dundon to discuss AWS cure & assumption and D&O indemnification claim issued | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Lin | 7/10/2023 | Strategy call with MWE | Business Analysis | 0.7 | $ | 650 | $ | 455.00 |
| Nahas | 7/10/2023 | Weekly professional call with DA/MWE | Committee Member/Professional Meetings & Communications | 0.6 | $ | 790 | $ | 474.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Reubel | 7/10/2023 | Attend Dundon-MWE strategy call (.6); review AWS assumption issues (.5) | Committee Member/Professional Meetings & Communications | 1.1 | $ | 790 | $ | | 869.00 |
| Hill | 7/11/2023 | Participated in call UCC call with committee members and professional from Dundon and MWE | Business Analysis | 0.3 | $ | 550 | $ | | 165.00 |
| Hill | 7/11/2023 | Analysis of PSC's fee and comps in preparation of objection | Business Analysis | 3.5 | $ | 550 | $ | | 1,925.00 |
| Hill | 7/11/2023 | PSC fee analysis in preparation of objection | Business Analysis | 1.1 | $ | 550 | $ | | 605.00 |
| Lin | 7/11/2023 | Review / double-checking retention comps for PSC retention objection. | Business Analysis | 0.8 | $ | 650 | $ | | 520.00 |
| Lin | 7/11/2023 | Committee update call. | Business Analysis | 0.5 | $ | 650 | $ | | 325.00 |
| Nahas | 7/11/2023 | Call with PSC to discuss status of retention application objection | Business Analysis | 0.4 | $ | 790 | $ | | 316.00 |
| Nahas | 7/11/2023 | Call with J Gerber to discuss PSC retention objection | Unassigned | 0.3 | $ | 790 | $ | | 237.00 |
| Nahas | 7/11/2023 | Call with M Helt to discuss PSC retention and AWS cure | Business Analysis | 0.3 | $ | 790 | $ | | 237.00 |
| Nahas | 7/11/2023 | Review and revise PSC retention objection presentation and fee calculations | Business Analysis | 0.5 | $ | 790 | $ | | 395.00 |
| Nahas | 7/11/2023 | Participate in weekly UCC member call | Committee Member/Professional Meetings & Communications | 0.5 | $ | 790 | $ | | 395.00 |
| Nahas | 7/11/2023 | Review and revise updated fee comps | Business Analysis | 0.4 | $ | 790 | $ | | 316.00 |
| Nahas | 7/11/2023 | Read and review draft PSC objection | Business Analysis | 0.5 | $ | 790 | $ | | 395.00 |
| Nahas | 7/11/2023 | Call with J Binford to discuss draft PSC retention objection | Business Analysis | 0.2 | $ | 790 | $ | | 158.00 |
| Nahas | 7/11/2023 | Review revised draft of PSC retention objection | Business Analysis | 0.2 | $ | 790 | $ | | 158.00 |
| Reubel | 7/11/2023 | Telecon discussion w/ J. Binder and J. Nahas re: PSC objection (.2); review draft objection re: same (.4) | Other Professionals' Retention and Fee Applications | 0.6 | $ | 790 | $ | | 474.00 |
| Reubel | 7/11/2023 | Attend UCC call | Committee Member/Professional Meetings & Communications | 0.5 | $ | 790 | $ | | 395.00 |
| Reubel | 7/11/2023 | Attend to retention application | Retention and Fee Applications | 0.1 | $ | 790 | $ | | 79.00 |

| Hill | 7/12/2023 | PSC fee analysis in preparation of objection | Business Analysis | 0.9 | $ | 550 | $ | 495.00 |
|---|---|---|---|---|---|---|---|---|
| Reubel | 7/13/2023 | Attend to retention application | Retention and Fee Applications | 0.2 | $ | 790 | $ | 158.00 |
| Nahas | 7/14/2023 | Call with E Reubel to discuss status update of Lifesize case | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Reubel | 7/14/2023 | Telecon discussion w/ J. Nahas re: case status | Committee Member/Professional Meetings & Communications | 0.2 | $ | 790 | $ | 158.00 |
| Lin | 7/15/2023 | Comparing revised budget to previous one. | Business Analysis | 0.4 | $ | 650 | $ | 260.00 |
| Nahas | 7/15/2023 | Call with M Helt to discuss potential settlement | Business Analysis | 0.1 | $ | 790 | $ | 79.00 |
| Reubel | 7/15/2023 | Review J. Lin comparison of revised budget vs. 6/13 | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Hill | 7/16/2023 | Settlement analysis | Business Analysis | 0.3 | $ | 550 | $ | 165.00 |
| Hill | 7/16/2023 | Analysis of the winddown budget and sources and uses of funds | Business Analysis | 2.8 | $ | 550 | $ | 1,540.00 |
| Lin | 7/16/2023 | Lifesize solvency analysis | Business Analysis | 0.3 | $ | 650 | $ | 195.00 |
| Lin | 7/16/2023 | Guiding junior on the settlement S&U calculation with updated budget. | Business Analysis | 1.8 | $ | 650 | $ | 1,170.00 |
