# Bankruptcy Events

[Answer/Response...](#)
[Appeal](#)
[Claim Actions](#)
[Creditor Maintenance...](#)
[File Claims](#)
[Miscellaneous](#)
[Motions/Applications](#)
[Notices](#)
[Open a BK Case](#)
[Open Involuntary Case](#)
[Plan](#)
[Judge/Trustee Assignment](#)