IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **In re:** § § | | **Chapter 7** |
| **LIFESIZE, INC.,** *et al.,* § § | | **Case No. 23-50038 (CML)** |
| **Debtors.**[1] § § | | **(Jointly Administered)** |

## NOTICE OF ISSUANCE OF SUBPOENA

Notice is provided that a subpoena for production of documents under Federal Rule of Bankruptcy Procedure 2004 is being issued on the following entity:

1. The Official Committee of Unsecured Creditors via their counsel of record.

Copies of the subpoena is available upon reasonable requested to the undersigned.

          Respectfully submitted,

          */s/ Simon R. Mayer*
          Simon R. Mayer
          Texas Bar Number 24060243
          **LOCKE LORD LLP**
          600 Travis St., 28th Floor
          Houston, Texas 77002
          Telephone: (713) 226-1507
          Facsimile: (713) 229-2675
          Email:  simon.mayer@lockelord.com

          **Attorney for Catherine S. Curtis,**
          ***Chapter 7 Trustee***

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their federal tax identification numbers are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980), SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669).

136443869v.1

## Certificate of Service

    The undersigned certifies that this Notice was served electronically on February 14, 2024 via the Court's Electronic Case Filing System on those parties registered to receive such service in this bankruptcy case.

                                        */s/ Simon R. Mayer*
                                        Simon R. Mayer

136443869v.1