United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-50038-CML |
| LIFESIZE, INC. *et al*[1], | § | |
| | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |

## ORDER APPROVING EXPEDITED MOTION TO AUTHORIZE PAYMENT OF TAXES AS ADMINISTRATIVE EXPENSE

On this day, the Court considered the Trustee's *Expedited Motion to Authorize Payment of Taxes as Administrative Expense*. The Court finds that notice was proper and that no objections or responses have been received. It is therefore

ORDERED, that Catherine S. Curtis, Chapter 7 Trustee, is authorized for payment in the amount Seven Hundred Fifty and zero cents ($750.00) for 2023 taxes due, and any interest accrued thereon at the time of the entry of this Order, to the State of Connecticut, for taxes described in the Motion. It is further

ORDERED, that the Chapter 7 Trustee is authorized for payment in the amount Three Thousand Two Hundred and zero cents ($3,200.00) for 2023 taxes due, and any interest accrued thereon at the time of the entry of this Order, to the State of California, for taxes described in the Motion.

Signed: January 08, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.