**EXHIBIT "B"**

| TAXABLE YEAR | California Corporation | FORM |
|---|---|---|
| **2024** | **Franchise or Income Tax Return** | **100** |

RP

6980    LOPL    5738                    24
TYB  02-01-2024  TYE  01-31-2025
LO PLATFORM MIDCO INC & SUBSIDIARIES C/O CSC BANKRUPTCY TRUSTEE

PO BOX 720788                              PMB 720788
MCALLEN        TX  78504

**Schedule Q Questions**  *(continued on Side 2)*

A **FINAL RETURN?** • ☐ Dissolved  ☒ Surrendered (withdrawn)  ☐ Merged/Reorganize  ☐ IRC Section 338 sale  ☐ QSub election

Enter date (mm/dd/yyyy) • 12/31/2024

B 1.  Is income included in a combined report of a unitary group? . . . . . . . . . . . . . . . . . . . . • ☒ Yes  ☐ No

  If "Yes," indicate:    ☐ Wholly within CA (R&TC 25101.15)
                         ☒ Within and outside of CA

  2.  Is there a change in the members listed in Schedule R-7 from the prior year? . . . . . . . . . . ☐ Yes  ☒ No
  3.  Enter the number of members (including parent or key corporation) listed in the Schedule R-7, Part I, Section A,
      subject to income or franchise tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . • 3

  4.  Is form FTB 3544 attached to the return? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

C 1.  During this taxable year, did this corporation or any of its subsidiaries acquire control or majority ownership (more than
      a 50% interest) in another legal entity?
      If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of
      35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes.** . . . . • ☐ Yes  ☒ No
  2.  During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50%
      interest) of this corporation or any of its subsidiaries?
      If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of
      35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes.** . . . . • ☐ Yes  ☒ No
  3.  Has California real property (i.e., land, buildings) transferred to the corporation that was excluded from property tax
      reassessment under Revenue and Taxation Code Section 62(a)(2)?
      If yes, during this taxable year, has more than 50% of the voting stock of this corporation cumulatively transferred in one
      or more transactions and it was not reported on a previous year's tax return? **If yes to both questions, answer yes.** . . . . . . • ☐ Yes  ☒ No
      **(Yes requires filing of BOE-100-B statement. Penalties may apply - see instructions.)**

| | | | | |
|---|---|---|---|---|
| **State Adjustments** | 1 | Net income (loss) before state adjustments. See instructions . . . . . . . . . . . . . . . . | 1 | 00 |
| | 2 | Amount deducted for foreign or domestic tax based on income or profits from Schedule A . . . . . . . | 2 | 00 |
| | 3 | Amount deducted for tax under the provisions of the Corporation Tax Law from Schedule A . . . . . . | 3 | 00 |
| | 4 | Interest on government obligations . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | 00 |
| | 5 | Net California capital gain from Side 6, Schedule D, line 11 . . . . . . . . . . . . . . . . . | 5 | 00 |
| | 6 | Depreciation and amortization in excess of amount allowed under California law. Attach form FTB 3885 • | 6 | 00 |
| | 7 | Net income from corporations not included in federal consolidated return. See instructions . . . . . | 7 | 00 |
| | 8 | Other additions. Attach schedule(s) . . . . . . . . . . . . . . . . . . . . . . . . . . • | 8 | 00 |
| | 9 | Total. Add line 1 through line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . • | 9 | 00 |

027          3601244                    Form 100 2024  **Side 1**

4D0511 1.000

CLIENT COPY

| | | | | |
|---|---|---|---|---|
| **State Adjustments (cont.)** | 10 | Intercompany dividend elimination. Attach Schedule H (100) | 10 | 00 |
| | 11 | Dividends received deduction. Attach Schedule H (100) | 11 | 00 |
| | 12 | Additional depreciation allowed under CA law. Attach form FTB 3885 | 12 | 00 |
| | 13 | Capital gain from federal Form 1120, line 8 | 13 | 00 |
| | 14 | Charitable Contributions | 14 | 00 |
| | 15 | Other deductions. Attach schedule(s) | 15 | 00 |
| | 16 | Total. Add line 10 through line 15 | 16 | 00 |
| | 17 | Net income (loss) after state adjustments. Subtract line 16 from Side 1, line 9 | 17 | 00 |
| **CA Net Income** | 18 | Net income (loss) for state purposes. Complete Schedule R if apportioning or allocating income. See instructions. | 18 | NONE 00 |
| | 19 | Net operating loss (NOL) deduction. See instructions | 19 | 00 |
| | 20 | EZ, TTA, or LAMBRA NOL carryover deduction.  See instructions | 20 | 00 |
| | 21 | Disaster loss deduction. See instructions | 21 | 00 |
| | 22 | Net income for tax purposes. Combine line 19 through line 21. Then, subtract from line 18 | 22 | NONE 00 |
| **Taxes** | 23 | Tax. ___8.840___ % x line 22 (at least minimum franchise tax, if applicable). See instructions | 23 | 2,400 00 |
| | 24 | Credit name ____ code ● ____ amount ▶ | 24 | 00 |
| | 25 | Credit name ____ code ● ____ amount ▶ | 25 | 00 |
| | 26 | To claim more than two credits, see instructions | 26 | 00 |
| | 27 | Add line 24 through line 26 | 27 | 00 |
| | 28 | **Balance.** Subtract line 27 from line 23 (at least minimum franchise tax, if applicable) | 28 | 2,400 00 |
| | 29 | Alternative minimum tax. Attach Schedule P (100). See instructions | 29 | NONE 00 |
| | 30 | **Total tax.** Add line 28 and line 29 .. SEE STATEMENT 1. | 30 | 2,400 00 |
| **Payments** | 31 | Overpayment from prior year allowed as a credit | 31 | 00 |
| | 32 | **2024 Estimated tax payments.** See instructions | 32 | 00 |
| | 33 | 2024 Withholding (Form 592-B and/or 593). See instructions | 33 | 00 |
| | 34 | Amount paid with extension of time to file tax return | 34 | 00 |
| | 35 | Total payments. Add line 31 through line 34 | 35 | 00 |
| **Refund or Amount Due** | 36 | **Use tax. This is not a total line.** See instructions | 36 | 00 |
| | 37 | Payments balance. If line 35 is more than line 36, subtract line 36 from line 35 | 37 | 00 |
| | 38 | **Use tax balance.** If line 36 is more than line 35, subtract line 35 from line 36 | 38 | 00 |
| | 39 | **Franchise or income tax due.** If line 30 is more than line 37, subtract line 37 from line 30 | 39 | 2,400 00 |
| | 40 | **Overpayment.** If line 37 is more than line 30, subtract line 30 from line 37 | 40 | 00 |
| | 41 | Amount of line 40 to be credited to 2025 estimated tax | 41 | 00 |
| | 42 | **Refund.** Subtract line 41 from line 40 | 42 | 00 |
| | | See instructions to have the refund directly deposited. ☐ Checking ☐ Savings | | |
| | | **42a.** ● Routing number    **42b.** ● Type    **42c** ● Account number | | |
| | 43 | a Penalties and interest | 43a | NONE 00 |
| | | b ● ☐ Check if estimate penalty computed using exception B or C on form FTB 5806. See instructions. | | |
| | 44 | **Total amount due.** Add line 38, line 39, line 41, and line 43a. Then, subtract line 40 from the result. ◉ | 44 | 2,400 00 |

**Schedule Q Questions** *(continued from Side 1)*

**D** If the corporation filed on a water's-edge basis pursuant to R&TC Sections 25110 and 25113 in previous years, enter the date
the water's-edge election ended (mm/dd/yyyy) ● _____

**E** Was the corporation's income included in a consolidated federal return? ● [X] Yes  ☐ No

**F** Principal business activity code. (Do not leave blank): ● __541519__
  Business activity __CLOUD BASED SW__
  Product or service _____

**G** Date incorporated (mm/dd/yyyy): __11/04/2015__    Where: ● State ____    Country ____

**Schedule Q Questions** *(continued on Side 3)*

| H | Date business began in California or date income was first derived from California sources . . . . . . . . . . . (mm/dd/yyyy) ● | | |
|---|---|---|---|
| I | Was the corporation an inactive business both within and outside of California during the taxable year? . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |

J   First return? . . . . . . ●  ☐ Yes  ☒ No  If "Yes" and this corporation is a successor to a previously existing business, check the appropriate box.

