| TAXABLE YEAR 2024 | Limited Liability Company Return of Income | EXHIBIT "C" | CALIFORNIA FORM 568 |

RP

```
              SERE         9208         24
TYB  02-01-2024   TYE  01-31-2025
SERENOVA LLC C/O CSC BANKRUPTCY TRUSTE
CATHERINE S CURTIS, BR TR
PO BOX 720788
MCALLEN             TX  78504


ACCTMETHOD  2                ASSETS
INITIAL      FINAL 1   AMENDED
```


CLIENT COPY

**I** (1) During this taxable year, did this LLC acquire control or majority ownership (more than a 50% interest) in another legal entity?
If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes.** . . . . . . . . . . . . ● ☐ Yes [X] No

(2) During this taxable year, did another person or legal entity acquire control or majority ownership (more than a 50% interest) of this LLC or any legal entity in which the partnership holds a controlling or majority interest?
If yes, did the acquired entity(ies) own California real property (i.e., land, buildings), lease such property for a term of 35 years or more, or lease such property from a government agency for any term? **If yes to both questions, answer yes.** . . . . . . . ● ☐ Yes [X] No

(3) Has California real property (i.e., land, buildings) transferred to the LLC that was excluded from property tax reassessment under Revenue and Taxation Code Section 62(a)(2)?
If yes, during this taxable year, has more than 50% of the LLC's ownership interests cumulatively transferred in one or more transactions and it was not reported on a previous year's tax return? **If yes to both questions, answer yes.** . . . . . . . . ● ☐ Yes [X] No
**(Yes requires filing of BOE-100-B statement, penalties may apply- see instructions.)**

| | Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine line 1. | | Whole dollars only |
|---|---|---|---|
| 1 | Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions . . . ● | 1 | NONE 00 |
| 2 | Limited Liability Company fee. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 2 | 00 |
| 3 | 2024 annual Limited Liability Company tax. See instructions . . . . . . . . . . . . . . . . . . ● | 3 | 800. 00 |
| 4 | Pass-through entity elective tax. See instructions . . . . . . . . . . . . . . . . . . . . . . . . ● | 4 | 00 |
| 5 | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) . . . . . . . . . . . ● | 5 | 00 |
| 6 | Partnership level tax. If IRS concluded a centralized audit for this year, see instructions. If not, leave blank . . . . ● | 6 | 00 |
| 7 | **Total tax and fee.** Add line 2, line 3, line 4, line 5, and line 6 . . . . . . . . . . . . . . . . . . ● | 7 | 800. 00 |
| 8 | Amount paid with form FTB 3537 and 2024 form FTB 3522 and form FTB 3536 . . . . . . . . . ● | 8 | 00 |
| 9 | Amounts paid for pass-through entity elective tax . . . . . . . . . . . . . . . . . . . . . . . . ● | 9 | 00 |
| 10 | Overpayment from prior year allowed as a credit . . . . . . . . . . . . . . . . . . . . . . . . ● | 10 | 00 |
| 11 | Withholding (Form 592-B and/or 593) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● | 11 | 00 |
| 12 | **Total payments.** Add line 8, line 9, line 10 and line 11 . . . . . . . . . . . . . . . . . . . . . ● | 12 | 00 |
| 13 | Use tax. This is not a total line. See instructions . . . . . . . . . . . . . . . . . . . . . . . . ● | 13 | 00 |
| 14 | Payments balance. If line 12 is more than line 13, subtract line 13 from line 12 . . . . . . . . . ● | 14 | 00 |
| 15 | Use tax balance. If line 13 is more than line 12, subtract line 12 from line 13 . . . . . . . . . . ● | 15 | 00 |
| 16 | **Tax and fee due.** If line 7 is more than line 14, subtract line 14 from line 7 . . . . . . . . . . . ● | 16 | 800. 00 |
| 17 | **Overpayment.** If line 14 is more than line 7, subtract line 7 from line 14 . . . . . . . . . . . . ● | 17 | 00 |

Enclose, but do not staple, any payment.

