United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-50038-CML |
| **LIFESIZE, INC.** *et al*[1], | § | |
| | § | |
| | § | **CHAPTER 7** |
| Debtor. | § | |

## ORDER APPROVING EXPEDITED MOTION TO AUTHORIZE PAYMENT OF 2024 TAXES AS ADMINISTRATIVE EXPENSE

On this day, the Court considered the Trustee's *Expedited Motion to Authorize Payment of 2024 Taxes as Administrative Expense*. The Court finds that notice was proper and that no objections or responses have been received. It is therefore

ORDERED, that the Chapter 7 Trustee is authorized for payment in the amount Four Thousand and zero cents ($4,000.00) for 2024 taxes due, and any interest accrued thereon at the time of the entry of this Order, to the State of California, for taxes described in the Motion.

Signed: February 14, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Lifesize, Inc. (5803); SL Midco 1, LLC (6980); SL Midco 2, LLC (9192); Serenova, LLC (9208); Telstrat, LLC (5255); LO Platform Midco, Inc. (5738); Serenova WFM, Inc. (2823); and Light Blue Optics, Inc. (7669). The Debtors' service address is 216 West Village Blvd., Suite 102, Laredo, TX 78041.