United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 23-50038 |
| | § | |
| LIFESIZE INC., et al, | § | |
| | § | Chapter 7 |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY KENWOOD & ASSOCIATES, P.C. AS ACCOUNTANTS FOR THE TRUSTEE

The Court has considered the First and Final Application for Compensation and Reimbursement of Expenses by KenWood & Associates, P.C. as Accountants for the Trustee. The Court has determined that due notice having been given, and no opposition being shown, the Court is of the opinion that the application should be in all things granted. It is therefore

ORDERED that the First and Final Application for Compensation and Reimbursement of Expenses by KenWood & Associates, P.C. as Accountants for the Trustee is hereby GRANTED and APPROVED in the final amounts of $50,719.60 in professional fees and $4,017.27 in reimbursement of expenses incurred during the Application period from December 14, 2023 to October 16, 2025. It is further

ORDERED that Catherine Stone Curtis, Chapter 7 Trustee, be and is hereby authorized to make payment to the accounting firm of KenWood & Associates, P.C. in the total amount of $54,736.87 such sums being a priority administrative expense under 11 U.S.C. § 507(a)(2).

Signed: February 17, 2026

Christopher Lopez
United States Bankruptcy Judge