United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No.: 23-50038 |
| | § | |
| LIFESIZE INC., et al, | § | |
| | § | Chapter 7 |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY KENWOOD & ASSOCIATES, P.C. AS ACCOUNTANTS FOR THE TRUSTEE

The Court has considered the First and Final Application for Compensation and Reimbursement of Expenses by KenWood & Associates, P.C. as Accountants for the Trustee. The Court has determined that due notice having been given, and no opposition being shown, the Court is of the opinion that the application should be in all things granted. It is therefore

ORDERED that the First and Final Application for Compensation and Reimbursement of Expenses by KenWood & Associates, P.C. as Accountants for the Trustee is hereby GRANTED and APPROVED in the final amounts of $50,719.60 in professional fees and $4,017.27 in reimbursement of expenses incurred during the Application period from December 14, 2023 to October 16, 2025. It is further

ORDERED that Catherine Stone Curtis, Chapter 7 Trustee, be and is hereby authorized to make payment to the accounting firm of KenWood & Associates, P.C. in the total amount of $54,736.87 such sums being a priority administrative expense under 11 U.S.C. § 507(a)(2).

Signed: February 17, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-50038-cml |
| Lifesize, Inc. | Chapter 7 |
| Official Committee of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-5 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf002 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lifesize, Inc., 216 West Village Blvd., Suite 102, Laredo, TX 78041-2316 |
| cr | + | Benchmark Electronics, Inc. and Its Affiliated Ent, c/o Bryan Cave Leighton Paisner LLP, Attn: Kyle S. Hirsch, 2 N. Central Ave., Ste 2100, Phoenix, AZ 85004-4533 |
| cr | | First Citizens Bank & Trust Company, c/o Matthew D. Cavenaugh, Jackson Walker LLP, 1402 McKinney Street, Suite 1900 Houston, TX 77010 |
| cr | + | G&I VII Barton Skyway LP, c/o Dana S/ Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| acc | + | KenWood & Associates, P.C., 14090 Southwest Freeway, Suite 200, Sugar Land, TX 77478-3678 |
| cr | + | Silicon Valley Bank, a division of First - Citizen, c/o Jackson Walker LLP, Attn: Bruce J. Ruzinsky, 1401 McKinney St., Suite 1900, Houston, TX 77010-1900 |
| cr | + | State of Ohio/Dept of Taxation, 8040 Hosbrook Road, Cincinnati, OH 45236-2901 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Feb 17 2026 21:53:00 | Allen ISD, C/O John Kendrick Turner, 2777 North Stemmons Frwy, Suite 1000, Dallas, TX 75207, UNITED STATES 75207-2328 |
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Feb 17 2026 21:53:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Feb 17 2026 21:53:00 | City Of Allen, C/O John Kendrick Turner, 2777 North Stemmons Frwy, Suite 1000, Dallas, TX 75207, UNITED STATES 75207-2328 |
| cr | + | Email/Text: schristianson@buchalter.com | Feb 17 2026 21:52:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |
| cr | ^ | MEBN | Feb 17 2026 21:45:43 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, P.O. Box 12548, Austin, TX 78711-2548 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Blue Jeans Network, Inc. |
| cr | | Cigna Health and Life Insurance Company |
| intp | | Enghouse Interactive Inc. as the proposed Stalking |
| intp | | IBM Corporation |

| District/off: 0541-5 | User: ADIuser | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdf002 | Total Noticed: 12 |

| | |
|---|---|
| op | Kurtzman Carson Consultants LLC |
| cr | Life Insurance Company of North America |
| sp | Matthew J. Borror |
| crcm | Official Committee of Unsecured Creditors |
| cr | Oscar Associates (Americas), LLC |
| op | Piper Sandler & Co. |
| cr | U.S Customs and Border Protection |

