

STATE OF CALIFORNIA
FRANCHISE TAX BOARD
PO BOX 2952
SACRAMENTO CA 95812-2952

DLN2609763219Z

Date:
04/13/2026

# Request for Payment of Administrative Expense

|ıı|ı|ıı|ı|ı||||ıı|ıı|ıı|ı||||ı|ıı|ı|ı|ı|ı|ı|ııı||ıı|ıı|ı|ı|ıı||ı|ı||

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
1300 VICTORIA ST. STE 1131
LAREDO TX  78040

**United States Courts
Southern District of Texas
FILED**

**APR 17 2026** JB

**Nathan Ochsner, Clerk
Laredo Division**

## Why You Received This Request

This is a formal request for payment of administrative expenses.

The debt on this request is for liabilities due under California Revenue and Taxation Code and the Corporations Code of the State of California.

### Entity Information

In the Matter of:   LIFESIZE, INC.
Entity ID:          3796545

Case No.:        23-50038
Petition Date:   05/16/2023
**Total Amount:   $2,776.92**

### Claim Summary

| Liability Type | Taxable Year End | Tax | Penalty | Interest | Fees | Total |
|---|---|---|---|---|---|---|
| CORP | 01/31/2027 | $800.00 | $0.00 | $0.00 | $0.00 | $800.00 |
| CORP | 01/31/2026 | $800.00 | $52.41 | $0.00 | $0.00 | $852.41 |
| CORP | 01/31/2025 | $800.00 | $257.22 | $67.29 | $0.00 | $1,124.51 |

**Total Claim Amount:        $2,776.92**

### Liability Type

CORP   Corporation
PTSP   Partnership
LLC    Limited Liability Company
SOS    Secretary of State

All credits on this debt have been applied prior to making this request for payment. Interest compounded daily accrues at the rate established in California Revenue and Taxation Code.

The undersigned, whose business address is listed on this request, is an agent of the Franchise Tax Board (FTB) of the State of California and is authorized to make this request for payment on behalf of FTB.

FTB's records indicate valid tax returns for the following taxable years have not been filed:

01/31/2027,01/31/2026,01/31/2025

Accordingly, FTB reserves the right to amend this request based upon receipt of such tax returns, any audit or investigation of such tax returns, or any other audit or investigation.

---

FTB 6928B ENS (REV 01-2026)        692802012581        PAGE 1

## Additional Information

If the total amount is not paid within 15 days from the date of this request, contact the Bankruptcy Section at 916.845.4750 for the current balance.

**The Bankruptcy Section takes an active role in resolving bankruptcy issues. We can receive delinquent tax returns and encourage correspondence and phone calls. We provide assistance to prevent unnecessary litigation.**

FTB reserves the right to amend this request for payment in accordance with applicable law, including, without limitation, modifying the amounts:

- Based on any audit or investigation conducted by FTB related to any of the taxable years listed on this request, including any filed tax returns.
- Based on additional penalties and/or interest related to taxable years listed on this request.
- Claimed as an administrative expense, secured, priority, and unsecured for the purposes of this bankruptcy case.

Except to the extent stated herein, FTB has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right of setoff against this claim of debts owed to this debtor by FTB or any other state agency. All rights of setoff are preserved and will be asserted to the extent lawful.

## How to Pay

Make the check payable to the Franchise Tax Board and mail to:

Mail:

    STATE OF CALIFORNIA
    **FRANCHISE TAX BOARD**
    PO BOX 2952
    SACRAMENTO CA 95812-2952

/s/: Anthony Franklin
Authorized FTB Representative

## Connect With Us

Web:                   **ftb.ca.gov**
Phone:             916.845.4750 from 8:00 a.m. to 5:00 p.m. weekdays, except state holidays
California Relay Service:  711 or 800.735.2929 for persons with hearing or speaking limitations