| Nahas | 7/16/2023 | Perform research and analysis of AR aging from petition date, revised budget and sources and uses as part of settlement negotiations | Business Analysis | 2.0 | $ | 790 | $ | 1,580.00 |
| Nahas | 7/16/2023 | Call discussions with M Helt on settlement (.2)(.1) | Business Analysis | 0.3 | $ | 790 | $ | 237.00 |
| Nahas | 7/16/2023 | Call with J Lin to discuss solvency analysis | Business Analysis | 0.3 | $ | 790 | $ | 237.00 |
| Nahas | 7/16/2023 | Review 2021 and 2022 pro forma combined Lifesize financial statements | Business Analysis | 0.8 | $ | 790 | $ | 632.00 |
| Nahas | 7/16/2023 | Review Lifesize D&O policy | Business Analysis | 0.9 | $ | 790 | $ | 711.00 |
| Nahas | 7/16/2023 | Review presentation comparing revised UCC proposal S&U vs FTI original | Business Analysis | 0.9 | $ | 790 | $ | 711.00 |
| Nahas | 7/16/2023 | Call with M Helt to discuss works stream in support of settlement | Business Analysis | 0.2 | $ | 790 | $ | 158.00 |
| Reubel | 7/16/2023 | Review draft final DIP order redline and markup | Business Analysis | 1.2 | $ | 790 | $ | 948.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lin | 7/17/2023 | Researching and setting up framework for memo on insolvency at time of 2020 Marlin acquisition | Business Analysis | 1.8 | $ | 650 | $ 1,170.00 |
| Reubel | 7/17/2023 | Review J. Lin presentation/analysis re: adjusted FTI sources and uses exhibit | Investigations | 0.5 | $ | 790 | $ 395.00 |
| Hill | 7/18/2023 | Participated in UCC call with committee members and professional | Business Analysis | 0.6 | $ | 550 | $ 330.00 |
| Lin | 7/18/2023 | Drafting solvency memo | Business Analysis | 2.0 | $ | 650 | $ 1,300.00 |
| Lin | 7/18/2023 | Committee update call | Business Analysis | 0.6 | $ | 650 | $ 390.00 |
| Nahas | 7/18/2023 | Weekly call with UCC members | Committee Member/Professional Meetings & Communications | 0.7 | $ | 790 | $ 553.00 |
| Reubel | 7/18/2023 | Attend weekly UCC meeting | Committee Member/Professional Meetings & Communications | 0.2 | $ | 790 | $ 158.00 |
| Reubel | 7/18/2023 | Attend UCC meeting | Committee Member/Professional Meetings & Communications | 0.7 | $ | 790 | $ 553.00 |
| Lin | 7/19/2023 | Drafting solvency memo | Business Analysis | 3.8 | $ | 650 | $ 2,470.00 |
| Nahas | 7/21/2023 | Call with M Helt to discuss status of SVB settlement | Business Analysis | 0.3 | $ | 790 | $ 237.00 |
| Nahas | 7/24/2023 | Review due diligence list and add priority items that UCC needs on an expedited basis | Business Analysis | 0.5 | $ | 790 | $ 395.00 |
| Lin | 7/25/2023 | UCC update call | Business Analysis | 0.3 | $ | 650 | $ 195.00 |
| Reubel | 7/25/2023 | Attend UCC meeting (.3); follow-up w/ J. Nahas re: same (.1) | Committee Member/Professional Meetings & Communications | 0.4 | $ | 790 | $ 316.00 |
| Hill | 7/26/2023 | Review and analysis of monthly operating reports | Business Analysis | 1.7 | $ | 550 | $ 935.00 |
| Nahas | 7/26/2023 | Review final proposed DIP order | Business Analysis | 0.7 | $ | 790 | $ 553.00 |
| Reubel | 7/26/2023 | Review final DIP order  [D.I.248] | Business Analysis | 0.3 | $ | 790 | $ 237.00 |
| Reubel | 7/26/2023 | Review order establishing interim compensation [D.I.244] | Retention and Fee Applications | 0.2 | $ | 790 | $ 158.00 |
| Hill | 7/27/2023 | Analysis of insurance policies | Business Analysis | 0.4 | $ | 550 | $ 220.00 |

| Nahas | 7/28/2023 | Review and analyze files from counsel in preparation for testimony on PSC retention objection | Business Analysis | 1.5 | $ | 790 | $ | 1,185.00 |
|---|---|---|---|---|---|---|---|---|
| Reubel | 7/28/2023 | Attend to scheduling deposition prep (.1); review J. Binder dropbox materials (.4) | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Reubel | 7/28/2023 | Telecon discussion w/ J. Binder and J. Nahas re: hearing testimony prep | Other Professionals' Retention and Fee Applications | 0.5 | $ | 790 | $ | 395.00 |
| Hill | 7/31/2023 | Preparation of PSC fee objection | Business Analysis | 0.5 | $ | 550 | $ | 275.00 |
| Hill | 7/31/2023 | Review and analysis of docket filings | Business Analysis | 0.2 | $ | 550 | $ | 110.00 |
| Nahas | 7/31/2023 | Hearing prep call w J Binder and E Reubel | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |
| Reubel | 7/31/2023 | Telecon discussion w J. Binder and J. Nahas re: hearing prep | Business Analysis | 0.5 | $ | 790 | $ | 395.00 |