●  **(1)** ☐ Sole proprietorship **(2)** ☐ Partnership **(3)** ☐ Joint venture **(4)** ☐ Corporation **(5)** ☐ Other
(Attach statement showing name, address, and FEIN/SSN/ITIN of previous business.)

K   "Doing business as" name. See instructions. . . . . . . . . . . . . . ● _____

L   At any time during the taxable year, was more than 50% of the voting stock:

| | | | |
|---|---|---|---|
| **1.** Of the corporation owned by any single interest? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | | ☐ Yes | ☒ No |
| **2.** Of another corporation owned by this corporation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | | ☐ Yes | ☒ No |
| **3.** Of this and one or more other corporations owned or controlled, directly or indirectly, by the same interests? . . ● | | ☐ Yes | ☒ No |

If 1 or 3 is "Yes," enter the country of the ultimate parent . . . . . . ● _____
If 1, 2, or 3 is "Yes," furnish a statement of ownership indicating pertinent names, addresses, and percentages of stock owned.
If the owner(s) is an individual, provide the SSN/ITIN and see FTB 1131 EN-SP, for more information.

| | | | |
|---|---|---|---|
| M | Has the corporation included a reportable transaction or listed transaction within this return? (See instructions for definition.) . . ● | ☐ Yes | ☒ No |
| | If "Yes," complete and attach federal Form 8886 for each transaction. | | |
| N | Is this corporation apportioning or allocating income to California using Schedule R? . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |
| O | How many entities, if any, including this corporation, are claiming immunity from taxation in California under Public Law 86-272? . | | |
| P | Corporation headquarters are: . . . . . . . ● **(1)** ☐ Within California **(2)** ☒ Outside of California, within the U.S. **(3)** ☐ Outside of the U.S. | | |
| Q | Location of principal accounting records: SEE STATEMENT 2 | | |
| R | Accounting method: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other | | |
| S | Does this corporation or any of its subsidiaries have a Deferred Intercompany Stock Account (DISA)? . . . . . . . . . ● | ☐ Yes | ☒ No |
| | If "Yes," enter the total balance of all DISAs . . . . . . . . . . . . . . . . . . . . . . . . . . . ● $ | | |
| T | Is this corporation or any of its subsidiaries a RIC? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |
| U | Is this corporation treated as a REMIC for California purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |
| V | **1.** Is this corporation a REIT for California purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |
| | **2.** If question V1 is "Yes," does the entity own any qualified REIT subsidiaries that are incorporated or qualified | | |
| | with the California Secretary of State? If yes, see instructions . . . . . . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☐ No |
| W | Is this corporation an LLC or limited partnership electing to be taxed as a corporation for federal purposes? . . . . . ● | ☐ Yes | ☒ No |
| | If "Yes", enter the effective date of the election (mm/dd/yyyy): _____ | | |
| X | Is this corporation to be treated as a credit union? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |
| Y | Is the corporation under audit by the IRS or has it been audited by the IRS in a prior year? . . . . . . . . . . . . . . ● | ☐ Yes | ☒ No |
| Z | Have all required information returns (e.g. federal Forms 1099, 5471, 5472, 8300, 8865, etc.) been filed with the Franchise Tax Board? . . . | ☒ N/A ☐ Yes | ☐ No |
| AA | Does the taxpayer (or any corporation of the taxpayer's combined group) own 80% or more of the stock of an insurance company? . . . | ◉ Yes | ☐ No |
| BB | Did the corporation file the federal Schedule UTP (Form 1120)? . . . . . . . . . . . . . . . . . . . . . . . . . . ● | ☐ Yes | ☐ No |
| CC | Does any member of the combined report own an SMLLC or generate/claim credits that are attributable to an SMLLC? . . . . . ● | ☐ Yes | ☒ No |
| DD | **1.** Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? . . . ● | ☐ Yes | ☒ No |
| | **2.** If "Yes," when was the last report filed? (mm/dd/yyyy): _____ **3.** Amount last remitted ■ $ | | |

| Sign Here | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| | Signature of officer ▶ | Title TRUSTEE IN BANKRUPT | Date | ● Telephone 956-489-5958 |
| | Officer's email address (optional) | | | |
| Paid Preparer's Use Only | Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | ● PTIN |
| | Firm's name (or yours, if self-employed) and address | KENWOOD & ASSOCIATES P C 14090 SOUTHWEST FRWY STE 200 SUGAR LAND, TX 77478 | | Firm's FEIN |
| | | | | Telephone 281-243-2300 |
| | May the FTB discuss this return with the preparer shown above? See instructions . . . . . . . . . . . . . . . . . . ● ☒ Yes ☐ No | | | |

**Schedule A   Taxes Deducted.** Use additional sheet(s) if necessary.

| (a) Nature of tax | (b) Taxing authority | (c) Total amount | (d) Nondeductible amount |
|---|---|---|---|
| | | | 00 |
| | | | 00 |
| **Total.** Enter total of column (c) on Schedule F, line 17, and total of column (d) on Side 1, line 2 or line 3. | | | |
| If the corporation uses California computation method to compute the net income, see instructions. | | ● | ● 00 |

**Schedule F   Computation of Net Income.** See instructions.

| | | | |
|---|---|---|---|
| Income | **1 a)** Gross receipts or gross sales ● _____ | | |
| | **b)** Less returns and allowance ● _____ c) Balance ● | **1c** | 00 |
| | **2** Cost of goods sold. Attach federal Form 1125-A (California Schedule V) . . . . . . . . . . | **2** | 00 |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . | **3** | 00 |
| | **4** Total dividends. Attach federal Schedule C (California Schedule H (100)) . . . . . . . . . | **4** | 00 |
| | **5 a)** Interest on obligations of the United States and U.S. instrumentalities . . . . . . . . . | **5a** | 00 |
| | **b)** Other interest. Attach schedule . . . . . . . . . . . . . . . . . . . . . . . | **5b** | 00 |
| | **6** Gross rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 00 |
| | **7** Gross royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 00 |
| | **8** Capital gain net income. Attach federal Schedule D (California Schedule D) . . . . . . . | **8** | 00 |
| | **9** Ordinary gain (loss). Attach federal Form 4797 (California Schedule D-1) . . . . . . . . . | **9** | 00 |
| | **10** Other income (loss). Attach schedule . . . . . . . . . . . . . . . . . . . . . | **10** | 00 |
| | **11** Total income. Add line 3 through line 10 . . . . . . . . . . . . . . . . . . . . | **11** | 00 |
| Deductions | **12** Compensation of officers. Attach federal Form 1125-E or equivalent schedule ● **12** | | |
| | **13** Salaries and wages (not deducted elsewhere) . . . . . . . ● **13** | | |
| | **14** Repairs and maintenance . . . . . . . . . . . . . . ● **14** | | |
| | **15** Bad debts . . . . . . . . . . . . . . . . . . . ● **15** | | |
| | **16** Rents . . . . . . . . . . . . . . . . . . . . . . ● **16** | | |
| | **17** Taxes (California Schedule A). See instructions . . . . . . ● **17** | | |
| | **18** Interest. Attach schedule . . . . . . . . . . . . . . ● **18** | | |
| | **19** Charitable Contributions. Attach schedule . . . . . . . . ● **19** | | |
| | **20** Depreciation. Attach federal Form 4562 and FTB 3885 . . ● **20** | | |
| | **21** Less depreciation claimed elsewhere on return . . . . ● **21a** **21b** | | |
| | **22** Depletion. Attach schedule . . . . . . . . . . . . . ● **22** | | |
| | **23** Advertising . . . . . . . . . . . . . . . . . . . ● **23** | | |
| | **24** Pension, profit-sharing plans, etc. . . . . . . . . . . ● **24** | | |
| | **25** Employee benefit plans . . . . . . . . . . . . . . ● **25** | | |
| | **26 a)** Total travel and entertainment ● | | |
| | **b)** Deductible amounts . . . . . . . . . . . . . . ● **26b** | | |
| | **27** Other deductions. Attach schedule . . STMT 3 . . . . ● **27** | | |
| | **28** Specific deduction for organizations under R&TC Section 23701r or 23701t. See instructions . . . . . . ● **28** | | |
| | **29** Total deductions. Add line 12 through line 28 . . . . . . . . . . . . . . . . . ● | **29** | 00 |
| | **30** Net income before state adjustments. Subtract line 29 from line 11. Enter here and on Side 1, line 1 . . . ● | **30** | 00 |