027    3671244    Form 568 2024 Side 1

4Y0529 1.000

| | | Whole dollars only |
|---|---|---|
| 18 | Amount of line 17 to be credited to 2025 tax or fee ● 18 | 00 |
| 19 | **Refund.** If the total of line 18 is less than line 17, subtract the total from line 17 ●19 | 00 |
| 20 | Penalties and interest. See instructions ● 20 | 00 |
| 21 | **Total amount due.** Add line 15, line 16, line 18, and line 20, then subtract line 17 from the result ●21 | 800.00 |

J   Principal business activity code (**Do not** leave blank) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● _____
    Business activity _____ Product or service _____

K   Enter the maximum number of members in the LLC at any time during the year. For multiple member LLCs, attach a
    California Schedule K-1 (568) for each of these members . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

L   Is this LLC an investment partnership? See General Information O. . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

M   (1) Is this LLC apportioning or allocating income to California using Schedule R? . . . . . . . . . . . . . . . ● ☐ Yes ☒ No
    (2) If "No," was this LLC registered in California without earning any income sourced in this state during the taxable year? . . ⦿ ☐ Yes ☐ No

N   Was there a distribution of property or a transfer (for example, by sale or death) of an LLC interest during the taxable year? . . ● ☐ Yes ☒ No

P   (1) Does the LLC have any foreign (non-U.S.) nonresident members? . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No
    (2) Does the LLC have any domestic (non-foreign) nonresident members? . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No
    (3) Were Form 592, Form 592-A, Form 592-B, Form 592-F, and Form 592-PTE filed for these members . . . . . . . . . . ● ☐ Yes ☒ No

Q   Are any members in this LLC also LLCs or partnerships? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

R   Is this LLC under audit by the IRS or has it been audited in a prior year? . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

S   Is this LLC a member or partner in another multiple member LLC or partnership? . . . . . . . . . . . . . . . ● ☐ Yes ☒ No
    If "Yes," complete Schedule EO, Part I.

T   Is this LLC a publicly traded partnership as defined in IRC Section 469(k)(2)? . . . . . . . . . . . . . . . . . ⦿ ☐ Yes ☒ No

U   (1) Is this LLC a business entity disregarded for tax purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☒ Yes ☐ No
    (2) If "Yes," see instructions and complete Side 1, Side 2, Side 3, Side 4, Side B, Side 5, and Side 7, if applicable. Are there
        credits or credit carryovers attributable to the disregarded entity? . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No
    (3) If "Yes" to U(1), does the disregarded entity have total income derived from or attributable to California that is less than
        the LLC's total income from all sources? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

V   Has the LLC included a Reportable Transaction, or Listed Transaction within this return?
    (See instructions for definitions). If "Yes," complete and attach federal Form 8886 for each transaction. . . . . . . . . . ● ☐ Yes ☒ No

W   Did this LLC file the Federal Schedule M-3 (federal Form 1065)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

X   Is this LLC a direct owner of an entity that filed a federal Schedule M-3? . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

Y   Does the LLC have a beneficial interest in a trust or is it a grantor of a Trust? . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No
    If "Yes," attach schedule of trusts and federal identification numbers.

Z   Does this LLC own an interest in a business entity disregarded for tax purposes? . . . . . . . . . . . . . . . ⦿ ☐ Yes ☒ No
    If "Yes," complete Schedule EO, Part II.

AA  Is any member of this LLC related (as defined in IRC Section 267(c)(4)) to any other member of the LLC? . . . . . . . . ● ☐ Yes ☒ No

BB  Is any member of the LLC a trust for the benefit of any person related (as defined in IRC Section 267(c)(4))
    to any other member? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● ☐ Yes ☒ No

*(continued on Side 3)*

*CLIENT COPY* (watermark)

*(continued from Side 2)*

**CC** (1) Is the LLC deferring any income from the disposition of assets? (see instructions)........ ● ☐ Yes ☒ No

(2) If "Yes," enter the year of asset disposition.................. ● [        ]

**DD** Is the LLC reporting previously deferred Income from:
(see instructions).................. ● ☐ Installment Sale ● ☐ IRC §1031 ● ☐ IRC §1033 ● ☐ Other

**EE** "Doing business as" name. See instructions:.......... ● _____

**FF** (1) Has this LLC operated as another entity type such as a Corporation, S Corporation, General Partnership, Limited Partnership, or Sole Proprietorship in the previous five (5) years?........ ● ☐ Yes ☒ No

(2) If "Yes", provide prior FEIN(s) if different, business name(s), and entity type(s) for prior returns filed with the FTB and/or IRS (see instructions): _____

**GG** (1) Has this LLC previously operated outside California?.................. ● ☐ Yes ☒ No

(2) Is this the first year of doing business in California?.................. ● ☐ Yes ☒ No