TOTAL: 11 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee  11 andrew.jimenez@usdoj.gov |
| Aubrey L. Thomas | on behalf of U.S. Trustee US Trustee  11 aubrey.thomas@usdoj.gov, Omar.e.jones@usdoj.gov |
| Benjamin Lawrence Wallen | on behalf of Debtor Lifesize  Inc. bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor Telstrat  LLC bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor SL Midco 1  LLC bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor SL Midco 2  LLC bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor Serenova  LLC bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor Light Blue Optics  Inc. bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor LO Platform MidCo  Inc. bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Benjamin Lawrence Wallen | on behalf of Debtor Serenova WFM  Inc. bwallen@pszjlaw.com, klabrada@pszjlaw.com |
| Bruce J Ruzinsky | on behalf of Creditor Silicon Valley Bank  a division of First - Citizens Bank & Trust Company bruzinsky@jw.com, msalinas@jw.com;kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com |
| Catherine Stone Curtis | ccurtis@mcginnislaw.com  mgarcia@mcginnislaw.com;csc@trustesolutions.net;ccsc11@trustesolutions.net |
| Catherine Stone Curtis | on behalf of Accountant KenWood & Associates  P.C. ccurtis@mcginnislaw.com, mgarcia@mcginnislaw.com;csc@trustesolutions.net;ccsc11@trustesolutions.net |

| | | |
|---|---|---|
| District/off: 0541-5 | User: ADIuser | Page 3 of 4 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf002 | Total Noticed: 12 |

Catherine Stone Curtis
    on behalf of Spec. Counsel Matthew J. Borror ccurtis@mcginnislaw.com mgarcia@mcginnislaw.com;csc@trustesolutions.net;ccsc11@trustesolutions.net

Catherine Stone Curtis
    on behalf of Trustee Catherine Stone Curtis ccurtis@mcginnislaw.com mgarcia@mcginnislaw.com;csc@trustesolutions.net;ccsc11@trustesolutions.net

Charles R Gibbs
    on behalf of Creditor Committee Official Committee of Unsecured Creditors crgibbs@mwe.com dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Christopher S Murphy
    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Evan Gershbein
    on behalf of Other Prof. Kurtzman Carson Consultants LLC ECFpleadings@kccllc.com  ECFpleadings@kccllc.com

Jason B. Binford
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jbinford@krcl.com  ajezisek@krcl.com

Jennifer Jaye Hardy
    on behalf of Other Prof. Piper Sandler & Co. jhardy2@willkie.com  mao@willkie.com

John F Higgins, IV
    on behalf of Interested Party Enghouse Interactive Inc. as the proposed Stalking Horse Purchaser and Enghouse Systems Limited jhiggins@porterhedges.com  emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John Kendrick Turner
    on behalf of Creditor Allen ISD john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor City Of Allen john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

Kristin Radwanick
    on behalf of Creditor State of Ohio/Dept of Taxation Kristin.Radwanick@OhioAGO.gov

Kyle S. Hirsch
    on behalf of Creditor Benchmark Electronics  Inc. and Its Affiliated Entities kyle.hirsch@bclplaw.com, lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com

Marcus Alan Helt
    on behalf of Creditor Committee Official Committee of Unsecured Creditors mhelt@mwe.com marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Mark H Ralston
    on behalf of Creditor Blue Jeans Network  Inc. mralston@fishmanjackson.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com

Matthew D Cavenaugh
    on behalf of Creditor First Citizens Bank & Trust Company mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Maxim Boris Litvak
    on behalf of Debtor Lifesize  Inc. mlitvak@pszjlaw.com, hphan@pszjlaw.com

Nicolette Zulli
    on behalf of Interested Party IBM Corporation njzulli@duanemorris.com  mlara@duanemorris.com,ANieto@duanemorris.com

Paul M. Lopez
    on behalf of Creditor Allen ISD bankruptcy@abernathy-law.com

Paul M. Lopez
    on behalf of Creditor City Of Allen bankruptcy@abernathy-law.com

Paul M. Lopez
    on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Philip M. Guffy
    on behalf of Creditor Life Insurance Company of North America pguffy@huntonak.com

Philip M. Guffy
    on behalf of Creditor Cigna Health and Life Insurance Company pguffy@huntonak.com

Shawn M Christianson
    on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

| | | |
|---|---|---|
| District/off: 0541-5 | User: ADIuser | Page 4 of 4 |
| Date Rcvd: Feb 17, 2026 | Form ID: pdf002 | Total Noticed: 12 |

Simon Richard Mayer
    on behalf of Trustee Catherine Stone Curtis Simon.Mayer@troutman.com  Autodocket@lockelord.com;WLBank@troutman.com

Stephen Wayne Sather
    on behalf of Creditor Oscar Associates (Americas)  LLC ssather@bn-lawyers.com, plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

US Trustee, 11
    USTPRegion07.SN.ECF@usdoj.gov

TOTAL: 40