**Schedule J   Add-On Taxes and Recapture of Tax Credits.** See instructions.

| | | |
|---|---|---|
| **1** LIFO recapture due to S corporation election, IRC Sec. 1363(d) deferral: $ _____ ● | **1** | 00 |
| **2** Interest computed under the look-back method for completed long-term contracts (Attach form FTB 3834) . . . . ● | **2** | 00 |
| **3** Interest on tax attributable to installment: **a** Sales of certain timeshares and residential lots . . . . . . . ● | **3a** | 00 |
| **b** Method for nondealer installment obligations . . . . . . ● | **3b** | 00 |
| **4** IRC Section 197(f)(9)(B)(ii) election . . . . . . . . . . . . . . . . . . . . . . . . . ● | **4** | 00 |
| **5** Credit recapture name: _____ ● | **5** | 00 |
| **6** Combine line 1 through line 5, revise line 2, line 39 or line 40, whichever applies, by this amount. Write "Schedule J" to the left of line 39 or line 40 . . . . . . . . . . . . . . . . . . . . . . ● | **6** | 00 |

4D0513 1.000

## Schedule V   Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 Inventory at beginning of year | 1 | | 00 |
| 2 Purchases | 2 | | 00 |
| 3 Cost of labor | 3 | | 00 |
| 4 a Additional IRC Section 263A costs. Attach schedule | 4a | | 00 |
| b Other costs. Attach schedule | 4b | | 00 |
| 5 Total. Add line 1 through line 4b | 5 | | 00 |
| 6 Inventory at end of year | 6 | | 00 |
| 7 Cost of goods sold. Subtract line 6 from line 5. Enter here and on Side 4, Schedule F, line 2 | 7 | | 00 |

Method of inventory valuation ▶

Was there any change in determining quantities, costs of valuations between opening and closing inventory? . . . . . . . .  ☐ Yes ☒ No
If "Yes," attach an explanation.

Enter California seller's permit number, if any ▶

Check if the LIFO inventory method was adopted this taxable year for any goods. If checked, attach federal Form 970 . . . . ☐

If the LIFO inventory method was used for this taxable year, enter the amount of closing inventory under LIFO

Do the rules of IRC Section 263A (with respect to property produced or acquired for resale) apply to the corporation? . . . . . . . ☐ Yes ☒ No

**The corporation may not be required to complete Schedules L, M-1, and M-2. See Schedule M-1 instructions for reporting requirements.**

## Schedule L   Balance Sheet

| Assets | Beginning of taxable year (a) | (b) | End of taxable year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | ⊙ | | ● |
| 2 a Trade notes and accounts receivable | ⊙ | | ● | |
| b Less allowance for bad debts | ⊙ ( | ) ⊙ | ● ( | ) ● |
| 3 Inventories | | ⊙ | | ● |
| 4 Federal and state government obligations | | ⊙ | | ● |
| 5 Other current assets. Attach schedule(s) | | ⊙ | | ● |
| 6 Loans to stockholders/officers. Attach schedule | | ⊙ | | ● |
| 7 Mortgage and real estate loans | | ⊙ | | ● |
| 8 Other investments. Attach schedule(s) | | ⊙ | | ● |
| 9 a Buildings and other fixed depreciable assets | ⊙ | | ● | |
| b Less accumulated depreciation | ⊙ ( | ) ⊙ | ● ( | ) ● |
| 10 a Depletable assets | | ⊙ | | ● |
| b Less accumulated depletion | ( | ) ⊙ | ( | ) |
| 11 Land (net of any amortization) | | ⊙ | | ● |
| 12 a Intangible assets (amortizable only) | ⊙ | | ● | |
| b Less accumulated amortization | ⊙ ( | ) ● | ⊙ ( | ) ⊙ |
| 13 Other assets. Attach schedule(s) | | ⊙ | | ● |
| 14 Total assets | | ⊙ | | ● |
| **Liabilities and Stockholders' Equity** | | | | |
| 15 Accounts payable | | ⊙ | | ● |
| 16 Mortgages, notes, bonds payable in less than 1 year | | ⊙ | | ● |
| 17 Other current liabilities. Attach schedule(s) | | ⊙ | | ● |
| 18 Loans from stockholders. Attach schedule(s) | | ⊙ | | ● |
| 19 Mortgages, notes, bonds payable in 1 year or more | | ⊙ | | ● |
| 20 Other liabilities. Attach schedule(s) | | ⊙ | | ● |
| 21 Capital stock: a Preferred stock | ⊙ | | ● | |
| b Common stock | | ⊙ | ● | ● |
| 22 Paid-in or capital surplus. Attach reconciliation | | ⊙ | | ● |
| 23 Retained earnings - Appropriated. Attach schedule | | ⊙ | | ⊙ |
| 24 Retained earnings - Unappropriated | | ⊙ | | ⊙ |
| 25 Adjustments to shareholders' equity. Attach schedule | | ⊙ | | ● |
| 26 Less cost of treasury stock | | ( | ) | ( ) |
| 27 Total liabilities and stockholders' equity | | ⊙ | | ● |

4D0514 1.000

**Schedule M-1**  Reconciliation of Income (Loss) per Books With Income (Loss) per Return.
If the corporation **completed** federal **Schedule M-3 (Form 1120 /1120-F)**, see instructions.

| | |
|---|---|
| 1 Net income per books . . . . . . . . . . ● | 7 Income recorded on books this year not included in this return (itemize) |
| 2 Federal income tax . . . . . . . . . . .● | a Tax-exempt interest ◉ $ _____ |
| 3 Excess of capital losses over capital gains . ● | b Other . . . . . $ _____ |
| 4 Taxable income not recorded on books this year (itemize) _____ | c Total. Add line 7a and line 7b. . . . . ● |
| | 8 Deductions in this return not charged against book income this year (itemize) |
| ● | a Depreciation. . $ _____ |
| 5 Expenses recorded on books this year not deducted in this return (itemize) | b State tax refunds . $ _____ |
| a Depreciation . . $ _____ | c Other . . . . . $ _____ |
| b State taxes . . . $ _____ | d Total. Add line 8a through line 8 ● |
| c Travel and entertainment ◉ $ _____ | 9 Total. Add line 7c and line 8d . . . ● |
| d Other . . . . . $ _____ | 10 Net income per return. |
| e Total. Add line 5a through line 5d. . . .● | Subtract line 9 from line 6 |
| 6 Total. Add line 1 through line 5e . . . . ● | |