**HH** Is the LLC a section 721(c) partnership, as defined in Treasury Regulations Section 1.721(c)-1T(b)(14)?........ ☐ Yes ☒ No

**II** At any time during the tax year, were there any transfers between the LLC and its members subject to the disclosure requirements of Regulations section 1.707-8?.................. ☐ Yes ☒ No

**JJ** Check if the LLC: (1) ☐ Aggregated activities for IRC Section 465 at-risk purposes

(2) ☐ Grouped activities for IRC Section 469 passive activity purposes

**KK** (1) Has this business entity previously filed an unclaimed property Holder Remit Report with the State Controller's Office? ● ☐ Yes ☒ No

(2) If "Yes," when was the last report filed? (mm/dd/yyyy) ● _____ (3) Amount last remitted ■ $ _____

---

**Single Member LLC Information and Consent** - Complete only if the LLC is disregarded.

● Federal TIN/SSN

Sole Owner's name (as shown on owner's return)                FEIN/CA Corp no./CA SOS File no.
⊙ LO PLATFORM MIDCO, INC.                                    5738
PO BOX 720788
Street Address, City, State, and ZIP Code  MCALLEN, TX 78504

● What type of entity is the ultimate owner of this SMLLC? See instructions. Check only one box:

☐ (1) Individual    ☒ (2) C Corporation    ☐ (3) Pass-Through (S corporation, partnership, LLC classified as a partnership)

☐ (4) Estate/Trust    ☐ (5) Exempt Organization

Member's Consent Statement: I consent to the jurisdiction of the State of California to tax my LLC income and agree to file returns and pay tax as may be required by the Franchise Tax Board.

Signature ▶                                                Date

Our privacy notice can be found in annual tax booklets or online. Go to ftb.ca.gov/privacy to learn about our privacy policy statement, or go to ftb.ca.gov/forms and search for 1131 to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection. To request this notice by mail, call 800.338.0505 and enter form code 948 when instructed.

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Sign Here**
Signature of authorized member or manager ▶ _____   Date _____
Authorized member or manager's email address (optional) _____
Telephone ● (956) 489-5958

**Paid Preparer's Use Only**
Paid preparer's signature ▶ _____   Date _____   Check if self-employed ☐
PTIN ● _____
Firm's name (or yours, if self-employed) ▶ KENWOOD & ASSOCIATES P C
and address 14090 SOUTHWEST FRWY STE 200
SUGAR LAND, TX 77478
Firm's FEIN ● _____
Telephone ● 281-243-2300

May the FTB discuss this return with the preparer shown above (see instructions)? .... ● ☒ Yes ☐ No

027    3673244                                              Form 568 2024 Side 3

4Y0504 1.000

*CLIENT COPY*

**Schedule IW     Limited Liability Company (LLC) Income Worksheet**

Enter your California income amounts on the worksheet. All amounts entered must be assigned for California law differences. **Use only amounts that are from sources derived from or attributable to California** when completing lines 1-17 of this worksheet. If your business is both within and outside of California, see Schedule IW instructions to assign the correct amounts to California. If the LLC is wholly within California, the total income amount is assigned to California and is entered beginning with line 1a. If the single member LLC (SMLLC) does not meet the 3 million criteria for filing Schedule B (568) and Schedule K (568), the SMLLC is still required to complete Schedule IW. Disregarded entities that do not meet the filing requirements to complete Schedule B or Schedule K should prepare Schedule IW by entering the California amounts attributable to the disregarded entity from the member's federal Schedule B, C, D, E, F (Form 1040), or additional schedules associated with other activities. Do not enter amounts on this worksheet that have already been reported by another LLC to determine its fee.

See instructions on page 14 of the Form 568 Booklet for more information on how to complete Schedule IW.