**Schedule M-2**  Analysis of Unappropriated Retained Earnings per Books (Side 5, Schedule L, line 24)

| | |
|---|---|
| 1 Balance at beginning of year . . . . . . . ● | 5 Distributions:  a Cash . . . . . . . ● |
| 2 Net income per books . . . . . . . . . ● | b Stock . . . . . . . ● |
| 3 Other increases (itemize) _____ | c Property . . . . . ● |
| _____ | 6 Other decreases (itemize) |
| _____ | ● |
| ● | 7 Total. Add line 5 and line 6 . . . . . . . ● |
| | 8 Balance at end of year. |
| 4 Total. Add line 1 through line 3 . . . . . ● | Subtract line 7 from line 4 . . . . ◉ |

**Schedule D   California Capital Gains and Losses**

**Part I   Short-Term Capital Gains and Losses - Assets Held One Year or Less.** Use additional sheet(s) if necessary.

| (a) Kind of property and description (Example, 100 shares of Z Co.) | (b) Date acquired (mm/dd/yyyy) | (c) Date sold (mm/dd/yyyy) | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain (loss) (d) less (e) | | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| 2 Short-term capital gain from installment sales from form FTB 3805E, line 26 or line 37 . . . . . . . . . . ◉ | | | | | 2 | | 00 |
| 3 Unused capital loss carryover from 2023 . . . . . . . . . . . . . . . . . . . . . . . . ◉ | | | | | 3 | | 00 |
| 4 Net short-term capital gain (loss). Combine line 1 through line 3 . . . . | | | | | 4 | | 00 |

**Part II   Long-Term Capital Gains and Losses - Assets Held More Than One Year.** Use additional sheet(s) if necessary.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| | | | | | | | 00 |
| 6 Enter gain from Schedule D-1, line 9 and/or any capital gain distributions. . . . . . . . . . . . . . . . ◉ | | | | | 6 | | 00 |
| 7 Long-term capital gain from installment sales from form FTB 3805E, line 26 or line 37. . . . . . . . . ◉ | | | | | 7 | | 00 |
| 8 Net long-term capital gain (loss). Combine line 5 through line 7. . . . . . . . . . . . . . . . . . . ● | | | | | 8 | | 00 |
| 9 Enter excess of net short-term capital gain (line 4) over net long-term capital loss (line 8). . . . . . . | | | | | 9 | | 00 |
| 10 Net capital gain. Enter excess of net long-term capital gain (line 8) over net short-term capital loss (line 4) . . . | | | | | 10 | | 00 |
| 11 Total lines 9 and 10. Enter here and on Form 100, Side 1, line 5. | | | | | 11 | | 00 |
| If losses exceed gains, carry forward losses to 2025 . . . . . . . . . . . . . . . . . . . . . . | | | | | | | |

| TAXABLE YEAR | Election to File a Unitary | | CALIFORNIA SCHEDULE |
|---|---|---|---|
| 2024 | Taxpayers' Group Return |  | R-7 |

Fill out the Schedule R-7 Election completely to make a valid election.

| Name of corporation filing the single group return (key corporation*) | California corporation number |
|---|---|
| LO PLATFORM MIDCO,INC C/O CSC BR TRUSTEE | 6980 |

This election is an integral part of the return of all taxpayers participating in the election, and must be filed annually with Schedule R. Signing the California tax return is an acknowledgement that the key corporation and its electing affiliates agree to comply with the terms and conditions contained in this Schedule R-7 Election. (See Side 7 for the terms of this election).

## Part I  Taxpayers Electing to File, or No Longer Included in the Single Group Return. See instructions below before completing the tables.

*The key corporation must be taxable in California and, where applicable, be the parent corporation. If the parent corporation is not a California taxpayer, the key corporation should be the California taxpayer with the largest property factor numerator in California. For a complete definition of a key corporation, see Side 7 Terms and Conditions.

In order for a group return to satisfy the individual subsidiary's filing requirements, the Schedule R-7 must include all of the information requested in Part I, Section A, (see Cal. Code Regs., tit. 18 section 25106.5-11). If the information in Part I, Section A, is not filled out completely, the electing member(s) Schedule R-7 election may be disallowed. If an electing member's Schedule R-7 election is disallowed, they must file a separate California return.

Check box A if the electing member is incorporated, organized, qualified, or registered to do business in California.

Check box B if the electing member has any property, payroll, sales in California, or derives income from sources within California, but is not doing business in California.

Check box C if the corporation is a new electing member for this current group.

Enter the California corporation number if one was assigned by the California Secretary of State (SOS) or the Franchise Tax Board (FTB).

Note: Schedule R-7, Part I, Section A, should only contain information of corporations that are required to file a return in California, and who are subject to California income or franchise tax. If a corporation does not have a California return filing requirement, the entity should not be listed in this Part I, Section A. The entity should be listed in Part II, Other Affiliated Corporations. The first corporation listed should be the "key corporation." The "key corporation" information entered in Schedule R-7, Part I, Section A, must match the information of the corporation entered on Form 100 or Form 100W, Side 1.

Total the number of members (including parent/key corporation) listed below, and enter the result on Form 100 or 100W, Side 1, Schedule Q, Question B3.

| Section A - List of Taxpayers Making Election to File a Single Group Tax Return. Attach additional sheets using the same format, if necessary. | | | | | | |
|---|---|---|---|---|---|---|
| Electing taxpayer corporation (Enter the legal name that is filed with the California SOS. Do not use abbreviations unless the abbreviation is part of the legal name.) | A | B | C | California corporation number (if one is assigned) | FEIN | Total self-assessed tax |
| (California key corporation name*) | | | | | | |
| ⊙ LO PLATFORM MIDCO,INC C/O CSC BR TR | ⊙ X | ⊙ | ⊙ | ⊙  6980 | ⊙  5738 | ⊙  800. |
| ⊙ LIFESIZE, INC C/O CSC BR TRUSTEE | ⊙ | ⊙ | ⊙ | ⊙  6545 | ⊙  5803 | ⊙  800. |
| ⊙ SERENOVA WFM, INC. C/O CSC BR TRUST | ⊙ | ⊙ | ⊙ | ⊙  5275 | ⊙  2823 | ⊙  800. |
| ⊙ MARLIN-SL TOPCO, LP C/O CSC BR TRUS | ⊙ | ⊙ | ⊙ | ⊙ | ⊙  1872 | ⊙  NONE |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ | ⊙ |
| Total group self-assessed tax . . . . . . . . . . . . . . . . . . . . . | | | | | ⊙ | 2,400. |

4D0520 1.000

| TAXABLE YEAR | *COMBINED* | |
|---|---|---|
| **2024** | **Alternative Minimum Tax and Credit Limitations - Corporations** | CALIFORNIA SCHEDULE **P (100)** |

Attach to Form 100 or Form 109.

| Corporation name | California corporation number |
|---|---|
| LO PLATFORM MIDCO, INC. & SUBSIDIARIES C/O CC C/O CSC, BANKRUPTCY TRUSTEE | 6980 |

**Part I    Tentative Minimum Tax (TMT) and Alternative Minimum Tax (AMT) Computation**

1  Net income (loss) after state adjustments. Enter the amount from Form 100, line 17; Schedule R, line 1c; or Form 109,
   the lesser of line 1 or line 2. See instructions . . . . . . . . . . . . . . . . . . . . . . ● **1**  _____|00

2  Adjustments. See instructions.
 a  Depreciation of tangible property placed in service after 1986 and before 1999 ● **2a** _____|00
 b  Amortization of certified pollution control facilities placed in service after 1986 ● **2b** _____|00
 c  Amortization of mining exploration and development costs incurred after 1987 ● **2c** _____|00
 d  Basis adjustments in determining gain or loss from sale or exchange of property ● **2d** _____|00
 e  Long-term contracts entered into after February 28, 1986 . . . . . ● **2e** _____|00
 f  Installment sales of certain property. . . . . . . . . . . . . ● **2f** _____|00
 g  Tax shelter farm activities (personal service corporations only) . . . ● **2g** _____|00
 h  Passive activities (closely held corporations and personal service corporations only) . . . ● **2h** _____|00
 i  Certain loss limitations . . . . . . . . . . . . . . . . ● **2i** _____|00
 j  Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (541), line 12a ● **2j** _____|00
 k  Merchant marine capital construction funds . . . . . . . . . . . ● **2k** _____|00
 l  Combine line 2a through line 2k . . . . . . . . . . . . . . . . ● **2l** _____|00