1  a Total California income from Form 568, Schedule B, line 3. See instructions . . . . . . . ● 1a _____ NONE
   b Enter the California cost of goods sold from Form 568, Schedule B, line 2 and from federal
     Schedule F (Form 1040) (plus California adjustments) associated with the receipts
     assigned to California on lines 1a and 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 1b _____

2  a If the answer to Question U(1) on Form 568 Side 2, is "Yes", include the gross income of
     this disregarded entity that is not included in lines 1 and 8 through 16 . . . . . . . . . ● 2a _____
   b Enter the cost of goods sold of disregarded entities associated with the receipts assigned
     to California on line 2a. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 2b _____

3  a LLC's distributive share of ordinary income from pass-through entities . . . . . . . . . . ● 3a _____
   b Enter the LLC's distributive share of cost of goods sold from other pass-through entities
     associated with the receipt assigned to California on line 3a (see Schedule K-1s (565),
     Table 3, line 1a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 3b _____
   c Enter the LLC's distributive share of deductions from other pass-through entities associated with
     the receipt assigned to California on line 3a (see Schedule K-1s (565), Table 3, line 1b) . . . . ● 3c _____

4  Add gross farm income from federal Schedule F (Form 1040). Use California amounts . . . . . ● 4 _____

5  Enter the total of other income (not loss) from Form 568, Schedule B, line 10 . . . . . . . ● 5 _____

6  Enter the total gains (not losses) from Form 568, Schedule B, line 8 . . . . . . . . . . . . ● 6 _____

7  **Add line 1a through line 6.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 7 _____ NONE

8  California rental real estate
   a Enter the total gross rents from federal Form 8825, line 18 . . . . . . . . . . . . . . . . . . ● 8a _____
   b Enter the total gross rents from all Schedule K-1s (565), Table 3, line 2 . . . . . . . . . . ● 8b _____
   c Add line 8a and line 8b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 8c _____

9  Other California rentals.
   a Enter the amount from Schedule K (568), line 3a . . . . . . . . . . . . . . . . . . . . . . . . ● 9a _____
   b Enter the amount from all Schedule K-1s (565), Table 3, line . . . . . . . . . . . . . . . . ● 9b _____
   c Add lines 9a and 9b. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 9c _____

10 **California interest.** Enter the amount from Form 568, Schedule K, line 5 . . . . . . . . . . . . ● 10 _____

11 **California dividends.** Enter the amount from Form 568, Schedule K, line 6 . . . . . . . . . . ● 11 _____

12 **California royalties.** Enter the amount from Form 568, Schedule K, line 7 . . . . . . . . . . . ● 12 _____

13 **California capital gains.** Enter the capital gains (not losses) included in the amounts from Form 568,
   Schedule K, lines 8 and 9 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 13 _____

14 **California 1231 gains.** Enter the amount of total gains (not losses) from Form 568, Schedule K, line 10a . . . . . . ● 14 _____

15 **Other California portfolio income (not loss).** Enter the amount from Form 568, Schedule K, line 11a . . . . . . . ● 15 _____

16 **Other California income (not loss) not included in line 5.** Enter the amount from Form 568, Schedule K, line 11b . . ● 16 _____

17 **Total California income.** Add lines 7, 8c, 9c, 10, 11, 12, 13, 14, 15, and 16. Line 17 may not be a negative number.
   Enter here and on Form 568, Side 1, line 1. If less than zero enter -0- . . . . . . . . . . . . . . . . . . . ● 17 _____ NONE

4Y0548 1.000        027        3677244                        **Form 568** 2024 **Side 7**

```
SERENOVA, LLC
FINAL RETURN


STATE FOOTNOTE, DETAILED EXPLANATION
================================================================================

TAX RETURN PREPARATION
--------------------------------------------------------------------------------

    TAXPAYER FILED CHAPTER 11 BANKRUPTCY ON MAY 16, 2023 (CASE
    NO.23-50041), SUBSEQUENTLY CONVERTED TO CHAPTER 7 BANKRUPTCY ON
    NOVEMBER 7, 2023 (OPERATIONS CEASED ON THAT DATE), AND IS
    CURRENTLY IN THE PROCESS OF LIQUIDATION.

    CATHERINE S. CURTIS WAS APPOINTED AS CHAPTER 7 TRUSTEE ON
    NOVEMBER 7, 2023. KENWOOD & ASSOCIATES, P.C. WAS APPOINTED AS
    ACCOUNTANT FOR THE TRUSTEE EFFECTIVE DECEMBER 14, 2023. COPIES OF
    THE BANKRUPTCY NOTICE OF FILING AND COURT ORDER AUTHORIZING THE
    APPOINTMENT OF KENWOOD & ASSOCIATES, P.C. ARE ATTACHED AND MADE
    PART OF THIS RETURN.

    THIS DISCLOSURE STATEMENT IS A JOINT STATEMENT BETWEEN CATHERINE
    S. CURTIS, CHAPTER 7 TRUSTEE, AND DAVID E. BOTT, ACCOUNTANT FOR
    THE TRUSTEE IN THIS CASE. THE ATTACHED STATE RETURN HAS BEEN
    PREPARED BASED UPON LIMITED INFORMATION AVAILABLE TO THE TRUSTEE.

    THE TAX RETURN HAS BEEN SIGNED BY THE TRUSTEE AND HER ACCOUNTANT
    AND CONSTITUTES A "BEST EFFORT' ON THEIR PART TO PREPARE A TRUE AND
    COMPLETE RETURN FOR THE YEAR.

    AS A BANKRUPTCY TRUSTEE, SHE IS NEITHER A SHAREHOLDER, MEMBER,
    OR OFFICER OF THIS ENTITY.  THE SIGNATURE AUTHORIZED FOR THIS
    RETURN IS DONE IN HER CAPACITY AS BANKRUPTCY TRUSTEE.
```