3  Tax preference items. Depletion. See instructions . . . . . . . . . . . . . . . . . . . ● **3** _____|00

4  Pre-adjustment alternative minimum taxable income (AMTI):
 a  Combine line 1, line 2l, and line 3 . . . . . . . . . . . . . . . . . . ● **4a** _____|00
 b  **Apportioned pre-adjustment AMTI.** If income is derived from sources both within and outside of California,
    see instructions. Otherwise, enter the amount from line 4a . . . . . . . . . . . . . . . ● **4b** _____|00

5  Adjusted current earnings (ACE) adjustment:
 a  Enter ACE. See instructions . . . . . . . . . . . . . . . . ● **5a** _____|00
 b  **Apportioned ACE.** If income is derived from sources both within and outside of
    California, see instructions. Otherwise, enter the amount from line 5a . . . . . ● **5b** NONE|00
 c  Subtract line 4b from line 5b (even if one or both of the figures are negative).
    If negative, use brackets . . . . . . . . . . . . . . . . ● **5c** NONE|00
 d  Multiply line 5c by 75% (.75) and enter the result as a positive number . . . . . . . . . . . . . . . . . . ● **5d** NONE|00
 e  Enter the excess, if any, of the corporation's total increases in AMTI from prior year ACE adjustments over its total
    reductions in AMTI from prior year ACE adjustments. Enter an amount on line 5e (even if line 5c is positive) . . . . . . ● **5e** _____|00
 f  ACE adjustment:
    • If line 5c is a positive amount or zero, enter the amount from line 5d on line 5f as a positive amount.
    • If line 5c is a negative amount, enter the smaller of line 5d or line 5e on line 5f as a negative amount . . . ● **5f** NONE|00

6  Combine line 4b and line 5f. If zero or less, enter -0- . . . . . . . . . . . . . . . . . ● **6** NONE|00

7 a  Reduction for disaster loss deduction, if any, from Form 100, line 21 ● **7a** _____|00
 b  AMT net operating loss deduction. See instructions . . . . . . . ● **7b** _____|00
 c  Combine line 7a and line 7b . . . . . . . . . . . . . . . . . . ● **7c** _____|00

8  AMTI. Subtract line 7c from line 6 . . . . . . . . . . . . . . . . . . . . . . . . ● **8** NONE|00
9  Enter $40,000 exemption. See instructions . . . . . . . . . . . . . . . . . . . . . . ● **9** _____|00
10  Enter $150,000 limitation. See instructions. . . . . . . . . . . . . . . . . . . . . . . ● **10** _____|00
11  Subtract line 10 from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . . . ● **11** _____|00
12  Multiply line 11 by 25% (.25) . . . . . . . . . . . . . . . . . . . . . . . . . . ● **12** _____|00
13  Exemption. Subtract line 12 from line 9. If zero or less, enter -0- . . . . . . . . . . . . . ● **13** _____|00
14  Subtract line 13 from line 8. If zero or less, enter -0- . . . . . . . . . . . . . . . . . ● **14** NONE|00
15  Multiply line 14 by 6.65% (.0665) . . . . . . . . . . . . . . . . ● **15** 2,400|00
16  Banks and financial corps. Multiply Form 100, line 22, by 2.00% (.0200). See instructions . . . . ● **16** _____|00

4D0518 1.000

LO PLATFORM MIDCO, INC. & SUBSIDIARIES

CALIFORNIA COMBINED FORM 100, SIDE 2 -- DETAIL
================================================================================================================================================================

| CALIFORNIA COMBINED TAX | LO PLATFORM MIDCO,INC C/O CSC BR TRUSTEE 5738 | LIFESIZE, INC C /O CSC BR TRUSTEE 5803 | SERENOVA WFM, INC. C/O CSC BR TRUSTEE 2823 | MARLIN-SL TOPCO LP C/O CSC BR TRUSTEE 1872 | COMBINED TOTALS |
|---|---|---|---|---|---|
| 18 NET INCOME/LOSS FOR STATE PURPOSES | NONE | NONE | NONE | NONE | NONE |
| 19 NOL CARRYOVER DEDUCTION | | | | | |
| 20 EZ, LARZ, TTA, OR LAMBRA NOL CARRYOVER | | | | | |
| 21 DISASTER LOSS CARRYOVER DEDUCTION | | | | | |
| 22 NET INCOME FOR TAX PURPOSES | NONE | NONE | NONE | NONE | NONE |
| TAX RATE PERCENT | 8.840 | 8.840 | 8.840 | 8.840 | 8.840 |
| 23 TAX | 800. | 800. | 800. | NONE | 2,400 |
| 28 LESS: CREDITS | | | | | |
| 30 PLUS: ALTERNATIVE MINIMUM TAX | NONE | NONE | NONE | NONE | NONE |
| 31 TOTAL TAX | 800. | 800. | 800. | NONE | 2,400 |

NOTE: CALIFORNIA COMBINED TAX IS SUM OF TAX
      CALCULATED FOR EACH UNITARY MEMBER.

LO PLATFORM MIDCO, INC. & SUBSIDIARIES                        5738


CALIFORNIA COMBINED FORM 100, SIDE 3 -- DETAIL
================================================================================


QUESTION Q - LOCATION OF PRINCIPAL ACCOUNTING RECORDS
-----------------------------------------------------
ADDRESS:                PO BOX 720788
CITY, ST ZIP:           MCALLEN, TX 78504

LO PLATFORM MIDCO, INC. & SUBSIDIARIES                                   5738


CALIFORNIA COMBINED FORM 100, SIDE 4, SCHEDULE F -- DETAIL
================================================================================


LINE 27 - OTHER DEDUCTIONS
==========================

        TOTAL LINE 27 - OTHER DEDUCTIONS
                                                              ===============

LO PLATFORM MIDCO, INC. & SUBSIDIARIES

5738

| COMBINED SCHEDULE M-1 AND SCHEDULE M-2 | COMBINED | LO PLATFORM MIDCO, INC. ELIMINATION | ADJUSTMENTS | LO PLATFORM MIDCO, INC. & SUBSIDIARIES |
|---|---|---|---|---|

5738

**SCHEDULE M-1**

| | COMBINED | ELIMINATION | ADJUSTMENTS | SUBSIDIARIES |
|---|---|---|---|---|
| 1  NET INCOME PER BOOKS . . . . . . . . . . | NONE | NONE | NONE | NONE |
| 2  FEDERAL INCOME TAX . . . . . . . . . . . | | | | |
| 3  EXCESS CAPITAL LOSS . . . . . . . . . . . | | | | |
| 4  TAX INC NOT ON BOOKS . . . . . . . . . . | | | | |
| 5  BOOK EXP NOT ON RET | | | | |
|     a. DEPRECIATION . . . . . . . . . . . . . | | | | |
|     b. STATE TAXES . . . . . . . . . . . . . | | | | |
|     c. TRAVEL & ENTERTAINMENT . . . . . . . . | | | | |
|     d. OTHER . . . . . . . . . . . . . . . | | | | |
| 6  TOTAL LINES 1-5 . . . . . . . . . . . . . | NONE | NONE | NONE | NONE |
| 7  BOOK INC NOT ON RET | | | | |
|     a. TAX-EXEMPT INT . . . . . . . . . . . . | | | | |
|        OTHER . . . . . . . . . . . . . . . | | | | |
| 8  TAX DED NOT ON BOOKS | | | | |
|     a. DEPRECIATION . . . . . . . . . . . . . | | | | |
|     b. STATE TAX REFUNDS . . . . . . . . . . | | | | |
|     c. OTHER . . . . . . . . . . . . . . . | | | | |
| 9  TOTAL LINES 7 AND 8 . . . . . . . . . . . | | | | |
| 10 INCOME (LN 28, PG 1) . . . . . . . . . . . | NONE | NONE | NONE | NONE |