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/16/2023 at 5:29 PM and filed on 05/16/2023.

Serenova, LLC
216 West Village Blvd., Suite 102
Laredo, TX 78041
Tax ID / EIN:        9208

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Benjamin Lawrence Wallen**<br>Pachulski Stang Ziehl & Jones LLP<br>700 Louisiana Street, Suite 4500<br>Houston, TX 77002<br>713-691-9385 | **Catherine Stone Curtis**<br>McGinnis Lochridge<br>P.O. BOX 720788<br>McAllen, TX 78504<br>956-489-5958 |

The case was assigned case number 23-50041 to Judge Christopher M. Lopez.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office, United States Bankruptcy Court, 1300 Victoria Street, Laredo, TX 78040.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Nathan Ochsner
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/04/2024 12:21:12 | | | |
| **PACER Login:** | ke049200 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-50041 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 23-50038 |
| | § | |
| LIFESIZE, INC. *et al*[1], | § | |
| | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon consideration of the Application to Employ Accountant filed by Catherine Stone Curtis, Trustee for the above entitled and numbered proceeding, praying for authority to employ and appoint the accounting firm of KenWood & Associates, PC ("KWA") and to designate David E. Bott to act as lead accountant to represent the Trustee as Trustee (the "Applicant"), and it appearing from the Application and Affidavit of David E. Bott that the persons employed by KenWood & Associates, PC and the accounting firm of KenWood & Associates, PC, have no connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any other person employed in the office of the United States trustee, and represent no interest adverse to the Trustee, the above-named debtor, or its estate, in the matters on which it is to be engaged, that its employment is necessary and would be in the best interest of the estate, and sufficient cause appears for such employment; it is therefore,

**ORDERED**, that Catherine Stone Curtis, Trustee for the above entitled and numbered proceeding, be and is hereby authorized to employ the accounting firm of KenWood & Associates, PC, with David E. Bott to act as lead accountant, to represent her as Trustee in this case and the associated cases effective December 14, 2023, to perform the following professional services:

    a)    to prepare any necessary federal and state income, payroll, sales, franchise and excise tax returns and reports of the bankruptcy estate;

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.

b)     to provide evaluations and advice to Trustee on tax matters which may arise, including the determination of the tax basis of estate assets and the evaluation of the tax effects of the sale of assets of the estate;

c)     to locate, obtain, inventory and preserve the accounting, business and computer records of the Debtor for use in performing the tasks assigned to Applicant and in Trustee's administration of the estate;

d)     to analyze the Debtor's books and records and financial transactions regarding possible fraudulent, post-petition and/or preferential transfers to which the estate may be entitled to a recovery;

e)     to analyze the books and records and financial transactions of entities and individuals to which the Debtor is related, may be related or may have been related at some prior date to determine the value of any assets and existence of possible fraudulent transfers to which the estate may be entitles to a recovery; and

f)     to assist Trustee as an accountant and/or expert witness in litigation of the estate, assist in examinations and discovery under Federal Rule of Bankruptcy Procedure 2004 and the Federal Rules of Civil Procedures and to prepare any required expert reports related to litigation matters.

It is further,

**ORDERED** that KenWood & Associates, PC shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee. It is further,

**ORDERED** that KenWood & Associates, PC will be compensated only after proper application and notice in such amounts as may be allowed by the Court.

Signed: February 05, 2024

Christopher Lopez
United States Bankruptcy Judge