**SCHEDULE M-2**

| | COMBINED | ELIMINATION | ADJUSTMENTS | SUBSIDIARIES |
|---|---|---|---|---|
| 1  BALANCE BEG OF YEAR . . . . . . . . . . . | | NONE | | NONE |
| 2  NET INCOME PER BOOKS . . . . . . . . . . | | | | |
| 3  OTHER INCREASES . . . . . . . . . . . . | | | | |
| 4  TOTAL LINES 1-3 . . . . . . . . . . . . . | | NONE | | NONE |
| 5  DISTRIBUTIONS | | | | |
|     a. CASH . . . . . . . . . . . . . . . | | | | |
|     b. STOCK . . . . . . . . . . . . . . . | | | | |
|     c. PROPERTY . . . . . . . . . . . . . . | | | | |
| 6  OTHER DECREASES . . . . . . . . . . . . | | | | |
| 7  TOTAL LINES 5 AND 6 . . . . . . . . . . . | | | | |
| 8  BALANCE END OF YEAR . . . . . . . . . . . | | NONE | | NONE |

4XY916 1.000

47-5525738

STATEMENT  4

LO PLATFORM MIDCO, INC. & SUBSIDIARIES

5738

| COMBINED SCHEDULE M-1 AND SCHEDULE M-2 | LO PLATFORM MIDCO, INC C/O CSC BR TRUSTEE | LIFESIZE, INC C /O CSC BR TRUSTEE | SERENOVA WFM, INC. C/O CSC BR TRUSTEE | MARLIN-SL TOPCO LP C/O CSC BR TRUSTEE | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **SCHEDULE M-1** | 5738 | 5803 | 2823 | 1872 | | | | | |
| 1  NET INCOME PER BOOKS | NONE | NONE | NONE | NONE | | | | | |
| 2  FEDERAL INCOME TAX | | | | | | | | | |
| 3  EXCESS CAPITAL LOSS | | | | | | | | | |
| 4  TAX INC NOT ON BOOKS | | | | | | | | | |
| 5  BOOK EXP NOT ON RET | | | | | | | | | |
|    a. DEPRECIATION | | | | | | | | | |
|    b. STATE TAXES | | | | | | | | | |
|    c. TRAVEL & ENTERTAINMENT | | | | | | | | | |
|    d. OTHER | | | | | | | | | |
| 6  TOTAL LINES 1-5 | NONE | NONE | NONE | NONE | | | | | |
| 7  BOOK INC NOT ON RET | | | | | | | | | |
|    a. TAX-EXEMPT INT | | | | | | | | | |
|      OTHER | | | | | | | | | |
| 8  TAX DED NOT ON BOOKS | | | | | | | | | |
|    a. DEPRECIATION | | | | | | | | | |
|    b. STATE TAX REFUNDS | | | | | | | | | |
|    c. OTHER | | | | | | | | | |
| 9  TOTAL LINES 7 AND 8 | | | | | | | | | |
| 10 INCOME (LN 28, PG 1) | NONE | NONE | NONE | NONE | | | | | |
| **SCHEDULE M-2** | | | | | | | | | |
| 1  BALANCE BEG OF YEAR | | | | | | | | | |
| 2  NET INCOME PER BOOKS | | | | | | | | | |
| 3  OTHER INCREASES | | | | | | | | | |
| 4  TOTAL LINES 1-3 | | | | | | | | | |
| 5  DISTRIBUTIONS | | | | | | | | | |
|    a. CASH | | | | | | | | | |
|    b. STOCK | | | | | | | | | |
|    c. PROPERTY | | | | | | | | | |
| 6  OTHER DECREASES | | | | | | | | | |
| 7  TOTAL LINES 5 AND 6 | | | | | | | | | |
| 8  BALANCE END OF YEAR | | | | | | | | | |

4XY915 1.000

STATEMENT   5

```
CALIFORNIA COMBINED SCHEDULE P, SIDE 1 - AMTI BEFORE DISASTER LOSS
===================================================================================================================================
```

|                                                                        | COMBINED | LO PLATFORM MIDCO, INC. ELIMINATION | ADJUSTMENTS | LO PLATFORM MIDCO, INC. & SUBSIDIARIES 5738 |
|---|---|---|---|---|
| CALIFORNIA SCHEDULE P, SIDE 1 | --------------- | --------------- | --------------- | --------------- |
| 1 NET INCOME/LOSS AFTER STATE ADJUSTMENTS |  |  |  |  |
| 2 ADJUSTMENTS |  |  |  |  |
|   A DEPRECIATION OF TANGIBLE PROPERTY PLACED IN SERVICE AFTER 1986 |  |  |  |  |
|   B AMORTIZATION OF CERTIFIED POLLUTION CONTROL FACILITIES |  |  |  |  |
|   C AMORTIZATION OF MINING EXPLORATION AND DEVELOPMENT COSTS INCURRED AFTER 1987 |  |  |  |  |
|   D BASIS ADJUSTMENTS IN DETERMINING GAIN OR LOSS FROM SALE OR EXCHANGE OF PROPERTY |  |  |  |  |
|   E LONG-TERM CONTRACTS ENTERED INTO AFTER FEBRUARY 28, 1986 |  |  |  |  |
|   F INSTALLMENT SALES OF CERTAIN PROPERTY |  |  |  |  |
|   G TAX SHELTER FARM ACTIVITIES |  |  |  |  |
|   H PASSIVE ACTIVITIES |  |  |  |  |
|   I CERTAIN LOSS LIMITATIONS |  |  |  |  |
|   J BENEFICIARIES OF ESTATES AND TRUSTS |  |  |  |  |
|   K MERCHANT MARINE CAPITAL CONSTRUCTION FUNDS OTHER ADJUSTMENTS | --------------- | --------------- | --------------- | --------------- |
|   L TOTAL OF LINES 2A THROUGH LINE 2K | --------------- | --------------- | --------------- | --------------- |
| 3 TAX PREFERENCE ITEMS |  |  |  |  |
|   A DEPLETION |  |  |  |  |
|   B INTANGIBLE DRILLING COSTS | --------------- | --------------- | --------------- | --------------- |
|   C TOTAL OF LINES 3A AND LINE 3B | --------------- | --------------- | --------------- | --------------- |
| 4 PRE-ADJUSTMENT AMTI |  |  |  |  |
|   A TOTAL OF LINES 1, 2L, AND 3C |  |  |  |  |
|   B APPORTIONED PRE-ADJUSTMENT AMTI |  |  |  |  |
| 5 F ADJUSTED CURRENT EARNINGS (ACE) ADJUSTMENT | NONE | --------------- | NONE | NONE |
| 6 AMTI BEFORE DISASTER LOSS | NONE | --------------- | NONE | NONE |
|  | =============== | =============== | =============== | =============== |

CALIFORNIA COMBINED SCHEDULE P, SIDE 1 - AMTI BEFORE DISASTER LOSS
===============================================================================================================================================

| CALIFORNIA SCHEDULE P, SIDE 1 | LO PLATFORM MIDCO, INC C/O CSC BR TRUSTEE ⌐____5738 | LIFESIZE, INC C /O CSC BR TRUSTEE ⌐____5803 | SERENOVA WFM, INC. C/O CSC BR TRUSTEE ⌐____2823 | MARLIN-SL TOPCO LP C/O CSC BR TRUSTEE ⌐____1872 |
|---|---|---|---|---|
| 1 NET INCOME/LOSS AFTER STATE ADJUSTMENTS | | | | |
| 2 ADJUSTMENTS | | | | |
| A DEPRECIATION OF TANGIBLE PROPERTY | | | | |
| PLACED IN SERVICE AFTER 1986 | | | | |
| B AMORTIZATION OF CERTIFIED POLLUTION | | | | |
| CONTROL FACILITIES | | | | |
| C AMORTIZATION OF MINING EXPLORATION | | | | |
| AND DEVELOPMENT COSTS INCURRED AFTER 1987 | | | | |
| D BASIS ADJUSTMENTS IN DETERMINING GAIN OR | | | | |
| LOSS FROM SALE OR EXCHANGE OF PROPERTY | | | | |
| E LONG-TERM CONTRACTS ENTERED INTO | | | | |
| AFTER FEBRUARY 28, 1986 | | | | |
| F INSTALLMENT SALES OF CERTAIN PROPERTY | | | | |
| G TAX SHELTER FARM ACTIVITIES | | | | |
| H PASSIVE ACTIVITIES | | | | |
| I CERTAIN LOSS LIMITATIONS | | | | |
| J BENEFICIARIES OF ESTATES AND TRUSTS | | | | |
| K MERCHANT MARINE CAPITAL CONSTRUCTION FUNDS | | | | |
| OTHER ADJUSTMENTS | | | | |
| L TOTAL OF LINES 2A THROUGH LINE 2K | | | | |
| 3 TAX PREFERENCE ITEMS | | | | |
| A DEPLETION | | | | |
| B INTANGIBLE DRILLING COSTS | | | | |
| C TOTAL OF LINES 3A AND LINE 3B | | | | |
| 4 PRE-ADJUSTMENT AMTI | | | | |
| A TOTAL OF LINES 1, 2L, AND 3C | | | | |
| B APPORTIONED PRE-ADJUSTMENT AMTI | | | | |
| 5 F ADJUSTED CURRENT EARNINGS (ACE) ADJUSTMENT | | NONE | NONE | NONE |
| 6 AMTI BEFORE DISASTER LOSS | | NONE | NONE | NONE |

```
CALIFORNIA COMBINED ACE WORKSHEET
================================================================================================================================
```

| | COMBINED | LO PLATFORM MIDCO, INC. ELIMINATION | ADJUSTMENTS | LO PLATFORM MIDCO, INC. & SUBSIDIARIES |
|---|---|---|---|---|
| **CALIFORNIA ACE WORKSHEET** | | | | 5738 |
| ------------------------ | --------------- | --------------- | --------------- | --------------- |
| 1   PRE-ADJUSTMENT AMTI | | | | |
| 2   ACE DEPRECIATION ADJUSTMENT: | | | | |
| A  AMT DEPRECIATION | | | | |
| B  ACE DEPRECIATION: | | | | |
| (1) POST-1993 PROPERTY | | | | |
| (2) POST-1989, PRE-1994 PROPERTY | | | | |
| (3) PRE-1990 MACRS PROPERTY | | | | |
| (4) PRE-1990 ACRS PROPERTY | | | | |
| (5) SECTION 168(F) PROPERTY | | | | |
| (6) OTHER PROPERTY | | | | |
| (7) TOTAL ACE DEPRECIATION | --------------- | --------------- | --------------- | --------------- |
| C  ACE DEPRECIATION ADJUSTMENT | --------------- | --------------- | --------------- | --------------- |
| 3   INCLUSION IN ACE OF ITEMS INCLUDED IN E&P | | | | |
| A  TAX-EXEMPT INTEREST INCOME | | | | |
| B  DEATH BENEFITS FROM LIFE INSURANCE CONTRACTS | | | | |
| C  OTHER DISTRIBUTIONS FROM LIFE INS CONTRACTS | | | | |
| D  INSIDE BUILDUP OF UNDISTRIBUTED INCOME | | | | |
| E  OTHER ITEMS | --------------- | --------------- | --------------- | --------------- |
| F  TOTAL INCREASE TO ACE DUE TO INCLUSION ITEMS | --------------- | --------------- | --------------- | --------------- |
| 4   DISALLOWANCE OF ITEMS NOT DEDUCTIBLE FROM E&P | | | | |
| A  CERTAIN DIVIDENDS RECEIVED | | | | |
| B  DIVIDENDS PAID ON CERTAIN PREFERRED STOCK | | | | |
| C  DIVIDENDS PAID TO AN ESOP UNDER SEC 404(K) | | | | |
| D  NONPATRONAGE DIVIDENDS | | | | |
| E  OTHER ITEMS | | | | |
| F  TOTAL INCREASE TO ACE DUE TO DISALLOWANCE | --------------- | --------------- | --------------- | --------------- |
| OF ITEMS NOT DEDUCTIBLE FROM E&P | --------------- | --------------- | --------------- | --------------- |
| 5   OTHER ADJUSTMENTS BASED ON RULES FOR E&P | | | | |
| A  INTANGIBLE DRILLING COSTS | | | | |
| B  CIRCULATION EXPENDITURES | | | | |
| C  ORGANIZATIONAL EXPENDITURES | | | | |
| D  LIFO INVENTORY ADJUSTMENTS | | | | |
| E  INSTALLMENT SALES | --------------- | --------------- | --------------- | --------------- |
| F  TOTAL OTHER E&P ADJUSTMENTS | --------------- | --------------- | --------------- | --------------- |
| 6   DISALLOWANCE OF LOSS ON EXCHANGE OF DEBT POOLS | | | | |
| 7   ACQUISITION EXPENSES OF LIFE INS COMPANIES | | | | |
| 8   DEPLETION | | | | |
| 9   BASIS ADJUSTMENTS IN DETERMINING GAIN OR LOSS | --------------- | --------------- | --------------- | --------------- |
| 10  ADJUSTED CURRENT EARNINGS | =============== | =============== | =============== | =============== |

```
CALIFORNIA COMBINED ACE WORKSHEET
================================================================================================================================
```

|  |  | LO PLATFORM<br>MIDCO, INC C/O<br>CSC BR TRUSTEE<br>⌐___5738 | LIFESIZE, INC C<br>/O CSC BR<br>TRUSTEE<br>⌐___5803 | SERENOVA WFM,<br>INC. C/O CSC BR<br>TRUSTEE<br>⌐___2823 | MARLIN-SL TOPCO<br>LP C/O CSC BR<br>TRUSTEE<br>⌐___1872 |
|---|---|---|---|---|---|
| | CALIFORNIA ACE WORKSHEET | | | | |
| | ----------------------- | --------------- | --------------- | --------------- | --------------- |
| 1 | PRE-ADJUSTMENT AMTI | | | | |
| 2 | ACE DEPRECIATION ADJUSTMENT: | | | | |
| A | AMT DEPRECIATION | | | | |
| B | ACE DEPRECIATION: | | | | |
| | (1) POST-1993 PROPERTY | | | | |
| | (2) POST-1989, PRE-1994 PROPERTY | | | | |
| | (3) PRE-1990 MACRS PROPERTY | | | | |
| | (4) PRE-1990 ACRS PROPERTY | | | | |
| | (5) SECTION 168(F) PROPERTY | | | | |
| | (6) OTHER PROPERTY | | | | |
| | (7) TOTAL ACE DEPRECIATION | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| C | ACE DEPRECIATION ADJUSTMENT | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| 3 | INCLUSION IN ACE OF ITEMS INCLUDED IN E&P | | | | |
| A | TAX-EXEMPT INTEREST INCOME | | | | |
| B | DEATH BENEFITS FROM LIFE INSURANCE CONTRACTS | | | | |
| C | OTHER DISTRIBUTIONS FROM LIFE INS CONTRACTS | | | | |
| D | INSIDE BUILDUP OF UNDISTRIBUTED INCOME | | | | |
| E | OTHER ITEMS | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| F | TOTAL INCREASE TO ACE DUE TO INCLUSION ITEMS | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| 4 | DISALLOWANCE OF ITEMS NOT DEDUCTIBLE FROM E&P | | | | |
| A | CERTAIN DIVIDENDS RECEIVED | | | | |
| B | DIVIDENDS PAID ON CERTAIN PREFERRED STOCK | | | | |
| C | DIVIDENDS PAID TO AN ESOP UNDER SEC 404(K) | | | | |
| D | NONPATRONAGE DIVIDENDS | | | | |
| E | OTHER ITEMS | | | | |
| F | TOTAL INCREASE TO ACE DUE TO DISALLOWANCE | --------------- | --------------- | --------------- | --------------- |
| | OF ITEMS NOT DEDUCTIBLE FROM E&P | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| 5 | OTHER ADJUSTMENTS BASED ON RULES FOR E&P | | | | |
| A | INTANGIBLE DRILLING COSTS | | | | |
| B | CIRCULATION EXPENDITURES | | | | |
| C | ORGANIZATIONAL EXPENDITURES | | | | |
| D | LIFO INVENTORY ADJUSTMENTS | | | | |
| E | INSTALLMENT SALES | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| F | TOTAL OTHER E&P ADJUSTMENTS | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| 6 | DISALLOWANCE OF LOSS ON EXCHANGE OF DEBT POOLS | | | | |
| 7 | ACQUISITION EXPENSES OF LIFE INS COMPANIES | | | | |
| 8 | DEPLETION | | | | |
| 9 | BASIS ADJUSTMENTS IN DETERMINING GAIN OR LOSS | | | | |
| | | --------------- | --------------- | --------------- | --------------- |
| 10 | ADJUSTED CURRENT EARNINGS | | | | |
| | | =============== | =============== | =============== | =============== |

LO PLATFORM MIDCO, INC. AND SUBSIDIARIES                    5738
FINAL RETURN


STATE FOOTNOTE, DETAILED EXPLANATION
================================================================================

TAX RETURN PREPARATION
----------------------------------------------------------------

  TAXPAYER FILED CHAPTER 11 BANKRUPTCY ON MAY 16, 2023 (CASE
  NO.23-50043), SUBSEQUENTLY CONVERTED TO CHAPTER 7 BANKRUPTCY ON
  NOVEMBER 7, 2023 (OPERATIONS CEASED ON THAT DATE), AND IS
  CURRENTLY IN THE PROCESS OF LIQUIDATION.

  CATHERINE S. CURTIS WAS APPOINTED AS CHAPTER 7 TRUSTEE ON
  NOVEMBER 7, 2023. KENWOOD & ASSOCIATES, P.C. WAS APPOINTED AS
  ACCOUNTANT FOR THE TRUSTEE EFFECTIVE DECEMBER 14, 2023. COPIES OF
  THE BANKRUPTCY NOTICE OF FILING AND COURT ORDER AUTHORIZING THE
  APPOINTMENT OF KENWOOD & ASSOCIATES, P.C. ARE ATTACHED AND MADE
  PART OF THIS RETURN.

  THIS DISCLOSURE STATEMENT IS A JOINT STATEMENT BETWEEN CATHERINE
  S. CURTIS, CHAPTER 7 TRUSTEE, AND DAVID E. BOTT, ACCOUNTANT FOR
  THE TRUSTEE IN THIS CASE. THE ATTACHED STATE RETURN HAS BEEN
  PREPARED BASED UPON LIMITED INFORMATION AVAILABLE TO THE TRUSTEE.

  A 2024 FEDERAL TAX RETURN HAS NOT BEEN ATTACHED. THE TAXPAYER IS A
  SUBSIDIARY WITHIN A CONSOLIDATED GROUP. THE TAXPAYER DOES NOT FILE
  A SEPARATE FEDERAL TAX RETURN. ADDITIONALLY, BECAUSE THE PARENT
  ENTITY OF THE CONSOLIDATED GROUP IS NOT IN BANKRUPTCY PROCEEDINGS,
  THE TRUSTEE IS NOT RESPONSIBLE FOR THE FEDERAL RETURN.

  THE TAX RETURN HAS BEEN SIGNED BY THE TRUSTEE AND HER ACCOUNTANT AND
  CONSTITUTES A "BEST EFFORT' ON THEIR PART TO PREPARE A TRUE AND
  COMPLETE RETURN FOR THE YEAR.

  AS A BANKRUPTCY TRUSTEE, SHE IS NEITHER A SHAREHOLDER, MEMBER,
  OR OFFICER OF THIS ENTITY.  THE SIGNATURE AUTHORIZED FOR THIS
  RETURN IS DONE IN HER CAPACITY AS BANKRUPTCY TRUSTEE.

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed
under Chapter 11 of the United States Bankruptcy Code, entered on
05/16/2023 at 5:39 PM and filed on 05/16/2023.

**LO Platform MidCo, Inc.**
216 West Village Blvd., Suite 102
Laredo, TX 78041
Tax ID / EIN: ·      5738



The case was filed by the debtor's attorney:      The bankruptcy trustee is:

**Benjamin Lawrence Wallen**                     **Catherine Stone Curtis**
Pachulski Stang Ziehl & Jones LLP                McGinnis Lochridge
700 Louisiana Street, Suite 4500                 P.O. BOX 720788
Houston, TX 77002                                McAllen, TX 78504
713-691-9385                                     956-489-5958

The case was assigned case number 23-50043 to Judge Christopher M. Lopez.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, 1300
Victoria Street, Laredo, TX 78040.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Nathan Ochsner**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/29/2024 09:33:47 | | |
| **PACER Login:** | ke049200 | **Client Code:** |

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 05, 2024

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Case No.: 23-50038 |
| | § | |
| LIFESIZE, INC. *et al*[1], | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon consideration of the Application to Employ Accountant filed by Catherine Stone Curtis, Trustee for the above entitled and numbered proceeding, praying for authority to employ and appoint the accounting firm of KenWood & Associates, PC ("KWA") and to designate David E. Bott to act as lead accountant to represent the Trustee as Trustee (the "Applicant"), and it appearing from the Application and Affidavit of David E. Bott that the persons employed by KenWood & Associates, PC and the accounting firm of KenWood & Associates, PC, have no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any other person employed in the office of the United States trustee, and represent no interest adverse to the Trustee, the above-named debtor, or its estate, in the matters on which it is to be engaged, that its employment is necessary and would be in the best interest of the estate, and sufficient cause appears for such employment; it is therefore,

**ORDERED**, that Catherine Stone Curtis, Trustee for the above entitled and numbered proceeding, be and is hereby authorized to employ the accounting firm of KenWood & Associates, PC, with David E. Bott to act as lead accountant, to represent her as Trustee in this case and the associated cases effective December 14, 2023, to perform the following professional services:

a) to prepare any necessary federal and state income, payroll, sales, franchise and excise tax returns and reports of the bankruptcy estate;

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

b)  to provide evaluations and advice to Trustee on tax matters which may arise, including the determination of the tax basis of estate assets and the evaluation of the tax effects of the sale of assets of the estate;

c)  to locate, obtain, inventory and preserve the accounting, business and computer records of the Debtor for use in performing the tasks assigned to Applicant and in Trustee's administration of the estate;

d)  to analyze the Debtor's books and records and financial transactions regarding possible fraudulent, post-petition and/or preferential transfers to which the estate may be entitled to a recovery;

e)  to analyze the books and records and financial transactions of entities and individuals to which the Debtor is related, may be related or may have been related at some prior date to determine the value of any assets and existence of possible fraudulent transfers to which the estate may be entitles to a recovery; and

f)  to assist Trustee as an accountant and/or expert witness in litigation of the estate, assist in examinations and discovery under Federal Rule of Bankruptcy Procedure 2004 and the Federal Rules of Civil Procedures and to prepare any required expert reports related to litigation matters.

It is further,

**ORDERED** that KenWood & Associates, PC shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee. It is further,

**ORDERED** that KenWood & Associates, PC will be compensated only after proper application and notice in such amounts as may be allowed by the Court.

Signed: February 05, 2024

Christopher Lopez
United States Bankruptcy Judge